AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

v.

Robert Urcivoli

APPEARANCE

CASE NUMBER: CR06-02-01 T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Robert A. Urciuoli

I certify that I am admitted to practice in this court.

January 12, 2006

Date

Robert G Flanders, Jr.

Signature

Robert G. Flanders, Jr.

Print Name

Bar Number

Hinckley Allen + Snyder

Address

1500 Bank of America Center Providence R.I. 02903

City State Zip Code

401 457 5184 401 457-5185

Phone Number Fax Number

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.