# United States District Court

## *District of Rhode Island*

RECEIVED
JAN 09 2006
US MARSHALS
RHODE ISLAND

UNITED STATES OF AMERICA

v.

ROBERT A. URCIUOLI

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR06-02-01T

(Name and Address of Defendant)

PLEASE CONTACT PRETRIAL SERVICES AT 401-752-7300 TO SCHEDULE AN APPOINTMENT PRIOR TO THE HEARING.

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | COURTROOM A |
| Before: MAGISTRATE JUDGE ROBERT W. LOVEGREEN | Date and Time<br>JANUARY 12, 2006 AT 2:00 P.M. |

To answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 371, 1341, 1346, 2

Brief description of offense:

CONSPIRACY TO DEPRIVE CITIZENS OF HONEST SERVICES AND MAIL FRAUD

[signature]

Signature of Issuing Officer

January 9, 2006

Date

JEANNINE THEALL, DEPUTY CLERK

Name and Title of Issuing Officer

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: 1/12/06 Date

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: USDC, PROVIDENCE, RI

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 1/12/06
Date

BURTON STALLWOOD
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT
2006 JAN 12 P 3:24
FILED