UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CA No. 06-02-T

ROBERT A. URCIIUOLI, FRANCES
P. DRISCOLL, PETER J.
SANGERMANO, JR., and ROGER
WILLIAMS MEDICAL CENTER

**ORDER**

Defendants are hereby ordered to file any motion(s) to dismiss on or before April 3, 2006, and any motion(s) to sever on or before April 7, 2006. All other motions shall be filed on or before May 8, 2006.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: March 23 , 2006