EDWARDS & ANGELL
A Partnership Including Professional Corporations

COUNSELLORS AT LAW
Since 1894

2700 HOSPITAL TRUST TOWER
PROVIDENCE, RI 02903-2499
(401) 274-9200
FAX (401) 276-6611

James R. McGuirk, Esquire
Direct Dial: (401) 276-6550
Direct Fax: (401) 276-6611
E-Mail: jmcguirk@ealaw.com

April 6, 1998

**VIA FIRST CLASS MAIL**

Mr. Martin Healey
Executive Director
Rhode Island Ethics Commission
40 Fountain Street
Providence, RI 02903

RE: Request for an Advisory Opinion

Dear Mr. Healey:

Pursuant to R.I. Gen. Laws § 36-14-11 and Regulation 1024 of the Rhode Island Ethics Commission (the "Commission"), I am writing to seek an Advisory Opinion from the Commission on behalf of Senator John Celona, regarding the extent to which he, a current State Senator, employed as a consultant by an assisted living facility, may continue, as required by his position as a Senator, to propose, debate, and vote on health care issues before the General Assembly.

**Facts**

John Celona, State Senator from North Providence, has been engaged as a consultant by The Village at Elmhurst, LLC ("The Village"). The Village is an assisted living facility which also contains an Alzheimer's unit. Senator Celona was engaged by The Village to promote the facility's services to seniors and to promote other facilities such as the Elmhurst Extended Care Facility, Inc., a neighboring facility. A copy of the form of his consulting agreement (the "Agreement"), is attached hereto as Exhibit A.

The Village is a joint venture between Roger Williams Realty Corporation ("RWRC") and SANAT, LLP. RWRC, Roger Williams Hospital and Elmhurst Extended Care Facility, Inc., are all members of the same group of controlled companies, which have Roger Williams Medical Center as their sole member or holding company. Roger Williams Hospital is an acute care hospital and Elmhurst Extended Care Facility, Inc. is a 200-bed nursing home with a hospice unit. Pursuant to the Agreement, RWRC has agreed to assist Senator Celona in seeking an

opinion on the scope of his senatorial activities. The undersigned has been engaged by RWRC to seek an advisory opinion from the Commission on behalf of Senator Celona.

**Discussion**

As a state senator, Senator Celona is subject to the Code of Ethics, R.I. Gen. Laws §§ 36-14-1 through 36-14-21. See R.I.G.L. § 36-14-4. The Senator believes there are three general categories of legislation that might come before the Senate and on which he might debate and/or vote in discharging his duties as Senator which raise issues of conflict.

1. Legislation which directly relates to assisted living facilities that directly and specifically results in a financial benefit to The Village and/or Senator Celona himself as a consultant to The Village;

2. Legislation which relates to assisted living facilities for which neither The Village nor Senator Celona would realize any particular or definable financial benefit, i.e., any more or less benefit than any other assisted living facility and its agents; and

3. Legislation which involves matters of general public interest, notwithstanding having a tangential connection to health care issues such as elderly affairs, nursing home issues, hospital regulations, hospital reorganizations and health care in general.

With respect to the first category, we assume that Senator Celona must recuse himself, but with respect to the remaining categories, the benefit to The Village and/or Senator Celona may be no greater than that to any similarly situated member of the health care industry or to members of the public in general. Under such circumstances it would appear that R.I. Gen. Laws § 36-14-7(b) would permit Senator Celona to continue to discharge his duties as a State Senator and act upon such legislation. As stated, the purpose of this request is to determine to what extent Senator Celona may fulfill his duties as Senator and comply with the ethics code.

Since the legislative session is underway, Senator Celona would appreciate the Commission's timely consideration of this matter.

Please call me if you require any further information. I would be willing to meet with you to discuss these issues at your convenience.

Sincerely,

James R. McGuirk

James R. McGuirk

PRV_218288/4_FK011.DOC

# CONSULTING AGREEMENT

The Management of the Village at Elmhurst wishes to engage you, John Celona (the "Consultant") to provide the following services on behalf of the Village of Elmhurst, and Elmhurst Extended Care ("Elmhurst").

Consulting Responsibilities

**Objective**: To heighten awareness among seniors (the elderly) of the greater Providence community as to the programs and services available at the Village at Elmhurst and at Elmhurst.

**Responsibilities**:

- Become knowledgeable with all aspects of the quality of care provided by Elmhurst and the Village.
- Identify new programs and services that would strengthen the care of the elderly from the communities.
- Identify surrounding communities in which the medical needs of the elderly are not being met, and develop a plan of action that would increase a presence within that community.
- Survey representative samples of the elderly population to determine what unmet needs exists in that population, and identify area physicians whose medical practice includes a high number of elderly patients.
- Develop and implement a plan designed to:

  i. Educate area senior citizens as to the programs and services currently offered.

  ii. Educate area physicians and their staff as to the programs and services offered.

  iii. Keep the name of the Village at Elmhurst and Elmhurst in front of the senior citizens from the surrounding communities.

  iv. Expose the services and programs offered by the Village at Elmhurst at Elmhurst to new affiliated service areas.

- Be a representative of the Village at Elmhurst and Elmhurst to area senior citizens' organizations and programs.
- Keep abreast of legislative issues and regulations at the local, state and federal levels that impact or could impact the Village delivery of care with particular emphasis on efforts to regulate or license assisted living facilities.

**Terms**

The Village at Elmhurst agrees to compensate at a rate of $700 per week for the period of one year. The contract may be cancelled on one month's notice by either party for any reason. The parties may extend the term of this agreement for additional one year periods upon mutually satisfactory terms.

**Conditions**

Given your position as a Rhode Island state senator, there will be situations in which your performance hereunder will conflict with your responsibilities as a senator. It is essential to delineate what areas of conflict may develop. Accordingly, counsel to RWMC will assist you with preparing and submitting a request for an advisory opinion from the Rhode Island Ethics Commission. You agree to cooperate fully with such efforts and consent to this agreement being attached to such request.

Management also understands that your position in the Rhode Island Senate will require you to devote a significant portion of your day to Senate business. Management acknowledges this obligation, but believes, given your professionalism, that the objectives of this agreement can be accomplished nonetheless.

Additionally, the Village will not be able to provide you with an office, consequently, we request that you establish an office in your home as necessary to satisfy the terms of this agreement.

VILLAGE AT ELMHURST

Date: ____________________ By: ____________________
Peter J. Sangermano

I have read and understand the above consulting proposal and agree to the conditions and responsibilities set forth therein and I accept the proposal.

Date: ____________________ By: ____________________
John Celona