98 – H 8229

LC02002

# STATE OF RHODE ISLAND

## IN GENERAL ASSEMBLY

## JANUARY SESSION, A.D. 1998

## AN ACT

## RELATING TO RESIDENTIAL CARE AND ASSISTED LIVING FACILITIES

**Introduced By:** Representative Mesolella

**Date Introduced :** February 3, 1998

**Referred To:** Committee on House Health, Education and Welfare

It is enacted by the General Assembly as follows:

**SECTION 1.** Section 23-17.4-16.2 of the General Laws in Chapter 23-17.4 entitled "Residential Care and Assisted Living Facility Licensing Act" is hereby amended to read as follows:

**23-17.4-16.2.** {DEL ~~Special care unit disclosure by facilities. -- (a) On or after January 1, 1994, any residential care and assisted living facility which offers to provide or provides care for patients or residents with Alzheimer's disease or other dementia by means of an Alzheimer's special care unit shall be required to disclose the form of care or treatment provided, in addition to that care and treatment required by the rules and regulations for the licensing of residential care and assisted living facilities. That disclosure shall be made to the licensing agency and to any person seeking placement in an Alzheimer's special care unit of a residential care and assisted living facility. The information disclosed shall explain that additional care is provided in each of the following areas:~~ DEL}

{DEL ~~(1) Philosophy.. -- The Alzheimer's special care unit's written statement of its overall philosophy and mission which reflects the needs of residents afflicted with dementia.~~ DEL}

{DEL ~~(2) Pre-admission, admission, and discharge.. -- The process and criteria for placement, transfer, or discharge from the unit.~~ DEL}

{DEL ~~(3) Assessment, care planning, and implementation.. -- The process used for assessment and establishing the plan of care and its implementation, including the method by which the plan of care evolves and is responsive to changes in condition.~~ DEL}

{DEL ~~(4) Staffing patterns and training ratios.. - Staff training and continuing education practices.~~ DEL}

{DEL ~~(5) Physical environment.. - The physical environment and design features appropriate to support the functioning of cognitively impaired adult residents.~~ DEL}

{DEL ~~(6) Resident activities.. - The frequency and types of resident activities.~~ DEL}

{DEL ~~(7) Family role in care.. - The involvement in families and family support programs.~~ DEL}

{DEL ~~(8) Program costs.. - The cost of care and any additional fees.~~ DEL}

{DEL ~~(b) The licensing agency shall develop a standard disclosure form and shall review the information provided on the disclosure form by the residential care and assisted living facility to verify the accuracy of the information reported on it. Any significant changes in the information provided by the residential care and assisted living facility will be reported to the licensing agency at the time the changes are made.~~ DEL} {ADD **Prohibition of deceptive marketing of Alzheimer's disease specialized units. --** ADD}{ADD (a) No person shall provide, market, advertise, identify, or in any way hold out any facility or institution as providing an Alzheimer's unit for the specialized care of individuals suffering from Alzheimer's disease who have concurrent health or medical needs unless such facility or institution is licensed by the department as a nursing facility or hospital. ADD}

{ADD (b) A violation of subsection (a) of this section shall be punishable as a misdemeanor with a fine of five hundred dollars ($500) per day for each day such violation continues. ADD}

{ADD (c) The department shall revoke any license issued by it under this chapter which may be held by a facility or institution upon a finding by the department that such facility or institution has violated subsection (a) of this section whether or not a criminal prosecution if brought. The general assembly intends that an action by the department under this subsection (c) be a civil action which shall not preclude a subsequent criminal action based on the same facts nor shall a prior criminal action based on the same facts preclude a subsequent civil action based on the same facts. ADD}

**SECTION 2.** This act shall take effect upon passage.

**LC02002**

**EXPLANATION**
**BY THE LEGISLATIVE COUNCIL**
**OF**
**AN ACT**
**RELATING TO RESIDENTIAL CARE AND ASSISTED LIVING FACILITIES**

***

This act would prohibit health facilities from holding themselves out as offering Alzheimer's specialized care to patients with concurrent health needs unless the facility is licensed by the department as a nursing facility or hospital.

This act would take effect upon passage.

---

As always, your comments concerning this page are welcomed and appreciated.

Thank you for stopping by!

Back