99 – S 1053

LC03510

# STATE OF RHODE ISLAND

## IN GENERAL ASSEMBLY

## JANUARY SESSION, A.D. 1999

## AN ACT

## RELATING TO THE HOSPITAL CONVERSION ACT

**Introduced By:** Senator Kelly

**Date Introduced :** June 2, 1999

**Referred To:** Committee on Corporations

It is enacted by the General Assembly as follows:

**SECTION 1.** Section 23-17.14-12 of the General Laws in Chapter 23-17.14 entitled "The Hospital Conversions Act" is hereby amended to read as follows:

{DEL ~~23-17.14-12. Review process by department of health for conversions involving for profit corporation as the acquiree.~~ DEL} {ADD **23-17.14-12. Review process by department of health for conversions involving for profit hospital as the acquiree. –** ADD} The department of health shall review all proposed conversions involving a for profit {DEL ~~corporation~~ DEL} {ADD hospital ADD} as the acquiree and either a for profit {DEL ~~hospital~~ DEL} {ADD corporation ADD} or a not for profit {DEL ~~hospital~~ DEL} {ADD corporation ADD} as the acquiror in accordance with the provisions for change of effective control pursuant to section 23-17-14.3 {DEL ~~or~~ DEL} {ADD and ADD} 23-17-14.4.

**SECTION 2.** This act shall take effect upon passage and be retroactive to July 22, 1997.

LC03510

EXPLANATION
BY THE LEGISLATIVE COUNCIL
OF
AN ACT
RELATING TO THE HOSPITAL CONVERSION ACT

***

This act would require the department of health to review acquisitions of profit or non profit corporations by for profit hospitals.

This act would take effect upon passage and be retroactive to July 22, 1997.

---

As always, your comments concerning this page are welcomed and appreciated.

Thank you for stopping by!

Back

**99 – S 1053 AS AMENDED**

**LC03510**

# STATE OF RHODE ISLAND

## IN GENERAL ASSEMBLY

## JANUARY SESSION, A.D. 1999

## AN ACT

## RELATING TO THE HOSPITAL CONVERSION ACT

**Introduced By:** Senator Kelly

**Date Introduced :** June 2, 1999

**Referred To:** Committee on Corporations

It is enacted by the General Assembly as follows:

**SECTION 1.** Section 23-17.14-12 of the General Laws in Chapter 23-17.14 entitled "The Hospital Conversions Act" is hereby amended to read as follows:

{DEL ~~**23-17.14-12. Review process by department of health for conversions involving for profit corporation as the acquiree.**~~ DEL} {ADD **23-17.14-12. Review process by department of health for conversions involving for profit hospital as the acquiree. --** ADD} The department of health shall review all proposed conversions involving a for profit **{DEL ~~corporation~~ DEL}** **{ADD** hospital **ADD}** as the acquiree and either a for profit **{DEL ~~hospital~~ DEL}** **{ADD** corporation **ADD}** or a not for profit **{DEL ~~hospital~~ DEL}** **{ADD**hospital or**ADD}** **{ADD** corporation **ADD}** as the acquiror in accordance with the provisions for change of effective control pursuant to section **{DEL**~~23-17-14.3~~ **DEL}** **{ADD**23-17.14-3 **ADD}** **{DEL ~~or~~ DEL}** **{ADD** and **ADD}** **{DEL**~~23-17-14.4~~**DEL}** **{ADD**23-17.14-4**ADD}**.

**SECTION 2.** This act shall take effect upon passage and be retroactive to July 22, 1997.

**LC03510**

**EXPLANATION**
**BY THE LEGISLATIVE COUNCIL**
**OF**
**AN ACT**
**RELATING TO THE HOSPITAL CONVERSION ACT**

***

This act would require the department of health to review acquisitions of profit or non profit corporations by for profit hospitals.

This act would take effect upon passage and be retroactive to July 22, 1997.

---

As always, your comments concerning this page are welcomed and appreciated.

Thank you for stopping by!

Back