99 -- H 6122

LC02041

# STATE OF RHODE ISLAND

## IN GENERAL ASSEMBLY

## JANUARY SESSION, A.D. 1999

## AN ACT

## RELATING TO HEALTH AND SAFETY -- LICENSING OF HEALTH CARE FACILITIES

**Introduced By:** Representative Sherlock

**Date Introduced :** February 9, 1999

**Referred To:** Committee on Health, Education and Welfare

It is enacted by the General Assembly as follows:

**SECTION 1.** Section 23-17-44 of the General Laws in Chapter 23-17 entitled "Licensing of Health Care Facilities" is hereby amended to read as follows:

**23-17-44. Moratorium on new initial nursing facility licensed beds and on increases to the licensed capacity of existing nursing facility licenses. --** (1) The licensing agency shall issue no new initial licenses for nursing facilities prior to July 1, **{DEL ~~1999~~ DEL}** **{ADD** 2001 **ADD}**; provided, however, that: (a) any person holding a previously issued and valid certificate of need as of the date of passage of this section shall be permitted to effect such prior certificate from the licensing agency consistent with such other statutory and regulatory provisions which may further apply; (b) any person holding a nursing facility license may undertake activities to construct and operate a replacement nursing facility with the same or lower bed capacity as is presently licensed provided that such replacement facility may only be licensed upon the otherwise unconditional cessation of operation of the previously licensed nursing facility; and (c) any certificate of need application under active review before the state agency as of January 10, 1996 which application seeks approval of a proposal to establish a new nursing facility or seeks to increase the licensed bed capacity of an existing nursing facility shall continue to be reviewed under all the statutory and regulatory requirements in effect at the time such application was accepted for review by the state agency.

(2) The licensing agency shall not increase the licensed bed capacity of any existing licensed nursing facility, including any nursing facility approved for change in ownership pursuant to section 23-17-14 herein, except for the greater of ten (10) beds or ten percent (10%) of the facility's licensed capacity

prior to July 1, {DEL ~~1999~~ DEL} {ADD 2001 ADD}; provided, however, that any person holding a previously issued and valid certificate of need as of the date of passage of this section or who shall subsequently be granted a certificate of need pursuant to subsection (1) above shall be permitted to effect such prior certificate from the licensing agency consistent with such other statutory and regulatory provisions which may further apply.

**SECTION 2.** This act shall take effect upon passage.

**LC02041**

**EXPLANATION**
**BY THE LEGISLATIVE COUNCIL**
**OF**
**AN ACT**
**RELATING TO HEALTH AND SAFETY -- LICENSING OF HEALTH CARE FACILITIES**

***

This act extends the current moratorium on licensing of new nursing facility beds to July 1, 2001.

This act would take effect upon passage.

---

As always, your comments concerning this page are welcomed and appreciated.

Thank you for stopping by!

Back

## 99 – H 6122 AS AMENDED

**LC02041**

## STATE OF RHODE ISLAND

## IN GENERAL ASSEMBLY

## JANUARY SESSION, A.D. 1999

---

## AN ACT

## RELATING TO HEALTH AND SAFETY – LICENSING OF HEALTH CARE FACILITIES

**Introduced By:** Representative Sherlock

**Date Introduced :** February 9, 1999

**Referred To:** Committee on Health, Education and Welfare

It is enacted by the General Assembly as follows:

**SECTION 1.** Section 23-17-44 of the General Laws in Chapter 23-17 entitled "Licensing of Health Care Facilities" is hereby amended to read as follows:

**23-17-44. Moratorium on new initial nursing facility licensed beds and on increases to the licensed capacity of existing nursing facility licenses. –** (1) The licensing agency shall issue no new initial licenses for nursing facilities prior to July 1, {**DEL** ~~1999~~ **DEL**} {**ADD** 2001 **ADD**}; provided, however, that: (a) any person holding a previously issued and valid certificate of need as of the date of passage of this section shall be permitted to effect such prior certificate from the licensing agency consistent with such other statutory and regulatory provisions which may further apply; (b) any person holding a nursing facility license may undertake activities to construct and operate a replacement nursing facility with the same or lower bed capacity as is presently licensed provided that such replacement facility may only be licensed upon the otherwise unconditional cessation of operation of the previously licensed nursing facility; and (c) any certificate of need application under active review before the state agency as of January 10, 1996 which application seeks approval of a proposal to establish a new nursing facility or seeks to increase the licensed bed capacity of an existing nursing facility shall continue to be reviewed under all the statutory and regulatory requirements in effect at the time such application was accepted for review by the state agency.

(2) {**ADD** Prior to July 1, 2001, **ADD**} {**DEL** ~~The~~ **DEL**} {**ADD** the **ADD**} licensing agency shall not increase the licensed bed capacity of any existing licensed nursing facility, including any nursing facility approved for change in ownership pursuant to section 23-17-14 herein, except for the greater of ten (10)

beds or ten percent (10%) of the facility's licensed capacity {DEL ~~prior to July 1, {DEL 1999 DEL} {ADD 2001 ADD}~~DEL}; provided, however, that any person holding a previously issued and valid certificate of need as of the date of passage of this section or who shall subsequently be granted a certificate of need pursuant to subsection (1) above shall be permitted to effect such prior certificate from the licensing agency consistent with such other statutory and regulatory provisions which may further apply.

**SECTION 2.** This act shall take effect upon passage.

**LC02041**

**EXPLANATION**
**BY THE LEGISLATIVE COUNCIL**
**OF**
**AN ACT**
**RELATING TO HEALTH AND SAFETY -- LICENSING OF HEALTH CARE FACILITIES**

***

This act extends the current moratorium on licensing of new nursing facility beds to July 1, 2001.

This act would take effect upon passage.

---

As always, your comments concerning this page are welcomed and appreciated.

Thank you for stopping by!

Back