# COMMUNICATION

His Honor, the Lieutenant Governor, presents the following communication:

## STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

## SENATE CHAMBER

## STATEMENT OF POTENTIAL CONFLICT

I, JOHN A. CELONA under oath dispose and say:

1. I am a duly elected member of the Rhode Island Senate.

2. This statement is made in accord with Rhode Island General Law section 36-14-6.

3. In my official capacity, I may be expected or required to vote or participate in the deliberations of bill ( 99-S-0509 ) now pending before the Senate or a committee thereof. as amended

4. I request that I be excused from voting, deliberating or taking action on the matter.

5. I do not desire to vote or deliberate because I have a potential conflict of interest as follows:

CONSULTANT at VILLAGE AT ELMHURST

AO # 98-59

6. This statement is true to the best of my knowledge.

John A. Celona

Senator, District 36

Subscribed and sworn to before me this 30 day of JUNE, 1999

R T Hoyas Jr.

RAYMOND T. HOYAS, JR.
Notary Public