Page 1 of 6

**99 -- H 5220**

**LC00808**

# STATE OF RHODE ISLAND

## IN GENERAL ASSEMBLY

## JANUARY SESSION, A.D. 1999

## AN ACT

## RELATING TO HEALTH AND SAFETY -- THE STATE OF RHODE ISLAND CANCER COUNCIL, INC.

**Introduced By:** Representatives Kilmartin, Henseler, Costantino, Giannini and Ginaitt

**Date Introduced :** January 20, 1999

**Referred To:** Committee on Corporations

It is enacted by the General Assembly as follows:

**SECTION 1.** Title 42 of the General Laws entitled "STATE AFFAIRS AND GOVERNMENT" is hereby amended by adding thereto the following chapter:

**{ADD CHAPTER 128**
**THE STATE OF RHODE ISLAND CANCER COUNCIL, INC. ADD}**

**{ADD 42-128-1. Legislative findings. -- ADD}** {ADD The general assembly recognizes and declares that: ADD}

{ADD(1) the population of the State of Rhode Island has a demonstrated and disproportionately high incidence of cancer that requires that an effective, comprehensive and coordinated response be developed and implemented in a timely manner. ADD}

{ADD (2) the public health and safety of the people of the State of Rhode Island require an additional and coordinated commitment of public resources to meet this need, including but not limited to cancer treatment, care, research, prevention, detection and education. ADD}

{ADD (3) the State of Rhode Island currently has such resources which can be utilized in a comprehensive and coordinated manner to develop and implement a statewide Cancer Plan which would include but not be limited to cancer treatment, care, research, prevention, detection and education ADD}

{**ADD** (4) the Cancer Plan as developed would require a continuing mechanism to insure its effective implementation throughout the State of Rhode Island. **ADD**}

{**ADD** (5) it is therefore necessary to create and appropriately fund a continuing and permanent organization, the Rhode Island Cancer Council, which would be responsible for the development and implementation of the Cancer Plan as well as the administration of all functions and activities associated therewith and in so doing to solicit and incorporate input from all current entities that are currently engaged in cancer treatment, care, research, prevention, detection, education and any related activities. **ADD**}

{**ADD** **42-128-2. Definitions. --** **ADD**} {**ADD**As used in this chapter: **ADD**}

{**ADD** (1) "Council" means the Rhode Island Cancer Council. **ADD**}

{**ADD** (2) "Plan" shall mean the Cancer Control Plan as developed, implemented and otherwise administered by the Rhode Island Cancer Council pursuant to the findings and the other provisions of this chapter. **ADD**}

{**ADD** **42-128-3. Scope and Purpose. --ADD**} {**ADD** This chapter establishes the Rhode Island Cancer Council which in addition to powers and duties conferred pursuant to the provisions of this chapter shall be exclusively responsible for gathering all available information concerning resources dedicated to cancer, care, research, prevention, detection, education and all other related cancer resources, including but not limited to hospitals, hospital networks, health maintenance organizations, insurers, universities, colleges, treatment centers, other related facilities and personnel and all medical health care providers for the purpose of developing, implementing and administering the "plan". **ADD**}

{**ADD** **42-128-4. Establishment of council -- ADD**} {**ADD** **(a) There is hereby created a public corporation of the state, having a distinct legal existence from the state and not constituting a department of the state government, with such politic and corporate powers as set forth in this chapter, to be known as the "State of Rhode Island Cancer Council, Inc." to carry out the provisions of this chapter. The corporation is hereby constituted a public instrumentality exercising public and essential governmental functions, and the exercise by the corporation of the powers conferred by this chapter shall be deemed and held to be the performance of an essential governmental function of the state. It is the intent of the general assembly by the passage of this chapter to authorize the incorporation of a public corporation and instrumentality of the state for the purpose of carrying on the activities hereinafter authorized, and to vest such corporation with all powers, authority, rights, privileges, and titles that may be necessary to enable it to accomplish such purposes. This chapter shall be liberally construed in conformity with the purpose expressed. ADD**}

{**ADD** **42-128-5. Composition of council. -- ADD**} {**ADD** **The Council shall consist of nine (9) members all of whom shall have recognized experience, credentials, commitment and background in the areas of cancer care, research, prevention, detection and/or education: three (3) of whom shall be appointed by the speaker of the house; not more than two (2) from the same political party three (3) of whom shall be appointed by the senate majority leader; not more than two (2) from the same political party and, three (3) of whom shall be appointed by the governor. By lot, three (3) members shall serve for five (5) years, three (3) members shall serve for four (4) years and three (3) members shall serve for three (3) years. After the initial terms, Council members may be appointed to succeeding five-year terms by the appointing authority from a list of qualified candidates provided by the remaining Council members. Council members whose terms**

expire are eligible for reappointment. Any vacancy shall be filled by the appointing authority for the remaining unexpired term from a list of candidates provided by the remaining Council members. ADD}

