99 – H 5086

LC00239

# STATE OF RHODE ISLAND

## IN GENERAL ASSEMBLY

## JANUARY SESSION, A.D. 1999

## AN ACT

## RELATING TO CITIES AND TOWNS

**Introduced By:** Representatives Giannini, SanBento, Crowley, Moura and McCauley

**Date Introduced :** January 13, 1999

**Referred To:** Committee on Finance

It is enacted by the General Assembly as follows:

**SECTION 1.** Section 45-13-5.1 of the General Laws in Chapter 45-13 entitled "State Aid" is hereby amended to read as follows:

**45-13-5.1. General Assembly appropriations in lieu of property tax from certain exempt private and state properties. --** (a) In lieu of the amount of local real property tax on real property owned by any private nonprofit institution of higher education, or any nonprofit hospital facility, or any state owned and operated hospital, veterans' residential facility, or correctional facility occupied by more than 100 residents which may have been or will be exempted from taxation by applicable state law, exclusive of any such facility operated by the federal government, the state of Rhode Island, or any subdivision thereof, the general assembly shall annually appropriate for payment to the several cities and towns in which the property lies a sum equal to twenty-seven percent (27%) of all tax that would have been collected had the property been taxable.

(b) As used in this section, "private nonprofit institution of higher education" means any institution engaged primarily in education beyond the high school level, the property of which is exempt from property tax under any of the subdivisions, and "nonprofit hospital facility" means any nonprofit hospital licensed by the state and which is used for the purpose of general medical, surgical, or psychiatric care and treatment.

(c) The grant payable to any municipality under the provision of this section shall be equal to twenty-seven percent (27%) of the property taxes which, except for any exemption to any institution of higher education or general hospital facility, would have been paid with respect to that exempt real property on

the assessment list in the municipality for the assessment date of December 31, 1986 and with respect to such exempt real property appearing on an assessment list in the municipality on succeeding assessment dates.

(d) The state budget offices shall include the amount of the annual grant in the state budget for the fiscal year commencing July 1, 1988 and each fiscal year thereafter. The amount of the grant payable to each municipality in any year in accordance with this section shall be reduced proportionately in the event that the total of those grants in each year exceeds the amount appropriated for the purposes of this section with respect to that year.

(e) Distribution of appropriations shall be made by the state on or before July 31 of 1988 and each July 31 thereafter, and the payments may be counted as a receivable by any city or town for a fiscal year ending the preceding June 30.

(f) Any act or omission by the state with respect to this chapter shall in no way diminish the duty of any town or municipality to provide public safety or other ordinary services to the properties or facilities of the type listed in subsection (a).

(g) Provided, however, that payments authorized pursuant to this section shall be reduced pro rata, for such period of time that the municipality suspends or reduces essential services to eligible facilities. For the purposes of this section "essential services" shall include, but not be limited to, police, fire and rescue.

{**ADD** (h) For any year in which the pilot program is not funded in its entirety for the city of Providence, for every dollar not funded, the tax exempt institutions of the city of Providence, such as private colleges, universities and hospitals will make up the shortfall by paying safety service fees to the city of Providence, for municipal services rendered by the city, such as police and fire protection, sanitation, and public works services. **ADD**}

**SECTION 2.** This act shall take effect upon passage.

**LC00239**

**EXPLANATION**
**BY THE LEGISLATIVE COUNCIL**
**OF**
**AN ACT**
**RELATING TO CITIES AND TOWNS**

***

This act would require tax exempt institutions in the city of Providence to make up the shortfall in any funding by the state.

This act would take effect upon passage.

As always, your comments concerning this page are welcomed and appreciated.

Thank you for stopping by!

Back