99 – H 5917

LC01393

# STATE OF RHODE ISLAND

## IN GENERAL ASSEMBLY

## JANUARY SESSION, A.D. 1999

## AN ACT

## RELATING TO HEALTH AND SAFETY – BONE MARROW REGISTRATION

**Introduced By:** Representative Barr

**Date Introduced:** February 2, 1999

**Referred To:** Committee on Health, Education and Welfare

It is enacted by the General Assembly as follows:

**SECTION 1.** Section 23-18.7-1 of the General Laws in Chapter 23-18.7 entitled "Bone Marrow Donation" is hereby amended to read as follows:

**23-18.7-1. Preamble. –** The department of health and the Roger Williams cancer center shall facilitate, foster and assist in the education of residents of the state regarding bone marrow donors and shall further assist {**DEL** ~~and~~ **DEL**} {**ADD** by **ADD**} {**DEL** ~~promote~~ **DEL**} {**ADD** promoting **ADD**} annual, bone marrow donor drives {**ADD** and establish a centralized bone marrow registration list **ADD**}. The director and the Roger Williams cancer center shall also assist in the dissemination of information regarding the need for bone marrow donor drives including special efforts to educate and encourage minority populations to volunteer as potential bone marrow donors. Means of communication may include use of press, radio, and television, and placement of educational materials in appropriate health care facilities, blood banks, and state and local agencies. The director, and the Roger Williams cancer center in conjunction with the registrar of motor vehicles, shall make educational materials available at all places where drivers' licenses are issued or renewed.

**SECTION 2.** This act shall take effect upon passage.

LC01393

**EXPLANATION**
**BY THE LEGISLATIVE COUNCIL**

**OF**

**AN ACT**

**RELATING TO HEALTH AND SAFETY -- BONE MARROW REGISTRATION**

***

This act would establish a centralized bone marrow registration list.

This act would take effect upon passage.

---

As always, your comments concerning this page are welcomed and appreciated.

Thank you for stopping by!

Back