# Senator advised to restrict votes *The state Ethics Commission tells Sen. John A. Celona not to act on certain legislation because of his new job.; [ALL Edition]

*RUSSELL GARLAND Journal-Bulletin State House Bureau*. **Providence Journal - Bulletin.** Providence, R.I.: May 1, 1998. pg. B.01

**Abstract** (Document Summary)

Sen. John A. Celona has landed a $700-a-week job as a consultant to the Village at Elmhurst, an assisted-living center for the elderly, and the state Ethics Commission has advised him not to vote or work on legislation that could affect any such facility. Celona, a North Providence Democrat who recently closed his power equipment store, sought the commission's advice after going to work for the village in February. The Village at Elmhurst is a joint venture of Roger Williams Medical Center and Peter and Diane Sangermano. The assisted-living center is on Smith Street near the hospital. The Sangermanos own similar centers in Warwick and Smithfield.
The senator's duties include promoting the Village at Elmhurst and the neighboring nursing home, Elmhurst Extended Care Facility, which is another arm of the Providence medical center. He is to represent both facilities to area senior citizens' groups, and identify programs and services that the elderly need.

**Full Text** (655 words)

*Copyright Providence Journal/Evening Bulletin May 1, 1998*

Sen. John A. Celona has landed a $700-a-week job as a consultant to the Village at Elmhurst, an assisted-living center for the elderly, and the state Ethics Commission has advised him not to vote or work on legislation that could affect any such facility.

Celona, a North Providence Democrat who recently closed his power equipment store, sought the commission's advice after going to work for the village in February. The Village at Elmhurst is a joint venture of Roger Williams Medical Center and Peter and Diane Sangermano. The assisted-living center is on Smith Street near the hospital. The Sangermanos own similar centers in Warwick and Smithfield.

The senator's duties include promoting the Village at Elmhurst and the neighboring nursing home, Elmhurst Extended Care Facility, which is another arm of the Providence medical center. He is to represent both facilities to area senior citizens' groups, and identify programs and services that the elderly need.

His consulting agreement, which was filed with the Ethics Commission, also requires him to "keep abreast of legislative issues and regulations at the local, state and federal levels that impact or could impact the village delivery of care, with particular emphasis on efforts to regulate or license assisted-living facilities."

State law bars members of the General Assembly from using their offices for financial gain. The law, however, provides an exemption in the case of issues that affect a lawmaker's interests but that also equally affect a broad group or profession to which the legislator or his employer belongs. For example, an insurance agent can vote on general insurance bills.

In this case, the Ethics Commission advised Celona to refrain from participating not only in bills that could affect the Village at Elmhurst or its affiliates, but in any legislation affecting assisted-living centers.

"Due to the fact that, in addition to being one of approximately 20 assisted-living facilities in the state, the village has unique and complex affiliations with various other health-care entities, the commission cannot opine that future legislation will not affect the village to any greater or lesser extent than other assisted-living facilities in the state," the commission said in its advisory opinion.

Furthermore, the commission said, Celona's participation in developing such legislation "would place him in a position in which he may participate in defining the groups to be impacted and determine the impact's extent."

The commission said Celona may vote on general health-care legislation, but should file a notice with the Senate stating his relationship with the village and its affiliates, and explaining why he is nonetheless able to vote or otherwise participate fairly and objectively.

Celona said he would abide by the opinion and asserted that his consulting job would not hurt his ability to represent his constitutents. He said he expects to seek additional consulting work, but that currently the Village at Elmhurst is his only client. He works out of his home.

Celona was elected to the Senate in 1994 after serving a number of years on the North Providence Town Council. He said he plans to seek reelection to the Senate this year, a part-time job that pays about $10,000 annually.

Last year, he sided with Roger Williams Medical Center in its bid to kill legislation to restrict Columbia/HCA Healthcare Corp., which planned to buy the hospital. The bill to limit for-profit hospitals passed over Governor Almond's veto, and Columbia backed out.

Celona said he opposed the bill chiefly because he feared that Roger Williams might close if it was not purchased by Columbia. The hospital provides medical care for more than 1,000 elderly patients through a program run out of the Salvatore Mancini Center on Aging, in North Providence.

The consulting contract resulted from discussions that began last December, Celona said. He said he is interested in issues concerning the elderly and the village partners knew he was looking for work. He said the Assembly hospital battle had nothing to do with his hiring.

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

Dateline: *PROVIDENCE*

Text Word Count 655

Document URL: