UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. CR 06-02T |
| | : | |
| ROBERT A. URCIUOLI, | : | **EXPEDITED RELIEF REQUESTED** |
| FRANCES P. DRISCOLL, | : | |
| PETER J. SANGERMANO, JR., and | : | |
| ROGER WILLIAMS MEDICAL | : | |
| CENTER | : | |

**MOTION FOR LEAVE**
**FROM CHIEF U.S. DISTRICT JUDGE ERNEST C. TORRES' STANDING ORDER**
**TO EXCEED PAGE LIMITATIONS FOR FILING OF EXHIBITS**

Defendant Robert A. Urciuoli ("Defendant") moves pursuant to LR Cr 47(d) for leave to file exhibits in support of his motion to dismiss the indictment that exceed the page limitations set forth in Appendix A of Chief U.S. District Judge Ernest C. Torres' Standing Order.

In support of this Motion, the Defendant states that in order for the Court to be able to consider all relevant information pertaining to Defendant's motion to dismiss, the Court should review the following Exhibits:

1. A letter from Roger Williams Medical Center's ("RWMC") outside counsel to the Rhode Island Ethics Commission, dated April 6, 1998, requesting an Advisory Opinion regarding then State Senator John Celona's consulting relationship with affiliates of RWMC, which letter is referenced in paragraph 44 and elsewhere in the Indictment;
2. The Ethics Commission's Advisory Opinion regarding Celona's consulting relationship with RWMC affiliates, which is mentioned in paragraph 44 and elsewhere in the Indictment;

3. A Notice filed under Section 6 of the Code of Ethics by Celona, pursuant to the Advisory Opinion, which is related to a legislative bill mentioned in the Indictment;
4. A newspaper article, which is not being offered for the truth asserted, but to show that the Defendants notified the public of John A. Celona's relationship with Roger Williams Medical Center. See Shell Oil Co. v. Kleppe, 426 F.Supp. 894, 908 (D. Colo. 1977) (court took judicial notice of local newspaper and considered statements therein for impact on reader as opposed to truth of facts); and
5. Several of the legislative bills cited in the body of the Indictment.

While ordinarily a Court may consider only the four corners of the Indictment in considering a motion to dismiss, the Court may consider evidence beyond the four corners of the indictment when "the operative facts are undisputed and the government fails to object to the district court's consideration of those undisputed facts ...." United States v. Brown, 925 F.2d 1301, 1304 (10th Cir. 1991).

The exhibits total approximately 60 pages and are highly relevant. This motion is appropriate under the circumstances, even though the proposed exhibits relate to Defendant's motion to dismiss. To ensure a complete treatment of the issues presented, Defendant seeks leave pursuant to LR Cr 47(d) to file exhibits in excess of the page limitations set forth in Chief U.S. District Judge Ernest C. Torres' Standing Order.

Assistant U.S. Attorney Louis Matos has advised that the Government does not object to the relief requested herein.

ROBERT A. URCIUOLI

By his Attorneys,

Kristie M. Passalacqua

Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600

Michael J. Connolly (MA BBO # 638811)
*Pro Hac Vice Counsel*
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000
(617) 345-9020

Richard M. Egbert (MA BBO #151800)
*Pro Hac Vice Counsel*
99 Summer Street
Suite 1800
Boston, Massachusetts 02110
(617) 737-8222
(617) 737-8223 (fax)

DATED: April 3, 2006

**CERTIFICATION**

I hereby certify that I mailed a true and accurate copy of the within Motion for Leave to Exceed Page Limitations to counsel of record, as stated below, on April 3, 2006:

Robert Clark Corrente
United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Gerard B. Sullivan
Criminal Chief
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Luis M. Matos
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Dulce Donovan
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

William P. Devereaux
Holland & Knight LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

Thomas C. Frongillo, Esq.
Weil Gotshal & Manges
100 Federal Street, Floor 34
Boston, MA 02110

Thomas G. Briody, Esq.
Law Office of Thomas G. Briody
72 Pine Street, First Floor
Providence, RI 02903

John A. Pappalardo, Esq.
James P. Redding, Esq.
Greenburg Traurig LLP
One International Place
Boston, MA 02110

Kevin J. Bristow, Esq.,
1309 Turks Head Building
Providence, RI 02903

Kristine M. Passalacqua