**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CR 06-02T** |
| | : | |
| **ROBERT A. URCIUOLI,** | : | |
| **FRANCES P. DRISCOLL, and** | : | |
| **PETER SANGERMANO, JR.,** | : | |

**UNITED STATES' MOTION TO EXCEED THE PAGE LIMIT FOR ITS MEMORANDUM FILED IN SUPPORT OF ITS OBJECTION TO DEFENDANT URCIUOLI'S MOTION TO DISMISS THE INDICTMENT**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Luis M. Matos and Dulce Donovan, Assistant U. S. Attorneys, and moves this Court to allow the government to file a Memorandum in support of its Objection to Defendant Urciuoli's Motion to Dismiss the Indictment which exceeds ten pages. Further, the United States does not expect its Memorandum will exceed twenty-eight (28) pages. Counsel certifies that counsel for Robert A. Urciuoli, Michael Connelly, Esq. has no objection to the instant motion.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorneys

LUIS M. MATOS
DULCE DONOVAN
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of April, 2006, I mailed a true copy of the within Government's Motion To File Memorandum Exceeding Ten Pages, ordinary mail and postage prepaid to:

Michael J. Connolly
Hinckley Allen Snyder LLP
28 State Street
Boston, MA 02109

Kevin J. Bristow, Esq.
Turks Head Building
Providence, RI 02903

John A. Pappolardo, Esq.
James P. Redding, Esq.
Greenburg Traurig LLP
One International Place
Boston, MA 02110

[signature]

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CR 06-02T** |
| | : | |
| **ROBERT A. URCIUOLI,** | : | |
| **FRANCES P. DRISCOLL, and** | : | |
| **PETER SANGERMANO, JR.,** | : | |

**UNITED STATES' MOTION TO EXCEED THE PAGE LIMIT FOR ITS MEMORANDUM FILED IN SUPPORT OF ITS OBJECTION TO DEFENDANT SANGERMANO'S MOTION TO DISMISS THE INDICTMENT**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Luis M. Matos and Dulce Donovan, Assistant U. S. Attorneys, and moves this Court to allow the government to file a Memorandum in support of its Objection to Defendant Sangermano's Motion to Dismiss the Indictment which exceeds ten pages. Further, the United States does not expect its Memorandum will exceed seventeen (17) pages.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorneys

LUIS M. MATOS
DULCE DONOVAN
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of April, 2006, I mailed a true copy of the within Government's Motion To File Memorandum Exceeding Ten Pages, ordinary mail and postage prepaid to:

Michael J. Connolly
Hinckley Allen Snyder LLP
28 State Street
Boston, MA 02109

Kevin J. Bristow, Esq.
Turks Head Building
Providence, RI 02903

John A. Pappolardo, Esq.
James P. Redding, Esq.
Greenburg Traurig LLP
One International Place
Boston, MA 02110

[signature]