**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v. Cr. No. 06-02T

ROBERT A. URCIUOLI, FRANCES P. DRISCOLL, PETER J. SANGERMANO, JR., and ROGER WILLIAMS MEDICAL CENTER

**ORDER GRANTING MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS**

Defendant Robert A. Urciuoli's Motion for Leave to Exceed the Page Limitations for Filing of Exhibits in connection with his Motion to Dismiss the Indictment is hereby GRANTED. The Court reserves judgment as to whether or not the documents Urciuoli intends to file as exhibits may properly be considered in ruling on the motion to dismiss.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres,
Chief Judge

Date: 4/12/06