**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA,
Plaintiff

vs. C.R. No. 06-02T

ROBERT URCIUOLI, FRANCES
DRISCOLL, and PETER SANGERMANO,
JR.,
Defendants

**ORDER**

By agreement of all parties, it is hereby ordered that the above-captioned matter will be scheduled for impanelment on **Wednesday September 20th, 2006** at **9:00 AM.** Trial of the matter will commence immediately following the completion of jury impanelment.

By Order:

B. M. [signature]
Deputy Clerk

ENTER:

Ernest C. Torres [signature]
Chief Judge Ernest C. Torres
date: 4/20/06