UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CRIMINAL NO. CR 06-02T
:
ROBERT A. URCIUOLI, : **EXPEDITED RELIEF REQUESTED**
FRANCES P. DRISCOLL, :
PETER J. SANGERMANO, JR., and :
ROGER WILLIAMS MEDICAL :
CENTER :

**MOTION FOR BRIEF EXTENSION OF TIME TO FILE REPLY BRIEF**

Defendant Robert A. Urciuoli ("Urciuoli") respectfully moves this Court for an order extending by three (3) days the time for Urciuoli to reply to the Government's Objection to Urciuoli's Motion to Dismiss the Indictment. In support of this motion, Urciuoli states as follows:

1. On April 3, 2006, Urciuoli filed a Motion to Dismiss the Indictment.

2. On April 17, 2006, the Government filed an Objection to Defendant Urciuoli's Motion to Dismiss the Indictment.

3. Pursuant to LR Cr 47(b)(2), Urciuoli's Reply Brief is due on Monday, May 1, 2006.

4. Urciuoli's counsel has had a series of unanticipated work-related obligations that have interfered with counsel's efforts to complete Urciuoli's Reply Brief. Moreover, there will not be any prejudice to the Government should the Court allow the relief requested. Accordingly, Urciuoli requests a brief extension to Thursday, May 4, 2006 in which to file a Reply Brief.

5. Assistant U.S. Attorney Dulce Donovan has advised that the Government does not object to the relief requested herein.

WHEREFORE, Urciuoli respectfully requests the Court to enter an Order extending the date by which he must file a Reply Brief to Thursday, May 4, 2006, and such other and further relief as the Court may deem just and proper.

Respectfully submitted,

ROBERT A. URCIUOLI

By his Attorneys,

GRANTED

Ernest C. Torres
Chief, US District Judge
5/3/06

Kristie M. Passalacqua (amp)

Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600

Michael J. Connolly (MA BBO # 638811)
*Pro Hac Vice Counsel*
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000
(617) 345-9020

Richard M. Egbert (MA BBO #151800)
*Pro Hac Vice Counsel*
99 Summer Street
Suite 1800
Boston, Massachusetts 02110
(617) 737-8222
(617) 737-8223 (fax)

DATED: May 1, 2006

**CERTIFICATION**

I hereby certify that I mailed a true and accurate copy of the within Motion for Leave to Exceed Page Limitations to counsel of record, as stated below, on May 1, 2006:

Robert Clark Corrente
United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Gerard B. Sullivan
Criminal Chief
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Luis M. Matos
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Dulce Donovan
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

William P. Devereaux
Holland & Knight LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

Thomas C. Frongillo, Esq.
Weil Gotshal & Manges
100 Federal Street, Floor 34
Boston, MA 02110

Thomas G. Briody, Esq.
Law Office of Thomas G. Briody
72 Pine Street, First Floor
Providence, RI 02903

John A. Pappalardo, Esq.
James P. Redding, Esq.
Greenburg Traurig LLP
One International Place
Boston, MA 02110

Kevin J. Bristow, Esq.,
1309 Turks Head Building
Providence, RI 02903

Anna M. Piazza