UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. CR 06-02T |
| | : | |
| ROBERT A. URCIUOLI, | : | |
| FRANCES P. DRISCOLL, | : | |
| PETER J. SANGERMANO, JR., and | : | |
| ROGER WILLIAMS MEDICAL | : | |
| CENTER | : | |

**MOTION OF DEFENDANT ROBERT A. URCIUOLI FOR EXTENSION OF TIME IN WHICH TO FILE ALL MOTIONS**

Defendant, Robert A. Urciuoli ("Urciuoli") hereby respectfully requests that this Court modify its Order of March 23, 2006, to extend by four (4) weeks the time in which Urciuoli may file any motions, from May 8, 2006 to June 5, 2006. In support of this Motion, Uriciuoli states as follows:

1. Counsel for Urciuoli attempted to speak with Assistant U.S. Attorney Luis A. Matos on May 8, 2006, to request the government's assent to this Motion, yet was unable to reach him;
2. A number of discovery issues remain outstanding which counsel for Urciuoli hopes to take up with the government and, where possible, resolve by agreement rather than through motion practice;
3. Urciuoli requires additional time to finalize his motion in limine regarding the Saylor Report;
4. The limited extension sought of four weeks is a reasonable one, and will not in any way adversely impact either the timeliness or efficiency of the trial in this matter, especially

in view of the fact that the June trial date on which the May 8, 2006 deadline was predicated has been continued to September 20, 2006; and

5. The limited extension of four weeks for Urciuoli to file any motions will not prejudice the government or the other defendants in the trial of this matter.

WHEREFORE, Mr. Urciuoli respectfully requests the Court modify its Order of March 23, 2006 to extend the time in which to file discovery motions from May 8, 2006 to on or before June 5, 2006.

Respectfully submitted,

ROBERT A. URCIUOLI

By his Attorneys,

Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600
kpassalacqua@haslaw.com

Michael J. Connolly (MA BBO # 638811)
*Pro Hac Vice Counsel*
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000
(617) 345-9020
mconnolly@haslaw.com

Richard M. Egbert (MA BBO #151800)
*Pro Hac Vice Counsel*
99 Summer Street
Suite 1800
Boston, Massachusetts 02110
(617) 737-8222
(617) 737-8223 (fax)
regbert@egbertlaw.com

DATED: May 8, 2006

**CERTIFICATION**

I hereby certify that I mailed a true and accurate copy of the within Motion for Extension of Time to counsel of record, as stated below, on May 8, 2006:

Robert Clark Corrente
United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Gerard B. Sullivan
Criminal Chief
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Luis M. Matos
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Dulce Donovan
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

William P. Devereaux
Holland & Knight LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

Thomas C. Frongillo, Esq.
Weil Gotshal & Manges
100 Federal Street, Floor 34
Boston, MA 02110

Thomas G. Briody, Esq.
Law Office of Thomas G. Briody
72 Pine Street, First Floor
Providence, RI 02903

John A. Pappalardo, Esq.
James P. Redding, Esq.
Greenburg Traurig LLP
One International Place
Boston, MA 02110

Kevin J. Bristow, Esq.,
1309 Turks Head Building
Providence, RI 02903

Kristie M. Passalaqua