**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v. Cr. No. 06-02-01T

ROBERT A. URCIUOLI

**ORDER GRANTING, IN PART, MOTION FOR EXTENSION OF TIME**

Defendant Robert A. Urciuoli's motion for extension of time in which to file motions is hereby GRANTED with respect to (1) any discovery motions and (2) a motion *in limine* regarding the "Saylor Report." The motion is hereby DENIED in all other respects.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres,
Chief Judge

Date: 5/17/06