UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR 06-02-01-T |
| | : | |
| ROBERT A. URCIUOLI, | : | |
| FRANCES P. DRISCOLL, | : | |
| PETER J. SANGERMANO, JR., and | : | |
| ROGER WILLIAMS MEDICAL CENTER | : | |

**MOTION FOR BRIEF EXTENSION OF TIME**
**FOR DEFENDANT ROBERT A. URCIUOLI TO FILE MOTION *IN LIMINE***

Defendant Robert A. Urciuoli ("Urciuoli") respectfully moves this Court for an order extending by two (2) days the time for Urciuoli to file a Motion *In Limine* to Limit Use of the Report of F. Dennis Saylor. In support of this motion, Urciuoli states as follows:

1. The Court set the deadline of June 5, 2006 for Urciuoli to file two motions -- a Motion to Compel Disclosure of Exculpatory Information (the "Motion to Compel") and a Motion *In Limine* to Limit the Use of the Report of F. Dennis Saylor (the "Motion *In Limine*").

2. The Motion to Compel will be filed this date.

3. However, Urciuoli's counsel has been unable to complete the Motion *In Limine* due to unanticipated obligations, and requires two (2) additional days to do so.

4. The Government will not be prejudiced by the brief extension because trial in this matter does not begin until September 20, 2006.

5. The Government, through Assistant United States Attorney Dulce Donovan, has indicated that it does not object to this motion.

*#584599v1*

WHEREFORE, Urciuoli respectfully requests the Court to enter an Order extending the date by which he must file a Motion *In Limine* to Limit the Use of the Report of F. Dennis Saylor to June 7, 2006, and such other and further relief as the Court may deem just and proper.

Respectfully submitted,

ROBERT A. URCIUOLI

By his Attorneys,

Kristie M. Passalacqua (amp)

Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

Michael J. Connolly (MA BBO # 638811)
*Pro Hac Vice Counsel*
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000
(617) 345-9020 (fax)
mconnolly@haslaw.com

Richard M. Egbert (MA BBO #151800)
*Pro Hac Vice Counsel*
Richard Egbert Law Offices
99 Summer Street
Suite 1800
Boston, Massachusetts 02110
(617) 737-8222
(617) 737-8223 (fax)
regbert@egbertlaw.com

DATED: June 5, 2006.

**CERTIFICATION**

I hereby certify that I mailed a true and accurate copy of the within Motion for Brief Extension of Time for Defendant Robert A. Urciuoli to File Motion *in Limine* to counsel of record, as stated below, on June 5, 2006:

Cynthia Smos

| | |
|---|---|
| Robert Clark Corrente<br>United States Attorney<br>United States Attorney's Office<br>50 Kennedy Plaza, 8th Floor<br>Providence, RI 02903 | Gerard B. Sullivan<br>Criminal Chief<br>United States Attorney's Office<br>50 Kennedy Plaza, 8th Floor<br>Providence, RI 02903 |
| Luis M. Matos<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>50 Kennedy Plaza, 8th Floor<br>Providence, RI 02903 | Dulce Donovan<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>50 Kennedy Plaza, 8th Floor<br>Providence, RI 02903 |
| William P. Devereaux<br>Holland & Knight LLP<br>One Financial Plaza, Suite 1800<br>Providence, RI 02903 | Thomas C. Frongillo, Esq.<br>Weil Gotshal & Manges<br>100 Federal Street, Floor 34<br>Boston, MA 02110 |
| Thomas G. Briody, Esq.<br>Law Office of Thomas G. Briody<br>72 Pine Street, First Floor<br>Providence, RI 02903 | John A. Pappalardo, Esq.<br>James P. Redding, Esq.<br>Greenburg Traurig LLP<br>One International Place<br>Boston, MA 02110 |
| Kevin J. Bristow, Esq.,<br>1309 Turks Head Building<br>Providence, RI 02903 | |