**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001

April 12, 2006

By Facsimile and First Class Mail

Michael J. Connolly
Hinckley Allen Snyder LLP
28 State Street
Boston, MA 02109

Re: United States v. Urciuoli, et al.
CR. No: 06-02T

Dear Attorney Connolly:

You inquired today by electronic mail whether the Government intends to offer all or any part of the statements of Frances Driscoll reflected on an FBI Form 302, during its case in chief. While we do not believe that, at this stage of the proceedings, we have an obligation to specifically identify which testimony or statements we intend to introduce at trial, we refer you to the enclosed proffer agreement. As the 302 report states, Ms. Driscoll was interviewed under the terms of a proffer agreement. Pursuant to the terms of the proffer agreement, the United States may not use the statements made by Ms. Driscoll during the proffer session against her in our case-in-chief, except under certain circumstances as outlined in the agreement.

If you have any questions, please do not hesitate to contact me.

Sincerely,

ROBERT CLARK CORRENTE
United States Attorney

LUIS M. MATOS
Assistant U.S. Attorney