U.S. Department of Justice

*United States Attorney*
*District of Rhode Island*

---

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001

November 8, 2005

Kevin Bristow, Esq.
1309 Turks Head Building
Providence, RI 02903

Re: Frances Driscoll

Dear Mr. Bristow:

This letter is to confirm that your client, Frances Driscoll, agrees to meet with representatives of the United States on November 8, 2005 at 9:30 a.m. It is also to confirm the terms of the proffer to be made by your client.

1. No statement or other information provided by your client will be used against him directly in the case-in-chief of any criminal case provided his statements and information are completely truthful and candid. If they are not, the statements and information may be used against him directly in the case-in-chief of a prosecution for perjury, making false statements, obstruction of justice, or any other criminal case, including one involving the criminal offense which are the subject of the government's investigation and your client's proffer.

2. In the event your client is a witness and testifies differently from any statement or information provided in the proffer, the government may use his statements and information without limitation to confront, impeach, and cross-examine him.

3. The government may make derivative use of the statements and information provided by your client. This means that the government may pursue any investigative leads suggested by your client's statement and information and is free to use any evidence or information which it obtains in such a manner without restriction. It also means that your client will not be able to claim at a trial or other proceeding that such evidence and information is tainted by your client's proffer.

4. This letter constitutes the entire agreement between the government and your client. By countersigning it below, your client expressly agrees to the terms and condition set forth in the letter.

Sincerely,

ROBERT CLARK CORRENTE
United States Attorney

LUIS M. MATOS
Assistant U.S. Attorney

I have read this letter, discussed it with my counsel, understand the terms and conditions contained in the letter, and agree to them.

Date Nov. 8, 2005

Witness