UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CR 06-02-1T |
| | : | |
| ROBERT A. URCIUOLI, | : | |
| FRANCES P. DRISCOLL, and | : | |
| PETER SANGERMANO, JR. | : | |

**UNITED STATES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT, ROBERT URCIUOLI'S, MOTION TO COMPEL DISCLOSURE OF EXCULPATORY EVIDENCE**

Defendant, Robert Urciuoli, has filed a motion to compel disclosure of (1) exculpatory evidence and, (2) the government's position regarding co-defendant Francis Driscoll's FBI interview reports ("motion to compel"). The United States' response is presently due on June 22, 2006. The United States requests an additional seven days, to and including, June 29, 2006, to respond to the motion to compel. Michael Connolly, Esquire, counsel for the defendant, has represented that defendant does not oppose this motion.

The United States requests additional time to fully address the issues presented in defendant's motion. In addition, counsel for the United States, Luis M. Matos, has additional matters that he must attend to, the most significant being a appellate brief that must be filed on June 26, 2006, in the United States Court of Appeals for the Second Circuit in Adames v. Bureau of Immigration, Dkt. No. 04-1853-ag (2nd Cir.). Finally, defendant will not be prejudiced by the extension of time because trial in this matter is not scheduled to begin until September 20, 2006. Accordingly, the United States requests an extension, to and including, June 29, 2006, to respond to the defendant's motion to compel.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

LUIS M. MATOS
DULCE DONOVAN
Assistant U.S. Attorneys

Dated: June 22, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of June, 2006, I caused to be sent by first class regular mail a true copy of the within United States' Unopposed Motion for an Extension of Time to Respond to Defendant, Robert Urciuoli's Motion to Compel Disclosure of Exculpatory Evidence to:

Richard M. Egbert, Esq.
99 Summer Street
Suite 1800
Boston, MA 02110

Kevin J. Bristow, Esq.
501 Turks Head Building
Providence, RI 02903

John A. Pappolardo, Esq.
James P. Redding, Esq.
Greenburg Traurig LLP
One International Place
Boston, MA 02110

Michael J. Connolly
Hinckley Allen Snyder LLP
28 State Street
Boston, MA 02109

K. Anderson