**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA,** :
:
**v.** : **CR 06-01T**
:
**ROBERT A. URCIUOLI,** :
**FRANCES P. DRISCOLL, and** :
**PETER SANGERMANO, JR.,** :

**UNITED STATES' MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT ROBERT URCIUOLI'S MOTION IN LIMINE TO LIMIT USE OF REPORT BY F. DENNIS SAYLOR**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Luis M. Matos and Dulce Donovan, Assistant U. S. Attorneys, and moves this Court to allow it additional time to respond to Defendant Robert Urciuoli's Motion in Limine to Limit Use of Report of F. Dennis Saylor. In support thereof, the United States avers:

1. On June 7, 2006, Defendant Robert Urciuoli filed a Motion in Limine to Limit Use of Report by F. Dennis Saylor.

2. The United States' response to the motion is due on June 26, 2006.

3. Due to prior litigation commitments, to date, counsel for the United States has been unable to complete a response to Urciuoli's motion in limine.

4. The United States requests an extension of time up to and including July 5, 2006, to respond to Urciuoli's motion.

5. Undersigned counsel certifies that she has spoken to counsel for Robert Urciuoli, Michael Connolly, and that he does not object to the instant motion.

Accordingly, the United States respectfully requests an extension of time until July 5, 2006, to respond to Defendant Urciuoli's motion in limine.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorneys

Dated: June 26, 2006

LUIS M. MATOS
DULCE DONOVAN
Assistant U.S. Attorneys

GRANTED

Ernest C. Torres
Chief, US District Judge
6/28/2006

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CR 06-02T** |
| | : | |
| **ROBERT A. URCIUOLI,** | : | |
| **FRANCES P. DRISCOLL, and** | : | |
| **PETER SANGERMANO, JR.,** | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June, 2006, I caused to be sent by first class regular mail a true copy of the within United States' Motion to Extend Time to Respond to Defendant Robert Urciuoli's Motion in Limine to Limit Use of Report by F. Dennis Saylor to:

Richard M. Egbert, Esq.
99 Summer Street
Suite 1800
Boston, MA 02110

Kevin J. Bristow, Esq.
501 Turks Head Building
Providence, RI 02903

John A. Pappolardo, Esq.
James P. Redding, Esq.
Greenburg Traurig LLP
One International Place
Boston, MA 02110

Michael J. Connolly
Hinckley Allen Snyder LLP
28 State Street
Boston, MA 02109

[signature]