CLOSED

**U.S. District Court**
**District of Rhode Island (Providence)**
**CRIMINAL DOCKET FOR CASE #: 1:06-cr-00002-T-RWL-ALL**

Case title: USA v. Urciuoli et al

Date Filed: 01/05/2006

Assigned to: Ernest C. Torres
Referred to: Robert W Lovegreen

**Defendant**

**Robert A. Urciuoli** (1)

represented by

**Kristie M. Passalacqua**
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
274-2000
Fax: 457-5173
Email: kpassalacqua@haslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Michael J. Connolly**
Hinckley, Allen & Snyder LLP
28 State Street
2nd Floor
Boston, MA 02109
617-345-9000
Fax: 617-345-9020
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Richard M. Egbert**
99 Summer Street
Suite 1800
Boston, MA 02110
617-737-8222
Fax: 617-737-8223
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert G. Flanders, Jr.**
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

274-2000
Fax: 277-9600
Email: rflanders@haslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371 - CONSPIRACY TO DEPRIVE THE CITIZENS OF JOHN CELONA'S HONEST SERVICES (1) | |
| 18:1341, 1346 AND 2 - SCHEME TO DEFRAUD THE CITIZENS OF JOHN CELONA'S HONEST SERVICES (3-38) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Ernest C. Torres
Referred to: Robert W Lovegreen

**Defendant**

**Frances P. Driscoll** (2) represented by **Kevin J. Bristow**
505 Turks Head Building
Providence, RI 02903
521-2800
Fax: 521-2812
Email: KJBristowlaw@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371 - CONSPIRACY TO DEPRIVE | |

THE CITIZENS OF JOHN CELONA'S HONEST SERVICES
(1)

18:1341, 1346 AND 2 - SCHEME TO DEFRAUD THE CITIZENS OF JOHN CELONA'S HONEST SERVICES
(2)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Ernest C. Torres
Referred to: Robert W Lovegreen

**Defendant**

**Peter J. Sangermano, Jr.** (3) represented by

**A. John Pappalardo**
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
US
617-310-6000
Fax: 617-310-6001
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Evan Georgopoulos**
Greenberg Traurig
One International Place
Boston, MA 02110
617-310-6000
Fax: 617-310-6001
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P. Redding**
Greenberg Traurig, LLP

One International Place
Boston, MA 02110
617-310-6000
Fax: 617-310-6001
Email: reddingj@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas G. Briody**
72 Pine Street
1st Floor
Providence, RI 02903
751-5151
Fax: 331-7454
Email: TBriodylaw@aol.com
*TERMINATED: 05/05/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371 - CONSPIRACY TO DEPRIVE THE CITIZENS OF JOHN CELONA'S HONEST SERVICES (1) | |
| 18:1341, 1346 AND 2 - SCHEME TO DEFRAUD THE CITIZENS OF JOHN CELONA'S HONEST SERVICES (3-38) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Ernest C. Torres
Referred to: Robert W Lovegreen

**Defendant**

**Roger Williams Medical Center** (4)
*TERMINATED: 05/02/2006*

represented by **Thomas Frongillo**
Weil Gotshal & Manges LLP
100 Federal Street
Floor 34
Boston, MA 02110
US
617-772-8335
Fax: 617-772-8333
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William P. Devereaux**
Holland & Knight LLP
One Financial Plaza
Suite 1800
Providence, RI 02903-0819
824-5134
Fax: 553-6850
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:371 - CONSPIRACY TO DEPRIVE THE CITIZENS OF JOHN CELONA'S HONEST SERVICES (1) | Dismissed without prejudice |
| 18:1341, 1346 AND 2 - SCHEME TO DEFRAUD THE CITIZENS OF JOHN CELONA'S HONEST SERVICES (3-38) | Dismissed without prejudice |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA** represented by **Dulce Donovan**
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza
8th Floor
Providence, RI 02903
709-5000
Fax: 709-5001
Email: dulce.donovan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerard B. Sullivan**
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza
8th Floor
Providence, RI 02903
709-5000
Fax: 709-5001
Email: gerard.sullivan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Luis M. Matos**
U.S. Attorney's Office
50 Kennedy Plaza
8th Floor
Providence, RI 02903
709-5000
Fax: 709-5001
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/05/2006 | 1 | INDICTMENT as to Robert A. Urciuoli (1) count(s) 1, 3-38, Frances P. Driscoll (2) count(s) 1, 2, Peter J. Sangermano, Jr (3) count(s) 1, 3-38, Roger Williams Medical Center (4) count(s) 1, 3-38. (Attachments: # 1 Criminal Cover Sheets) (Theall, Jeannine) (Entered: 01/05/2006) |
| 01/09/2006 | | Set/Reset Deadlines/Hearings as to Robert A. Urciuoli, Frances P. Driscoll, Peter J. Sangermano, Jr, Roger Williams Medical Center : Arraignment set for 1/12/2006 02:00 PM in Courtroom A before Magistrate Judge Robert W Lovegreen. (Theall, Jeannine) (Entered: 01/09/2006) |
| 01/09/2006 | 2 | Summons Issued in case as to Peter J. Sangermano, Jr Arraignment set for 1/12/2006 02:00 PM in Courtroom A before Magistrate Judge Robert W Lovegreen. (Theall, Jeannine) (Entered: 01/09/2006) |

