Westlaw. NewsRoom



6/8/06 Providence J.-Bull. (R.I.) B01
2006 WLNR 10117972

Providence Journal Bulletin (RI)
Copyright 2006 ProQuest Information and Learning Company; All Rights Reserved.

**June 8, 2006**

Section: News

First Derderian trial delayed one month

Journal Staff Writer

The **trial** of Michael Derderian, who is charged with 200 counts of involuntary manslaughter in the **Station fire**, will start Sept. 5.

* * *

PROVIDENCE - The trial of Michael Derderian, who faces 200 counts of involuntary manslaughter in connection with the deadly fire at his West Warwick nightclub, has been postponed from July 31 to Sept. 5.

Superior Court Judge Francis J. **Darigan** Jr. told prosecutors and defense lawyers in a conference Tuesday that he was delaying the trial because of concerns that the new Kent County Courthouse, where the trial will be held, won't be fully operational by the end of July.

Court officials believe that the new courthouse will be ready by July 31, but "the magnitude of the case and the number of Kent County jurors who will be summoned prompted Judge **Darigan** 'out of an abundance of caution' to delay the trial a few weeks to provide ample time for court personnel to move into and occupy the building before the high-profile case begins," Craig N. Berke, a spokesman for the state court system, said in a news release yesterday.

The **trial**, which might take 8 to 10 weeks, is being held in Warwick because the courthouse in Providence cannot accommodate the number of anticipated spectators. One hundred people died in the Feb. 20, 2003, **fire** at The **Station** and more than 200 other nightclub patrons were injured. The fire started when Daniel M. Biechele, the tour manager for the rock band Great White, set off fireworks inside the club. Sparks from the fireworks hit the walls, which were covered with highly flammable polyurethane foam that Derderian and his brother, Jeffrey Derderian, had installed as soundproofing.

Like his brother, Jeffrey Derderian is also charged with 200 counts of

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

involuntary manslaughter -- under two separate theories of law: misdemeanor manslaughter and criminal negligence. Jeffrey Derderian will be tried 30 days after his brother's trial concludes.

Under the criminal-negligence theory, the indictments allege that the brothers were aware they were putting people in jeopardy of serious harm, but that they chose to ignore the risks and acted with callous disregard for the crowd's safety. Prosecutors allege that the club was overcrowded on the night of the fire, that the foam the Derderians bought was highly flammable, and that there were problems with the exits.

Under the misdemeanor theory, the indictments allege that the commission of a petty offense unintentionally and indirectly caused the deaths. The term misdemeanor refers to the underlying actions.

In the case of the Derderians, the alleged underlying misdemeanor is a violation of a state fire-code regulation that required them to use flame-resistant acoustical material in the nightclub.

Biechele pleaded guilty last month to 100 counts of involuntary manslaughter for setting off fireworks inside the club without a permit and is serving four years in the Adult Correctional Institutions' minimum-security section.

tbreton@projo.com / (401) 277-7362

---- INDEX REFERENCES ----

NEWS SUBJECT: (Violent Crime (1VI27); Crime (1CR87); Social Issues (1SO05))

INDUSTRY: (Entertainment (1EN08); Live Entertainment (1LI85))

Language: EN

OTHER INDEXING: (ADULT CORRECTIONAL INSTITUTIONS; COURT; SUPERIOR COURT) (Biechele; Craig N. Berke; Daniel M. Biechele; Darigan; Derderian; Derderians; Francis J. Darigan Jr.; Great White; Jeffrey Derderian; Michael Derderian; Sparks)

KEYWORDS: FATAL; FIRES; NIGHTCLUBS; TRIALS

EDITION: All

Word Count: 607
6/8/06 PROVJ B01

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.