Westlaw. NewsRoom



3/15/06 Providence J.-Bull. (R.I.) B02
2006 WLNR 4412651

Providence Journal Bulletin (RI)
Copyright 2006 ProQuest Information and Learning Company; All Rights Reserved.

**March 15, 2006**

Section: News

Trial date set for July for Station club owner

Michael A. Derderian faces 200 counts of involuntary manslaughter.

* * *

PROVIDENCE - **Station** nightclub co-owner Michael A. Derderian, who has been charged with involuntary manslaughter in the deaths of 100 people in the 2003 **fire** at his nightclub, is scheduled to stand **trial** July 31 in Kent County Superior Court.

Judge Francis J. **Darigan** Jr. announced the trial date at a pretrial hearing yesterday afternoon. He said Derderian's trial would be held in the new Kent County Courthouse, which is scheduled to open this spring.

Derderian owned the West Warwick nightclub with his brother, Jeffrey A. Derderian. Jeffrey Derderian's trial has not been scheduled. The Derderians and a third defendant, Daniel Michael Biechele, were charged under separate indictments, so their cases are heard separately.

They were each charged with 200 counts of involuntary manslaughter, two for each of the 100 people who died. Though they were charged under two separate legal theories for each death, they can only be sentenced once because of the constitutional prohibition against being punished twice for the same crime, known as double jeopardy.

Last month, Biechele pleaded guilty to 100 counts of involuntary manslaughter under a plea agreement that limits the time he is sentenced to serve in prison to 10 years. **Darigan** will sentence Biechele on May 8.

Michael Derderian's trial will begin July 31 with the examination of jurors. A jury pool will be assembled July 27. The jurors will be drawn from Kent County.

**Darigan** yesterday gave defense lawyers until May 15 to file motions to exclude

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

evidence from the state's case.

He also approved routine pretrial motions, including issuing a subpoena for a television news story that aired in 2001 on WHDH-TV in Boston. The story, which was reported by Jeffrey Derderian, was called "Getting Out Alive" and focused on emergency evacuations. After leaving WHDH-TV, Derderian was a reporter for WPRI-TV, Channel 12, in Providence.

The next pretrial hearing in the Derderians' cases will be Tuesday at 2 p.m.

---- INDEX REFERENCES ----

NEWS SUBJECT: (Violent Crime (1VI27); Crime (1CR87); Social Issues (1SO05))

Language: EN

OTHER INDEXING: (CHANNEL; KENT COUNTY SUPERIOR COURT; NEW KENT COUNTY COURTHOUSE; TV) (Biechele; Daniel Michael Biechele; Darigan; Derderian; Derderians; Francis J. Darigan Jr.; Jeffrey A. Derderian; Jeffrey Derderian; Michael A. Derderian; Michael Derderian)

KEYWORDS: CRIMES; FATAL; FIRES; NIGHTCLUBS; TRIALS

EDITION: All

Word Count: 415
3/15/06 PROVJ B02

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.