UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR 06-02-01-T |
| | : | |
| ROBERT A. URCIUOLI, | : | |
| FRANCES P. DRISCOLL, | : | |
| PETER J. SANGERMANO, JR., and | : | |
| ROGER WILLIAMS MEDICAL CENTER | : | |

**DEFENDANT ROBERT A. URCIUOLI'S**
**MOTION FOR PERMISSION TO TRAVEL**

NOW COMES Defendant Robert A. Urciuoli ("Urciuoli") and respectfully moves that the Order Setting Conditions of Release be amended to permit Urciuoli to travel: (1) to Massachusetts, where his counsel have offices and where he regularly receives medical care[1]; and (2) to Lake George, New York for a social engagement from July 28, 2006 to July 30, 2006 and to San Diego, California to attend the wedding of a family friend from August 3, 2006 to August 6, 2006. As grounds for this motion, Urciuoli states as follows:

1. Trial in this matter is currently scheduled for September 20, 2006.

2. The pre-trial conditions of release restrict Urciuoli's travel to Rhode Island and Palm Beach, Florida. See Order Setting Conditions of Release.

3. Urciuoli does not pose a flight risk. Urciuoli has strong ties to his community of Providence, Rhode Island, where he and his family have resided for years.

[1] The Court actually allowed Mr. Urciuoli to travel to Massachusetts at the time that it set his conditions of release. Counsel for Urciuoli in this matter, Michael J. Connolly and Richard M. Egbert, both have offices in Boston, and Urciuoli regularly receives medical care in Massachusetts. The omission of Massachusetts from the Order Setting Conditions of Release appears to be an inadvertent error, which, Urciuoli respectfully submits, should be corrected to expressly permit travel to Massachusetts.

4. Urciuoli has abided by the Conditions of Release from the date they were set, and there is no reason to believe that he will not continue to do so.

5. Probation Officer Heather McLaughlin has advised Urciuoli that she does not object to the relief set forth requested herein.

6. The United States, through Assistant US Attorney Dulce Donovan, has advised that it does not object to the requested relief.

WHEREFORE, Defendant Robert A. Urciuoli respectfully requests that this Court amend the Order Setting Conditions of Release to permit Urciuoli to travel to Massachusetts on an as needed basis through the trial of this matter, and to Lake George, New York from July 28, 2006 to July 30, 2006 and to San Diego, California from August 3, 2006 to August 6, 2006.

Respectfully submitted,

ROBERT A. URCIUOLI

By his Attorneys,

Kristie M. Passalacqua

Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

Michael J. Connolly (MA BBO # 638811)
*Pro Hac Vice Counsel*
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000
(617) 345-9020 (fax)
mconnolly@haslaw.com

Richard M. Egbert (MA BBO #151800)
*Pro Hac Vice Counsel*
Richard Egbert Law Offices
99 Summer Street
Suite 1800
Boston, Massachusetts 02110
(617) 737-8222
(617) 737-8223 (fax)
regbert@egbertlaw.com

Dated: July 17, 2006.

**CERTIFICATION**

I hereby certify that I mailed a true and accurate copy of the within Motion for Permission to Travel to counsel of record, as stated below, on July 17, 2006:

Robert Clark Corrente
United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Gerard B. Sullivan
Criminal Chief
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Luis M. Matos
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Dulce Donovan
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

William P. Devereaux
Holland & Knight LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

Thomas C. Frongillo, Esq.
Weil Gotshal & Manges
100 Federal Street, Floor 34
Boston, MA 02110

Kevin J. Bristow, Esq.,
1309 Turks Head Building
Providence, RI 02903

John A. Pappalardo, Esq.
James P. Redding, Esq.
Greenburg Traurig LLP
One International Place
Boston, MA 02110

Kristie M. Passalacqua