UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CR 06-02-01T |
| | : | |
| ROBERT A. URCIUOLI, | : | |
| FRANCES P. DRISCOLL, and | : | |
| PETER SANGERMANO, JR., | : | |

**UNITED STATES' MOTION TO EXCEED THE PAGE LIMIT FOR ITS MEMORANDUM FILED IN SUPPORT OF ITS OBJECTION TO DEFENDANT URCIUOLI'S MOTION IN LIMINE**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Luis M. Matos and Dulce Donovan, Assistant U. S. Attorneys, and moves this Court to allow the government to file a Memorandum in support of its Objection to Defendant Urciuoli's Motion in Limine which exceeds ten pages. Further, the United States does not expect its Memorandum will exceed fourteen (14) pages. Undersigned counsel certifies that counsel for Robert A. Urciuoli, Michael Connelly, Esq. has no objection to the instant motion.

GRANTED
Ernest C. Torres

Ernest C. Torres
Chief, US District Judge
JULY 19, 2006

July 10, 2006

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

Dulce Donovan

LUIS M. MATOS
DULCE DONOVAN
Assistant U.S. Attorneys

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CR 06-02T** |
| | : | |
| **ROBERT A. URCIUOLI,** | : | |
| **FRANCES P. DRISCOLL, and** | : | |
| **PETER SANGERMANO, JR.,** | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July, 2006, I caused to be sent by first class regular mail a true copy of the within United States' Motion to Exceed the Page Limit for Its Memorandum Filed in Support of Its Objection to Defendant Urciuoli's Motion In Limine to:

Richard M. Egbert, Esq.
99 Summer Street
Suite 1800
Boston, MA 02110

Kevin J. Bristow, Esq.
505 Turks Head Building
Providence, RI 02903

A. John Pappolardo, Esq.
James P. Redding, Esq.
Greenburg Traurig LLP
One International Place
Boston, MA 02110

Michael J. Connolly
Hinckley, Allen & Snyder LLP
28 State Street, 2nd Floor
Boston, MA 02109