UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. CR 06-02T |
| | : | |
| ROBERT A. URCIUOLI, | : | **EXPEDITED RELIEF REQUESTED** |
| FRANCES P. DRISCOLL, | : | |
| PETER J. SANGERMANO, JR., and | : | |
| ROGER WILLIAMS MEDICAL | : | |
| CENTER | : | |

**MOTION FOR LEAVE**
**FROM CHIEF U.S. DISTRICT JUDGE ERNEST C. TORRES' STANDING ORDER**
**TO EXCEED PAGE LIMITATIONS FOR FILING OF EXHIBITS**

Defendant Robert A. Urciuoli ("Defendant") moves pursuant to LR Cr 47(d) for leave to file exhibits in support of his second motion to dismiss the indictment that exceed the page limitations set forth in Appendix A of Chief U.S. District Judge Ernest C. Torres' Standing Order.

In support of this Motion, the Defendant states that in order for the Court to be able to consider all relevant information pertaining to Defendant's second motion to dismiss, the Court should review the following Exhibits:

1. United States Department of Justice Criminal Manual § 163 (2005);

2. Memorandum by United States Deputy Attorney General Larry D. Thompson entitled *Principles of Federal Prosecution of Business Organizations*, (the "Thompson Memorandum"), January 20, 2003;

3. Employment Agreement dated March 24, 1998 among Roger Williams Medical Center, Roger Williams Hospital and all subsidiaries and affiliates of the Medical Center and the Hospital and Robert A. Urciuoli;

4. Roger Williams Medical Center's Brief to Robert Corrente, United States Attorney For the District of Rhode Island, dated August 11, 2005.

5. Unanimous Consent of the Board of Trustees of Roger Williams Medical Center, dated January 26, 2006;

6. Resolutions of the Board of Trustees of Roger Williams Hospital, dated January 26, 2006;

7. Letter from Michael J. Connolly to Assistant U.S. Attorneys Luis M. Matos and Dulce Donovan dated July 14, 2006;

8. Letter from Assistant U.S. Attorney Luis Matos to Michael J. Connolly dated July 26, 2006;

9. Letter from Assistant U.S. Attorney, Chief, Criminal Division Gerard B. Sullivan to Michael P. DeFanti dated April 28, 2006; and

10. Letter from William P. Devereaux to Michael J. Connolly dated July 27, 2006.

The exhibits total approximately 150 pages and are highly relevant. This motion is appropriate because the proposed exhibits bear directly on the violation of important Constitutional rights of Urciuoli. To ensure a complete treatment of the issues presented, Defendant seeks leave pursuant to LR Cr 47(d) to file exhibits in excess of the page limitations set forth in Chief U.S. District Judge Ernest C. Torres' Standing Order.

ROBERT A. URCIUOLI

By his Attorneys,

Kristie M. Passalacqua

Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600
kpassalacqua@haslaw.com

Michael J. Connolly (MA BBO # 638811)
*Pro Hac Vice Counsel*
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000
(617) 345-9020
mconnolly@haslaw.com

Richard M. Egbert (MA BBO #151800)
*Pro Hac Vice Counsel*
99 Summer Street
Suite 1800
Boston, Massachusetts 02110
(617) 737-8222
(617) 737-8223 (fax)
regbert@egbertlaw.com

DATED: July 31, 2006

**CERTIFICATION**

I hereby certify that I mailed a true and accurate copy of the within Motion for Leave to Exceed Page Limitations for the Filing of Exhibits to counsel of record, as stated below, on July 31, 2006:

Robert Clark Corrente
United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Gerard B. Sullivan
Criminal Chief
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Luis M. Matos
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Dulce Donovan
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

William P. Devereaux
Holland & Knight LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

Thomas C. Frongillo, Esq.
Weil Gotshal & Manges
100 Federal Street, Floor 34
Boston, MA 02110

Kevin J. Bristow, Esq.,
1309 Turks Head Building
Providence, RI 02903

John A. Pappalardo, Esq.
James P. Redding, Esq.
Greenburg Traurig LLP
One International Place
Boston, MA 02110

Kristie M. Passalacqua