**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v. Cr. No. 06-02T

ROBERT A. URCIUOLI,
FRANCES P. DRISCOLL,
PETER J. SANGERMANO, JR., and
ROGER WILLIAMS MEDICAL CENTER

ORDER

Defendant Robert A. Urciuoli's motion for leave to exceed page limitations for filing of exhibits is denied in part and granted in part. The defendant may submit the following exhibits:

1. The "Thompson Memorandum";
2. The Employment Agreement between Roger Williams Medical Center ("RWMC")and the defendant;
3. Any correspondence/communication between the U.S. Attorney's office and RWMC that the defendant contends made the agreement to defer prosecution of RWMC contingent on RWMC no longer providing financial assistance for the legal defense of the defendant;
4. Any portion of RWMC's Brief to the U.S. Attorney that contains information relevant to defendant's contention that the agreement to defer prosecution of RWMC is contingent on RWMC no longer providing financial assistance for the legal

defense of the defendant ;

5. Consent of RWMC's Board of Trustees;

6. Resolution of the Board of Trustees of Roger Williams Hospital.

IT IS SO ORDERED

Ernest C. Torres

Ernest C. Torres,
Chief Judge

Date: August 3, 2006