# EXHIBIT G

**U.S. Departı. at of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001

August 2, 2006

Michael J. Connolly, Esq.
Kristie M. Passalacqua, Esq.
Hinckley Allen Snyder LLP
1500 Fleet Center
Providence, RI 02903

Kevin J. Bristow, Esq.
505 Turks Head Building
Providence, RI 02903

John A. Pappalardo, Esq.
James P. Redding, Esq.
Greenburg Traurig LLP
One International Place
Boston, MA 02110

Re: United States v. Urciuoli, et al.
CR. No: 06-02T

Dear Counsel:

Enclosed please find a CD that contains supplemental discovery, including additional materials in compliance with the Court's July 24, 2006, Order. Specifically, enclosed are: (1) a copy of the Celona proffer 302 with additional items that have been unredacted; (2) an excerpt of agent notes taken on October 25, 2004; and (3) Grand Jury exhibits 200-207, which were inadvertently omitted from previous discovery materials. Please note that, in regard to the Grand Jury exhibits, we believe that the documents were previously produced but may not have been identified as Grand Jury exhibits. Also, please note that the Celona 302 contains an error where it lists that an interview occurred on November 17, 2004. The date of that interview was November 18, 2004.

If you have any questions, please do not hesitate to contact me or Dulce Donovan.

Sincerely,

ROBERT CLARK CORRENTE
United States Attorney

LUIS M. MATOS
Assistant U.S. Attorney
Chief, Criminal Division

cc: Richard Egbert, Esq. (w/out encls.)

8:44 Am
11:09 pm
10/25/04

1 of 7

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

7 of 7

[redacted]

Ursioli saw how active JC was w/ seniors.
Ursioli decides to hire JC because JC needed a job
JC asked Ursioli for a job in his office
Ursioli said you can't get hired until you get ethics opinion
Came up w/ things for JC to do JC was supposed to
be working for the Village @ Elmhurst + Roger Williams
JC would work for both = Pd. by Roger Williams.
JC would go to Senior Centers on his own — have
meetings w/ Sam Gimmarro Didn't tell Ursioli to
hire lobbyist told Sam Gimmarro to

JC I was working for Ursioli reported to Sam Gimmarro at own
choice You were pretty much there. lobbyist? JC pretty much