UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR No. 06-02-T

ROBERT A. URCIUOLI,
FRANCES P. DRISCOLL,
PETER J. SANGERMANO, JR., and
ROGER WILLIAMS MEDICAL CENTER

**ORDER**

For the reasons stated in open court on August 30, 2006, it is hereby ORDERED that:

1. The government shall file its response to defendants' Motion to Dismiss the Indictment Due to Prosecutorial Misconduct and for Other Relief not later than 4:30 p.m. on Friday, September 1, 2006.

2. Counsel for the government shall review all notes taken by agents during all interviews of John Celona and shall provide to defense counsel any Brady/Giglio material contained in those notes not later than 12:00 noon on Tuesday, September 5, 2006.

3. The government shall provide the following materials to defense counsel immediately:

   a. unredacted copies of all 302s generated from interviews with John Celona regarding this case and the "CVS/Blue Cross" investigation.

   b. unredacted transcripts of all grand jury testimony by John Celona regarding this case and/or the "CVS/Blue Cross" investigation.

4. Since the government represented that it also will provide defense counsel with all 302s generated from interviews with Celona regarding other unspecified investigations, and all grand jury tesetimony by Celona with respect to those investigations, there is no need for the Court to decide which, if any, of those materials must be provided.

5. The court will defer ruling on defendants' request that the government be ordered to provide to defense counsel all agents' notes of interviews of Celona pending the Court's review of the materials submitted in connection with the motion to dismiss.

6. Any materials provided pursuant to paragraphs 3. and/or 4. and/or any information contained therein may be disclosed by counsel to their respective clients (i.e., the defendants); and, if relevant, used at trial but neither counsel nor the defendants shall, otherwise, disclose such materials or information unless authorized by the Court.

By Order

Lucia Cristina Lopes

Deputy Clerk

ENTER:

Ernest C. Torres

Ernest C. Torres
Chief Judge

Date: August 31, 2006