UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR No. 06-02-01-T

ROBERT A. URCIUOLI,
FRANCES P. DRISCOLL,
PETER J. SNAGERMANO, JR., and
ROGER WILLIAMS MEDICAL CENTER

**ORDER DENYING DEFENDANT URCIUOLI'S MOTION TO STRIKE WORDS FROM INDICTMENT**

The arraignment and pretrial discovery order entered on January 12, 2006, required that all motions be filed not later than February 13, 2006, a date which this Court extended until May 8, 2006.

Defendant Urciuoli's motion to strike the words "favoritism" and "bias" from the indictment was filed on August 22, 2006, long after the aforesaid deadline. Since the language that the defendant seeks to strike has been in the indictment since it was filed on January 5, 2006, and since no reason has been provided as to why the defendant would have been unable to file this motion before the deadline for filing motions, the motion is DENIED on the ground that it is untimely.

Such denial shall be without prejudice to the defendant's right to argue what instruction ought to be given to the jury with respect to what constitutes the "honest services" of an elected official.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: August 31, 2006