{ADD 42-128-6. Qualifications of council members. -- ADD} {ADD (a) Members serving shall be individuals who are recognized authorities; and/or established leaders who have distinguished themselves through experience, knowledge, teaching, publication and/or learned in the fields of cancer prevention, detection, research, education, care and treatment and other cancer related issues related to public welfare. ADD}

{ADD (b) A person is not eligible for appointment as a member of the Council if the person or the person's spouse: ADD}

{ADD (1) owns or controls, directly or indirectly, more than a ten percent (10%) interest in a business entity or other organization receiving funds from the Council; or ADD}

{ADD (2) uses or receives a substantial amount of tangible goods, services, or funds from the Council, other than compensation or reimbursement authorized by law for Council membership, attendance, or expenses. ADD}

{ADD (c) A person who is required to register as a lobbyist under chapter 305, Government Code, because of the person's activities for compensation in or on behalf of a profession related to the operation of the Council may not serve as a member. ADD}

{ADD (d) Appointments to the Council shall be made without regard to the race, color, disability, sex, religion, age, or national origin of the appointees. ADD}

{ADD (e) It is a ground for removal from the Council if the member: ADD}

{ADD (1) does not have at the time of appointment the qualifications required in this section for appointment to the Council; ADD}

{ADD (2) does not maintain during the member's service on the Council the qualifications required by this section for appointment to the Council; ADD}

{ADD (3) violates a prohibition established by this section; ADD}

{ADD (4) in unable to discharge the member's duties for a substantial part of the term for which the member was appointed because of illness or disability; or ADD}

{ADD (5) is absent from more than half of the regularly scheduled meetings of the Council that the member is eligible to attend during each calendar year or is absent from more than two (2) consecutive regularly scheduled Council meetings that the member is eligible to attend, except when the absence is excused by a majority vote of the Council. ADD}

{ADD 42-128-7. Powers and duties of council. -- ADD} {ADD (a) The Council shall: ADD}

{ADD (1) develop, implement and administer the Plan; ADD}

{ADD (2) continually monitor and revise the Rhode Island Cancer Plan as necessary; ADD}

{ADD (3) promote the development and coordination of effective and efficient statewide public and private policies, programs, and services related to cancer treatment, care, research, prevention, detection and education; ADD}

{ADD (4) encourage cooperative, comprehensive, and complementary planning among the public, private, and volunteer sectors involved in cancer treatment, care, research, prevention, detection and education; and ADD}

{ADD (5) provide a written report to the governor and the general assembly not later than January 31 of each odd-numbered year; ADD}

{ADD (6) identify all cancer related activities in the state and develop and maintain an information network of resources within the state for the use of facilities by individuals involved in cancer care, research, prevention, detection and education; ADD}

{ADD (7) identify those areas of the cancer program in the state which can benefit from expansion and intensification to meet the needs of the people and recommend remedial actions which can best serve the people of the state; ADD}

{ADD (8) members of the Council shall not receive any compensation, however, they shall be reimbursed for any actual and necessary out-of-pocket expenses and/or expenditures pertaining to Council business; ADD}

{ADD (9) adopt the existing cancer control plan of the Department of Health and, as necessary, revise that plan in accordance with requirements and purposes of this chapter in consultation with the Department of Health; thereafter, the Council shall be solely responsible for the development, implementation and administration of the Plan; thereafter the Council shall revise said plan, as appropriate to insure its effectiveness, at least every three years from the date of its adoption. ADD}

{ADD (10) do all acts and things necessary or convenient to carry out the powers expressly granted in this chapter. ADD}

{ADD (11) appoint Commissions on cancer care, research, prevention, detection and education to assist the Council in programmatic evaluation and development relevant to each area. The chairperson of each commission shall be chosen from among the members of each commission. The chairperson shall serve for a term of two (2) years and shall participate in the deliberations of the Cancer Council at the invitation of the chairman of the Council. ADD}

{ADD (12) invite all interested public and private voluntary non-profit health related service and educational organizations related to cancer to join or otherwise participate in those cancer commissions relating to their mission. ADD}