| | | |
|---|---|---|
| 01/09/2006 | 3 | Summons Issued in case as to Frances P. Driscoll Arraignment set for 1/12/2006 02:00 PM in Courtroom A before Magistrate Judge Robert W Lovegreen. (Theall, Jeannine) (Entered: 01/09/2006) |
| 01/09/2006 | 4 | Summons Issued in case as to Robert A. Urciuoli Arraignment set for 1/12/2006 02:00 PM in Courtroom A before Magistrate Judge Robert W Lovegreen. (Theall, Jeannine) (Entered: 01/09/2006) |
| 01/09/2006 | 5 | Summons Issued in case as to Roger Williams Medical Center Arraignment set for 1/12/2006 02:00 PM in Courtroom A before Magistrate Judge Robert W Lovegreen. (Theall, Jeannine) (Entered: 01/09/2006) |
| 01/09/2006 | 14 | MOTION for Michael J. Connolly, Esq. to Appear Pro Hac Vice by Robert A. Urciuoli. (Leyva, Lucia) (Entered: 01/11/2006) |
| 01/10/2006 | 6 | ORDER OF RECUSAL in case as to Robert A. Urciuoli Magistrate Judge Lincoln D. Almond recused. Signed by Magistrate Judge Lincoln D. Almond on 1/10/06. Sent to counsel. (Theall, Jeannine) (Entered: 01/10/2006) |
| 01/10/2006 | 7 | ORDER OF RECUSAL in case as to Frances P. Driscoll Magistrate Judge Lincoln D. Almond recused. Signed by Magistrate Judge Lincoln D. Almond on 1/10/06. Sent to counsel. (Theall, Jeannine) (Entered: 01/10/2006) |
| 01/10/2006 | 8 | ORDER OF RECUSAL in case as to Peter J. Sangermano, Jr Magistrate Judge Lincoln D. Almond recused. Signed by Magistrate Judge Lincoln D. Almond on 1/10/06. Sent to counsel. (Theall, Jeannine) (Entered: 01/10/2006) |
| 01/10/2006 | 9 | ORDER OF RECUSAL in case as to Roger Williams Medical Center Magistrate Judge Lincoln D. Almond recused. Signed by Magistrate Judge Lincoln D. Almond on 1/10/06. Sent to counsel. (Theall, Jeannine) (Entered: 01/10/2006) |
| 01/11/2006 | 10 | ORDER OF RECUSAL in case as to Robert A. Urciuoli. Case reassigned to Magistrate Judge Robert W Lovegreen for all further proceedings . Signed by Magistrate Judge David L. Martin on 1/10/06. Forwarded to counsel (Saucier, Martha) (Entered: 01/11/2006) |
| 01/11/2006 | 11 | ORDER OF RECUSAL in case as to Frances P. Driscoll. Case reassigned to Magistrate Judge Robert W Lovegreen for all further proceedings . Signed by Magistrate Judge David L. Martin on 1/10/06. Forwarded to counsel (Saucier, Martha) (Entered: 01/11/2006) |
| 01/11/2006 | 12 | ORDER OF RECUSAL in case as to Peter J. Sangermano, Jr. Case reassigned to Magistrate Judge Robert W Lovegreen for all further proceedings . Signed by Magistrate Judge David L. Martin on 1/10/06. Forwarded to counsel (Saucier, Martha) (Entered: 01/11/2006) |
| 01/11/2006 | 13 | ORDER OF RECUSAL in case as to Roger Williams Medical Center. Case reassigned to Magistrate Judge Robert W Lovegreen for all further proceedings . Signed by Magistrate Judge David L. Martin on 1/10/06. |

| | | |
|---|---|---|
| | | Forwarded to counsel (Saucier, Martha) (Entered: 01/11/2006) |
| 01/11/2006 | | Motions Forwarded to Chambers: 14 MOTION for Michael J. Connolly, Esq. to Appear Pro Hac Vice (Jackson, Ryan) (Entered: 01/11/2006) |
| 01/11/2006 | 15 | ORDER granting 14 Motion to Appear Pro Hac Vice of Michael J. Connolly as to Robert A. Urciuoli (1). Signed by Judge Ernest C. Torres on 1/11/06; faxed to all counsel of record (Jackson, Ryan) (Entered: 01/11/2006) |
| 01/12/2006 | 16 | NOTICE OF ATTORNEY APPEARANCE: Robert G. Flanders, Jr appearing for Robert A. Urciuoli (Theall, Jeannine) (Entered: 01/12/2006) |
| 01/12/2006 | 17 | NOTICE OF ATTORNEY APPEARANCE: Kevin J. Bristow appearing for Frances P. Driscoll (Farrell Pletcher, Paula) (Entered: 01/12/2006) |
| 01/12/2006 | 18 | NOTICE OF ATTORNEY APPEARANCE: Thomas G. Briody appearing for Peter J. Sangermano, Jr (Farrell Pletcher, Paula) (Entered: 01/12/2006) |
| 01/12/2006 | 19 | NOTICE OF ATTORNEY APPEARANCE: William P. Devereaux appearing for Roger Williams Medical Center (Farrell Pletcher, Paula) (Entered: 01/12/2006) |
| 01/12/2006 | 20 | Secretary's Certificate of Charges as to Roger Williams Medical Center: (Farrell Pletcher, Paula) (Entered: 01/12/2006) |
| 01/12/2006 | | Minute Entry for proceedings held before Judge Robert W Lovegreen :Arraignment as to Robert A. Urciuoli (1) Count 1,3-38 and Frances P. Driscoll (2) Count 1,2 and Peter J. Sangermano Jr. (3) Count 1,3-38 and Roger Williams Medical Center (4) Count 1,3-38 held on 1/12/2006, Bond Hearing as to Robert A. Urciuoli, Frances P. Driscoll, Peter J. Sangermano, Jr, Roger Williams Medical Center held on 1/12/2006. All defendants plead not guilty. Bond set for defendants Urciuoli, Driscoll, and Sangermano at $10,000.00 unsecured bond with conditons. (Tape #1.) (Farrell Pletcher, Paula) (Entered: 01/12/2006) |
| 01/12/2006 | 21 | ARRAIGNMENT ORDER as to Robert A. Urciuoli Motions due by 2/13/2006. Responses due by 2/23/2006 Jury Trial set for 2/24/2006 09:30 AM in Courtroom 3 before Ernest C. Torres. Pretrial Conference set for 2/15/2006 02:00 PM in Magistrate Judge Lovegreen Chambers - Room 519 before Robert W Lovegreen.. Signed by Judge Robert W Lovegreen on 1/12/06. (Farrell Pletcher, Paula) (Entered: 01/12/2006) |
| 01/12/2006 | 22 | ARRAIGNMENT ORDER as to Frances P. Driscoll Motions due by 2/13/2006. Responses due by 2/23/2006 Jury Trial set for 2/24/2006 09:30 AM in Courtroom 3 before Ernest C. Torres. Pretrial Conference set for 2/15/2006 02:00 PM in Magistrate Judge Lovegreen Chambers - Room 519 before Robert W Lovegreen.. Signed by Judge Robert W Lovegreen on 1/12/06. (Farrell Pletcher, Paula) (Entered: 01/12/2006) |
| 01/12/2006 | 23 | ARRAIGNMENT ORDER as to Peter J. Sangermano, Jr Motions due by 2/13/2006. Responses due by 2/23/2006 Jury Trial set for 2/24/2006 |