{ADD (b) The Council may: ADD}

{ADD (1) appoint advisory committees necessary to implement the Rhode Island Cancer Plan and employ necessary staff to provide administrative support; ADD}

{ADD (2) monitor contracts and agreements for cancer programs authorized by this chapter; ADD}

{ADD (3) conduct necessary studies and surveys; ADD}

{ADD (4) accept, transfer, and spend funds made available by the federal, state and/or local government or by any other public or private source, subject to relevant limitations and conditions prescribed by the source of funds; and ADD}

{ADD (5) use the existing staff of an appointed official or agency to assist the Council in performing its duties under this chapter. ADD}

{ADD (6) develop and maintain an audio-visual and data network for statewide use for clinical care, research, and education. The Council shall encourage and implement individual, institutional and programmatic uses of the network, particularly to enhance statewide utilization of unique resources within the network; ADD}

{ADD (7) promote the development and coordination of effective and efficient statewide public and private policies, programs, and services related to cancer; ADD}

{ADD (8) encourage cooperative, comprehensive and complimentary planning among the public, private, and volunteer sectors involved in cancer care, research, prevention, detection and education; ADD}

{ADD (9) identify and examine the limitations and problems associated with existing laws, regulations, programs and services related to cancer control; ADD}

{ADD (10) examine the financing and access to cancer control services for the citizens of the state and advise on a coordinated and efficient use of resources; ADD}

{ADD (11) identify and review health promotion and disease prevention strategies related to the leading causes of cancer mortality and morbidity; ADD}

{ADD (12) recommend standards for oversight and development of cancer control services, and development and maintenance of inter-agency training and technical assistance in the provision of cancer control services, program monitoring and data collection; ADD}

{ADD (13) receive such gifts, grants and donations as may be made by the federal government, the state or by private persons or groups or foundations or charities for the purposes of this chapter and disburse and administer them in accordance with the terms thereof; ADD}

{ADD (14) grant or loan funds to private and public groups, entities or individuals for purposes of cancer care, research, prevention, detection or education and distribute funds consistent with procedures allowed by law in the State of Rhode Island; ADD}

{ADD (15) adopt such bylaws for the regulation of its affairs and the conduct of its business as are consistent with the provisions of this chapter; ADD}

{ADD (16) employ such assistants, agents, and other employees as may be necessary or desirable for its purposes and to contract for and engage consultants. ADD}

{ADD 42-128-8. Grant programs. -- ADD} {ADD (a) If funds are available, the Council may establish a grant program to provide funds to public or private persons to implement the Rhode

Island Cancer Plan. ADD}

{ADD 42-128-9. Appropriations. – ADD} {ADDThe General Assembly shall annually appropriate such sums as it may deem necessary to enable the Council to carry out its assigned purposes; and the State Controller is hereby authorized and directed to draw his or her orders upon the General Treasurer for the payment of such sums appropriated or so much thereof as may from time to time be required, on receipt by him or her of proper vouchers approved by the chairperson, or the executive director of the Council. The Auditor General shall perform an annual performance audit of the Council at the end of each fiscal year and shall report his findings and recommendations to the Speaker of the House of Representatives, the Majority and Minority Leaders of the House of Representatives, the Majority and Minority Leaders of the Senate and the Governor. ADD}

{ADD 42-128-10. Executive Director - Employees. –ADD} {ADD The Council shall appoint an executive director, who shall serve at the pleasure of the Council without a term of employment and not be subject to the provisions of Chapter 4, Title 36; and the Council shall set his or her compensation and terms of employment. The executive director, through a vote of a majority of the Council members, duly appointed as provided herein, may be delegated to act as authorized agent for the approval of all fiscal and personnel documents requiring an authorized signature. The Council shall also cause to be employed such staff and technical and professional consultants as may be required to carry out the powers and duties as provided in this chapter. Neither the executive director nor any staff or technical or professional consultants employed by the Council shall be employees of the State of Rhode Island. ADD}

SECTION 2. This act shall take effect upon passage.

LC00808

EXPLANATION
BY THE LEGISLATIVE COUNCIL
OF
AN ACT
RELATING TO HEALTH AND SAFETY – THE STATE OF RHODE ISLAND CANCER COUNCIL, INC.

***

This act would create the State of Rhode Island Cancer Council, Inc. providing private and public resources for the establishment and implementation of a Cancer Plan concerning cancer treatment, care, research, prevention, detection and education.

This act would take effect upon passage.

As always, your comments concerning this page are welcomed and appreciated.

Thank you for stopping by!

Back