| | | |
|---|---|---|
| | | 09:30 AM in Courtroom 3 before Ernest C. Torres. Pretrial Conference set for 2/15/2006 02:00 PM in Magistrate Judge Lovegreen Chambers - Room 519 before Robert W Lovegreen.. Signed by Judge Robert W Lovegreen on 1/12/06. (Farrell Pletcher, Paula) (Entered: 01/12/2006) |
| 01/12/2006 | 24 | ARRAIGNMENT ORDER as to Roger Williams Medical Center Motions due by 2/13/2006. Responses due by 2/23/2006 Jury Trial set for 2/24/2006 09:30 AM in Courtroom 3 before Ernest C. Torres. Pretrial Conference set for 2/15/2006 02:00 PM in Magistrate Judge Lovegreen Chambers - Room 519 before Robert W Lovegreen.. Signed by Judge Robert W Lovegreen on 1/12/06. (Farrell Pletcher, Paula) (Entered: 01/12/2006) |
| 01/12/2006 | 25 | ORDER Setting Conditions of Release as to Robert A. Urciuoli (1) $10,000.00 Unsecured with conditions. Signed by Judge Robert W Lovegreen on 1/12/06. (Farrell Pletcher, Paula) (Entered: 01/12/2006) |
| 01/12/2006 | 26 | Appearance Bond Entered as to Robert A. Urciuoli in amount of $ 10,000.00, Unsecured. . Signed by Judge Robert W Lovegreen on 1/12/06. (Farrell Pletcher, Paula) (Entered: 01/12/2006) |
| 01/12/2006 | 27 | ORDER Setting Conditions of Release as to Frances P. Driscoll (2) $10,000.00 unsecured . Signed by Judge Robert W Lovegreen on 1/12/06. (Farrell Pletcher, Paula) (Entered: 01/12/2006) |
| 01/12/2006 | 28 | Appearance Bond Entered as to Frances P. Driscoll in amount of $ 10,000.00, Property Posted: Unsecured . Signed by Judge Robert W Lovegreen on 1/12/06. (Farrell Pletcher, Paula) (Entered: 01/12/2006) |
| 01/12/2006 | 29 | ORDER Setting Conditions of Release as to Peter J. Sangermano Jr. (3) $10,000.00 Unsecured . Signed by Judge Robert W Lovegreen on 1/12/06. (Farrell Pletcher, Paula) (Entered: 01/12/2006) |
| 01/12/2006 | 30 | Appearance Bond Entered as to Peter J. Sangermano, Jr in amount of $ $10,000.00, Property Posted: Unsecured . Signed by Judge Robert W Lovegreen on 1/12/06. (Farrell Pletcher, Paula) (Entered: 01/12/2006) |
| 01/12/2006 | 31 | Receipt for Surrender of Passport as to Robert A. Urciuoli Passport Number 206790518 issued by USA (Theall, Jeannine) (Entered: 01/13/2006) |
| 01/12/2006 | 32 | Receipt for Surrender of Passport as to Frances P. Driscoll Passport Number 156433087 issued by USA (Theall, Jeannine) (Entered: 01/13/2006) |
| 01/12/2006 | 33 | Receipt for Surrender of Passport as to Peter J. Sangermano, Jr Passport Number 102582680 issued by USA (Theall, Jeannine) (Entered: 01/13/2006) |
| 01/12/2006 | 34 | Summons Returned Executed on January 12, 2006 as to Robert A. Urciuoli. (Leyva, Lucia) (Entered: 01/17/2006) |
| 01/12/2006 | 35 | Summons Returned Executed on January 12, 2006 as to Frances P. Driscoll. (Leyva, Lucia) (Entered: 01/17/2006) |

| | | |
|---|---|---|
| 01/13/2006 | 36 | Summons Returned Executed on January 12, 2006 as to Peter J. Sangermano, Jr. (Leyva, Lucia) (Entered: 01/19/2006) |
| 01/13/2006 | 37 | Summons Returned Executed on January 12, 2006 as to Roger Williams Medical Center. (Leyva, Lucia) (Entered: 01/19/2006) |
| 01/27/2006 | 38 | DEFERRED PROSECUTION AGREEMENT as to Roger Williams Medical Center: (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (Leyva, Lucia) (Entered: 01/31/2006) |
| 02/13/2006 | 39 | NOTICE OF ATTORNEY APPEARANCE: Kristie L. Passalacqua, Esq. appearing for Robert A. Urciuoli (Leyva, Lucia) (Entered: 02/14/2006) |
| 02/13/2006 | 40 | JOINT ASSENTED TO MOTION to Enlarge Time WITH SUPPORTING MEMO by Robert A. Urciuoli, Frances P. Driscoll and Peter J. Sangermano, Jr. (Leyva, Lucia) (Entered: 02/14/2006) |
| 02/15/2006 | | Motions Forwarded to Chambers: 40 MOTION to Extend Time (Jackson, Ryan) (Entered: 02/15/2006) |
| 02/16/2006 | 41 | ORDER Returning Document - Motion for Admission Pro Hac Vice as to Roger Williams Medical Center . Signed by Magistrate Judge Robert W Lovegreen on 2/16/06. (Theall, Jeannine) (Entered: 02/16/2006) |
| 02/21/2006 | | NOTICE OF HEARING ON MOTION in case as to Robert A. Urciuoli, Frances P. Driscoll, Peter J. Sangermano, Jr, Roger Williams Medical Center 40 MOTION to Extend Time: Motion Hearing set for 3/1/2006 09:00 AM in Chambers 214 before Judge Ernest C. Torres; notice faxed to all counsel of record (Jackson, Ryan) (Entered: 02/21/2006) |
| 02/21/2006 | 42 | MOTION to Dismiss by USA as to Roger Williams Medical Center. (Leyva, Lucia) (Entered: 02/23/2006) |
| 02/22/2006 | 43 | NOTICE OF ATTORNEY APPEARANCE: James P. Redding, Esq. appearing for Peter J. Sangermano, Jr. (Leyva, Lucia) (Entered: 02/23/2006) |
| 02/22/2006 | 44 | MOTION for A. John Pappalardo, Esq. to Appear Pro Hac Vice by Peter J. Sangermano, Jr. (Leyva, Lucia) (Entered: 02/23/2006) |
| 03/03/2006 | | NOTICE OF HEARING as to Roger Williams Medical Center: Telephone Conference set for 3/9/2006 09:30 AM in Courtroom 3 before Judge Ernest C. Torres; notice faxed to all counsel of record(Jackson, Ryan) (Entered: 03/03/2006) |
| 03/03/2006 | | Reset Hearings as to Roger Williams Medical Center : Telephone Conference reset for 3/13/2006 at 09:00 AM before Judge Ernest C. Torres; notice faxed to all counsel of record (Jackson, Ryan) (Entered: 03/03/2006) |
| 03/07/2006 | | Reset Hearings as to Robert A. Urciuoli, Frances P. Driscoll, Peter J. Sangermano, Jr : In Chambers Conference reset for 3/21/2006 10:00 AM in Chambers 214 before Judge Ernest C. Torres; amended notice faxed to all counsel of record (Jackson, Ryan) (Entered: 03/07/2006) |

| | | |
|---|---|---|
| | | Frongillo as to Roger Williams Medical Center (4). Signed by Judge Ernest C. Torres on 3/26/06; faxed to all counsel of record (Jackson, Ryan) (Entered: 03/28/2006) |
| 04/03/2006 | 51 | MOTION to Dismiss the Indictment WITH SUPPORTING MEMO by Robert A. Urciuoli. (Leyva, Lucia) Additional attachment(s) [Exhibits] added on 4/20/2006 pursuant to order granting motion for leave to file excess pages. (Leyva, Lucia). (Entered: 04/04/2006) |
| 04/03/2006 | 52 | MOTION for Leave to Exceed Page Limitations for ExhibitsWITH SUPPORTING MEMO by Robert A. Urciuoli. (Leyva, Lucia) (Entered: 04/04/2006) |
| 04/03/2006 | 53 | MOTION to Dismiss WITH SUPPORTING MEMO by Frances P. Driscoll. (Leyva, Lucia) (Entered: 04/04/2006) |
| 04/03/2006 | 54 | MOTION to Dismiss the IndictmentWITH SUPPORTING MEMO by Peter J. Sangermano, Jr. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Leyva, Lucia) (Entered: 04/04/2006) |
| 04/04/2006 | | Motions Forwarded to Chambers: 52 MOTION for Leave to File Excess Pages, 51 MOTION to Dismiss, 53 MOTION to Dismiss, 54 MOTION to Dismiss (Jackson, Ryan) (Entered: 04/04/2006) |
| 04/04/2006 | 55 | RESPONSE in Opposition by USA as to Robert A. Urciuoli re 52 MOTION to Exceed the Page Limitation. (Leyva, Lucia) (Entered: 04/07/2006) |
| 04/06/2006 | | NOTICE OF HEARING as to Robert A. Urciuoli, Frances P. Driscoll, Peter J. Sangermano, Jr: Telephone Conference set for 4/13/2006 09:00 AM in Chambers 214 before Judge Ernest C. Torres; notice faxed to all counsel of record(Jackson, Ryan) (Entered: 04/06/2006) |
| 04/07/2006 | 56 | MOTION to Withdraw as Attorney by Thomas G. Briody as to Peter J. Sangermano, Jr. (Leyva, Lucia) (Entered: 04/07/2006) |
| 04/07/2006 | | Minute Entry for proceedings held before Judge Ernest C. Torres :Motion Hearing as to Roger Williams Medical Center held on 4/7/2006 re 42 MOTION to Dismiss filed by USA. Government: Gerard B. Sullivan, AUSA, Luis Matos, AUSA; Defendant: William P. Devereaux, Esq. Court addresses. Government argues Motion and summarizes terms of deferred prosecution agreement. Defendant argues in favor of Motion to Dismiss. Court questions representative from Roger William Medical Center(RWMC), Kenneth Belcher (CEO), and reviews rights that the defendant relinquishes. Belcher indicates on behalf of defendant that RWMC understands and accepts the agreement. Court grants Motion to Dismiss Indictment without prejudice. (Court Reporter Angela Reynolds.) (Leyva, Lucia) (Entered: 04/07/2006) |
| 04/07/2006 | | ORAL ORDER of Judge Ernest C. Torres on April 7, 2006 as to Roger Williams Medical Center granting 42 MOTION to Dismiss filed by USA. (Leyva, Lucia) (Entered: 04/07/2006) |
| 04/07/2006 | 57 | MOTION for SeveranceWITH SUPPORTING MEMO by Peter J. |

| | | |
|---|---|---|
| | | Sangermano, Jr. (Leyva, Lucia) (Entered: 04/10/2006) |
| 04/12/2006 | | Motions Forwarded to Chambers: 56 MOTION to Withdraw as Attorney by Thomas G. Briody. (Jackson, Ryan) (Entered: 04/12/2006) |
| 04/12/2006 | | Motions Forwarded to Chambers: 57 MOTION to Sever Defendant Peter Sangermano (Jackson, Ryan) (Entered: 04/12/2006) |
| 04/12/2006 | 58 | MOTION to Exceed the Page Limit for its Memorandum Filed in Support of its Objection to Defendant's Motion to Dismiss the Indictment by USA as to Robert A. Urciuoli. (Leyva, Lucia) (Entered: 04/13/2006) |
| 04/12/2006 | 60 | MOTION for Leave to File Excess Pages in Opposition to Defendant Sangermano's Motion to Dismiss the Indictment by USA as to Peter J. Sangermano, Jr. (Jackson, Ryan) (Entered: 04/14/2006) |
| 04/13/2006 | | Minute Entry for proceedings held before Judge Ernest C. Torres :Telephone Conference as to Robert A. Urciuoli, Frances P. Driscoll, Peter J. Sangermano, Jr held on 4/13/2006; all counsel of record present (Jackson, Ryan) (Entered: 04/13/2006) |
| 04/13/2006 | 59 | ORDER granting 52 Motion for Leave to File Excess Pages as to Robert A. Urciuoli (1). Signed by Judge Ernest C. Torres on 4/12/06; faxed to all counsel of record (Jackson, Ryan) (Entered: 04/14/2006) |
| 04/14/2006 | | NOTICE OF HEARING as to Robert A. Urciuoli, Frances P. Driscoll, Peter J. Sangermano, Jr: Telephone Conference set for 4/18/2006 04:00 PM in Chambers 214 before Judge Ernest C. Torres; notice faxed to all counsel of record(Jackson, Ryan) (Entered: 04/14/2006) |
| 04/14/2006 | | Motions Forwarded to Chambers: 58 MOTION for Leave to File Excess Pages filed by USA (Jackson, Ryan) (Entered: 04/14/2006) |
| 04/14/2006 | | Set/Reset Hearings as to Robert A. Urciuoli, Frances P. Driscoll, Peter J. Sangermano, Jr : Telephone Conference set for 4/18/2006 04:30 PM in Chambers 214 before Judge Ernest C. Torres; amended notice faxed to all counsel of record (Jackson, Ryan) (Entered: 04/14/2006) |
| 04/14/2006 | | NOTICE OF HEARING as to Frances P. Driscoll: In Chambers Conference set for 4/17/2006 09:30 AM in Chambers 214 before Judge Ernest C. Torres; notice faxed to all counsel of record (Jackson, Ryan) (Entered: 04/14/2006) |
| 04/14/2006 | 61 | ORDER granting 58 Motion for Leave to File Excess Pages as to Robert A. Urciuoli (1). Signed by Judge Ernest C. Torres on 4/14/06; faxed to all counsel of record (Jackson, Ryan) (Entered: 04/14/2006) |
| 04/14/2006 | | Motions Forwarded to Chambers: 60 MOTION for Leave to File Excess Pages (Jackson, Ryan) (Entered: 04/14/2006) |
| 04/14/2006 | 62 | ORDER granting 60 Motion for Leave to File Excess Pages as to Peter J. Sangermano Jr. (3). Signed by Judge Ernest C. Torres on 4/14/06; faxed to all counsel of record (Jackson, Ryan) (Entered: 04/14/2006) |
| 04/14/2006 | | Attorney update in case as to Robert A. Urciuoli, Frances P. Driscoll, |

| | | |
|---|---|---|
| | | Peter J. Sangermano, Jr, Roger Williams Medical Center. Attorney Dulce Donovan for USA added. (Jackson, Ryan) (Entered: 04/14/2006) |
| 04/17/2006 | 63 | RESPONSE in Opposition by USA as to Robert A. Urciuoli re 51 MOTION to Dismiss Indictment. (Leyva, Lucia) (Entered: 04/20/2006) |
| 04/17/2006 | 64 | RESPONSE in Opposition by USA as to Frances P. Driscoll re 53 MOTION to Dismiss Indictment. (Leyva, Lucia) (Entered: 04/20/2006) |
| 04/17/2006 | 65 | RESPONSE in Opposition by USA as to Peter J. Sangermano, Jr. re 54 MOTION to Dismiss Indictment. (Leyva, Lucia) (Entered: 04/20/2006) |
| 04/18/2006 | | Reset Hearings as to Frances P. Driscoll : In Chambers Conference reset for 4/20/2006 09:30 AM in Chambers 214 before Judge Ernest C. Torres; amended notice faxed to all counsel of record (Jackson, Ryan) (Entered: 04/18/2006) |
| 04/18/2006 | | Minute Entry for proceedings held before Judge Ernest C. Torres :Telephone Conference as to Robert A. Urciuoli, Frances P. Driscoll, Peter J. Sangermano, Jr held on 4/18/2006; all counsel of record present via teleconference (Jackson, Ryan) (Entered: 04/19/2006) |
| 04/19/2006 | 66 | ASSENTED-TO MOTION for Modification of Order Setting Conditions of Release by Peter J. Sangermano, Jr. (Leyva, Lucia) (Entered: 04/24/2006) |
| 04/20/2006 | | Minute Entry for proceedings held before Judge Ernest C. Torres :In Chambers Conference as to Frances P. Driscoll held on 4/20/2006; all counsel of record present (Jackson, Ryan) (Entered: 04/20/2006) |
| 04/25/2006 | 67 | ORDER as to Robert A. Urciuoli, Frances P. Driscoll, Peter J. Sangermano, Jr: By agreement of all parties, it is hereby ordered that the matter will be scheduled for impanelment on 9/20/06; trial will commence immediately following the completion of impanelment. Signed by Judge Ernest C. Torres on 04/20/06; faxed to all counsel of record (Jackson, Ryan) (Entered: 04/25/2006) |
| 04/25/2006 | 68 | MOTION for an Extension of Time by USA as to Frances P. Driscoll and Peter J. Sangermano, Jr. (Leyva, Lucia) (Entered: 04/26/2006) |
| 04/26/2006 | | Motions Forwarded to Chambers: 66 MOTION to Modify Conditions of Release, 68 MOTION for Extension of Time to File (Jackson, Ryan) (Entered: 04/26/2006) |
| 05/01/2006 | 72 | MOTION for a Brief Extension of Time to File a Reply Brief by Robert A. Urciuoli. (Leyva, Lucia) (Entered: 05/08/2006) |
| 05/02/2006 | 69 | ORDER granting 42 Motion to Dismiss as to Roger Williams Medical Center (4)without prejudice for reasons state in open court on 4/7/06. Signed by Judge Ernest C. Torres on 5/1/06; faxed to all counsel of record (Jackson, Ryan) (Entered: 05/02/2006) |
| 05/03/2006 | | Motions Forwarded to Chambers: 72 MOTION to Extend Time (Jackson, Ryan) (Entered: 05/08/2006) |

| | | |
|---|---|---|
| 05/04/2006 | 70 | ORDER granting 68 Motion for Extension of Time to File as to Frances P. Driscoll (2), Peter J. Sangermano Jr. (3) for USA to Respond to Defendants' Motions for Severance. Signed by Judge Ernest C. Torres on 5/3/06; faxed to all counsel of record (Jackson, Ryan) (Entered: 05/04/2006) |
| 05/04/2006 | 73 | Reply Brief in further support of 51 MOTION to Dismiss the Indictment filed by Robert A. Urciuoli (Leyva, Lucia) (Entered: 05/08/2006) |
| 05/04/2006 | 74 | ORDER granting 72 Motion to Extend Time as to Robert A. Urciuoli (1). Signed by Judge Ernest C. Torres on 5/3/06; faxed to all counsel of record (Jackson, Ryan) (Entered: 05/08/2006) |
| 05/05/2006 | 71 | ORDER granting 56 Motion to Withdraw as Attorney: Thomas G. Briody withdrawn from case as to Peter J. Sangermano Jr. (3). Signed by Judge Ernest C. Torres on 5/5/06; faxed to all counsel of record (Jackson, Ryan) (Entered: 05/05/2006) |
| 05/05/2006 | 75 | ASSENTED-TO MOTION for an Extention of Time in Which to File Discovery Motions by Peter J. Sangermano, Jr. (Leyva, Lucia) (Entered: 05/09/2006) |
| 05/08/2006 | 76 | ASSENTED-TO MOTION for an Extension of Time in Which to File Discovery Motions by Frances P. Driscoll. (Leyva, Lucia) (Entered: 05/09/2006) |
| 05/08/2006 | 77 | MOTION for Evan Georgopoulos, Esq. to Appear Pro Hac Vice by Peter J. Sangermano, Jr. (Leyva, Lucia) (Entered: 05/09/2006) |
| 05/08/2006 | 78 | MOTION for an Extension of Time in which to File all Motions by Robert A. Urciuoli. (Leyva, Lucia) (Entered: 05/09/2006) |
| 05/09/2006 | | Motions Forwarded to Chambers: 75 ASSENTED-TO MOTION to Extend Time for filing of Discovery Motions (Jackson, Ryan) (Entered: 05/09/2006) |
| 05/10/2006 | | Motions Forwarded to Chambers: 76 MOTION to Extend Time, 78 MOTION to Extend Time (Jackson, Ryan) (Entered: 05/10/2006) |
| 05/17/2006 | 79 | ORDER granting 76 Motion to Extend Time as to Frances P. Driscoll (2). Signed by Judge Ernest C. Torres on 5/16/06; faxed to all counsel of record (Jackson, Ryan) (Entered: 05/18/2006) |
| 05/17/2006 | 80 | ORDER granting 75 Motion to Extend Time as to Peter J. Sangermano Jr. (3). Signed by Judge Ernest C. Torres on 5/16/06; faxed to all counsel of record (Jackson, Ryan) (Entered: 05/18/2006) |
| 05/18/2006 | 81 | ORDER granting in part and denying in part 78 Motion to Extend Time as to Robert A. Urciuoli (1); Granted as to (1) any discovery motions and (2)a motion in limine regarding the "Saylor Report"; Denied in all other respects. Signed by Judge Ernest C. Torres on 5/17/06; faxed to all counsel of record (Jackson, Ryan) (Entered: 05/18/2006) |
| 05/22/2006 | 82 | ORDER denying 66 Motion to Modify Conditions of Release as to Peter |

| | | |
|---|---|---|
| | | J. Sangermano Jr. (3): Defendant Sangermano already has permission to travel within and among RI, MA, FL and NH; Should it become necessary for him to travel to a specific location outside of those four states to meet with his attorneys, he may file a motion with the Court for permission to do so. Signed by Judge Ernest C. Torres on 5/18/06; faxed to all counsel of record (Jackson, Ryan) (Entered: 05/22/2006) |
| 05/22/2006 | 83 | ASSENTED-TO MOTION for an Extention of Time in Which to File Discovery Motions by Frances P. Driscoll. (Leyva, Lucia) (Entered: 05/25/2006) |
| 05/22/2006 | 84 | MOTION to Compel Disclosure of Exculpatory EvidenceWITH SUPPORTING MEMO by Peter J. Sangermano, Jr. (Leyva, Lucia) (Entered: 05/25/2006) |
| 05/23/2006 | 85 | MOTION to Sever Defendant WITH SUPPORTING MEMO by Frances P. Driscoll. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Leyva, Lucia) (Entered: 05/25/2006) |
| 05/26/2006 | | Motions Forwarded to Chambers: 85 MOTION to Sever Defendant Frances Driscoll (Jackson, Ryan) (Entered: 05/26/2006) |
| 05/26/2006 | | Motions Forwarded to Chambers: 77 MOTION for Evan Georgopoulos, Esq. to Appear Pro Hac Vice (Jackson, Ryan) (Entered: 05/26/2006) |
| 05/26/2006 | | Motions Forwarded to Chambers: 83 Assented-to MOTION to Extend Time for Defendant Driscoll to File Discovery Motions (Jackson, Ryan) (Entered: 05/26/2006) |
| 05/30/2006 | 87 | RESPONSE in Opposition by USA as to Peter J. Sangermano, Jr. re 57 MOTION for Severance. (Leyva, Lucia) (Entered: 06/02/2006) |
| 05/30/2006 | 88 | RESPONSE in Opposition by USA as to Frances P. Driscoll re 85 MOTION to Sever. (Leyva, Lucia) (Entered: 06/02/2006) |
| 05/30/2006 | 89 | MOTION for Leave to File Excess Pages for Memorandum In Support of Objection to Defendant Driscoll's Motion to Sever by USA as to Frances P. Driscoll. (Leyva, Lucia) (Entered: 06/02/2006) |
| 05/31/2006 | 86 | ORDER granting 77 Motion to Appear Pro Hac Vice of Evan Georgopoulos as to Peter J. Sangermano Jr. (3). Signed by Judge Ernest C. Torres on 05/31/06; faxed to all counsel of record (Jackson, Ryan) (Entered: 05/31/2006) |
| 06/02/2006 | 90 | ORDER granting 89 Motion for Leave to File Excess Pages as to Frances P. Driscoll (2). Signed by Judge Ernest C. Torres on June 2, 2006. Faxed to counsel of record. (Leyva, Lucia) (Entered: 06/02/2006) |
| 06/02/2006 | 91 | ORDER granting 83 Motion for an Extension of Time in which to File Discovery Motions as to Frances P. Driscoll (2). Signed by Judge Ernest C. Torres on June 2, 2006. Faxed to counsel of record. (Leyva, Lucia) (Entered: 06/02/2006) |
| 06/02/2006 | 101 | Unopposed MOTION for an Extension of Time to Respond to |

| | | |
|---|---|---|
| | | Defendant's Motion to Compel Disclosure of Exculpatory Evidence by USA as to Robert A. Urciuoli. (Leyva, Lucia) (Entered: 06/23/2006) |
| 06/05/2006 | 92 | MOTION for a Brief Extension of Time to File a Motion in Limine by Robert A. Urciuoli. (Leyva, Lucia) (Entered: 06/06/2006) |
| 06/05/2006 | 93 | MOTION to Compel Disclosure of Exculpatory Evidence and the Government's Position Regarding Co-Defendant Frances Driscoll's FBI Interview Statements WITH SUPPORTING MEMO by Robert A. Urciuoli. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Leyva, Lucia) (Entered: 06/06/2006) |
| 06/05/2006 | 94 | MOTION to Compel Disclosure of Exculpatory EvidenceWITH SUPPORTING MEMO by Frances P. Driscoll. (Leyva, Lucia) (Entered: 06/06/2006) |
| 06/06/2006 | | Motions Forwarded to Chambers: Defendant Sangermano's 84 MOTION to Compel Disclosure of Exculpatory Evidence (Jackson, Ryan) (Entered: 06/06/2006) |
| 06/06/2006 | 95 | RESPONSE in Opposition by USA as to Peter J. Sangermano, Jr. re 84 MOTION to Compel Disclosure of Exculpatory Evidence. (Leyva, Lucia) (Entered: 06/07/2006) |
| 06/07/2006 | 96 | MOTION in Limine to Limit the Use of the Report of F. Dennis SaylorWITH SUPPORTING MEMO by Robert A. Urciuoli. (Leyva, Lucia) (Entered: 06/13/2006) |
| 06/14/2006 | | Motions Forwarded to Chambers: Defendant Urciuoli's 92 MOTION to Extend Time (Jackson, Ryan) (Entered: 06/14/2006) |
| 06/16/2006 | 97 | RESPONSE in Opposition by Frances P. Driscoll as to Robert A. Urciuoli re 96 MOTION in Limine to Limit Use of Report By F. Dennis Saylor. (Leyva, Lucia) (Entered: 06/19/2006) |
| 06/20/2006 | 98 | ORDER granting 92 Motion to Extend Time as to Robert A. Urciuoli (1). Signed by Judge Ernest C. Torres on 6/20/06; faxed to all counsel of record (Jackson, Ryan) (Entered: 06/20/2006) |
| 06/20/2006 | 99 | REPLY MEMORANDUM IN SUPPORT by Peter J. Sangermano, Jr. re 84 MOTION to Compel Disclosure of Excuplatory Evidence. (Leyva, Lucia) (Entered: 06/23/2006) |
| 06/22/2006 | 100 | Unopposed MOTION for an Extension of Time to Respond to Defendant's Motion to Compel Disclosure of Exculpatory Evidence by USA as to Frances P. Driscoll. (Leyva, Lucia) (Entered: 06/23/2006) |
| 06/23/2006 | 102 | Reply Memorandum by Peter J. Sangermano, Jr. re 95 Response in Opposition to Motion to Compel Disclosure of Exculpatory Evidence. (Leyva, Lucia) (Entered: 06/28/2006) |
| 06/26/2006 | | Motions Forwarded to Chambers: 100 MOTION to Extend Time, 94 MOTION to Compel (Jackson, Ryan) (Entered: 06/26/2006) |
| 06/26/2006 | | Motions Forwarded to Chambers: 93 MOTION to Compel, 101 |

Case 1:06-cr-00002-ML-DLM Document 118-2 Filed 07/11/2006 Page 17 of 18

| | | |
|---|---|---|
| | | MOTION to Extend Time (Jackson, Ryan) (Entered: 06/26/2006) |
| 06/26/2006 | | Motions Forwarded to Chambers: Defendant Urciuoli's 96 MOTION in Limine to Limit Use of the Report of F. Dennis Saylor (Jackson, Ryan) (Entered: 06/26/2006) |
| 06/26/2006 | 103 | MOTION to Extend Time to File Response/Reply as to 96 MOTION in Limine to Limit Use of Report by F. Dennis Saylor by USA as to Robert A. Urciuoli. (Leyva, Lucia) (Entered: 06/28/2006) |
| 06/26/2006 | 104 | MOTION to Continue TrialWITH SUPPORTING MEMO by Robert A. Urciuoli. (Leyva, Lucia) (Entered: 06/28/2006) |
| 06/27/2006 | | Motions Forwarded to Chambers: 103 MOTION for Extension of Time to File Response/Reply as to Defendant Urciuoli's 96 MOTION in Limine re: Use of Report of Saylor (Jackson, Ryan) (Entered: 06/28/2006) |
| 06/28/2006 | 105 | ORDER granting 101 Motion to Extend Time to Respond to Motion to Compel as to Robert A. Urciuoli (1). Signed by Judge Ernest C. Torres on 6/28/06; faxed to all counsel of record (Jackson, Ryan) (Entered: 06/28/2006) |
| 06/28/2006 | 106 | ORDER granting 100 Motion to Extend Time to Respond to Motion to Compel as to Frances P. Driscoll (2). Signed by Judge Ernest C. Torres on 6/28/06; faxed to all counsel of record (Jackson, Ryan) (Entered: 06/28/2006) |
| 06/28/2006 | 107 | ORDER granting 103 Motion for Extension of Time to File Response/Reply as to Robert A. Urciuoli's (1) Motion In Limine re: use of the Report by F. Dennis Saylor. Signed by Judge Ernest C. Torres on 6/28/06; faxed to all counsel of record (Jackson, Ryan) (Entered: 06/28/2006) |
| 06/28/2006 | 108 | Second Unopposed MOTION for an Extension of Time to Respond to 93 MOTION to Compel Disclosure of Exculpatory Evidence by USA as to Robert A. Urciuoli. (Leyva, Lucia) (Entered: 07/05/2006) |
| 06/28/2006 | 109 | Second Unopposed MOTION for an Extension of Time to Respond to 94 MOTION to Compel Disclosure of Exculpatory Evidence by USA as to Frances P. Driscoll. (Leyva, Lucia) (Entered: 07/05/2006) |
| 06/30/2006 | | NOTICE OF HEARING ON MOTION in case as to Robert A. Urciuoli, Frances P. Driscoll, Peter J. Sangermano, Jr 57 MOTION to Sever Defendant, 54 MOTION to Dismiss, 96 MOTION in Limine, 104 MOTION to Continue, 51 MOTION to Dismiss, 85 MOTION to Sever Defendant, 53 MOTION to Dismiss: Motion Hearing set for 7/19/2006 10:30 AM in Courtroom B before Ernest C. Torres; notice faxed to all counsel of record(Jackson, Ryan) (Entered: 06/30/2006) |
| 06/30/2006 | | Motions Forwarded to Chambers: 109 MOTION for Extension of Time to File Response/Reply as to 94 MOTION to Compel (Jackson, Ryan) (Entered: 07/10/2006) |

| | | |
|---|---|---|
| 07/05/2006 | 110 | SECOND MOTION for an Extension of Time to Respond to 96 MOTION in Limine to Limit Use of Report by F. Dennis Saylor by USA as to Robert A. Urciuoli. (Leyva, Lucia) (Entered: 07/07/2006) |
| 07/07/2006 | 111 | TRANSCRIPT of Proceedings (Telephone Status Conference) as to Robert A. Urciuoli, Frances P. Driscoll and Peter J. Sangermano, Jr. held on April 18, 2006 before Judge Ernest C. Torres. Court Reporter: Angela Reynolds. (Leyva, Lucia) (Entered: 07/07/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/11/2006 14:29:52 | | | |
| **PACER Login:** | us0556 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:06-cr-00002-T-RWL |
| **Billable Pages:** | 11 | **Cost:** | 0.88 |