UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. C.R. No. 06-02-01T

ROBERT A. URCIUOLI

**ORDER DENYING MOTION TO DISMISS AND GRANTING MOTION TO QUASH**

For reasons stated in open court on August 24, 2006, defendant Robert A. Urcioli's motion to dismiss the indictment and other relief is hereby denied. The defendant's request for an evidentiary hearing as to the motion to dismiss is also denied.

The motion to quash filed on behalf of Roger William Hospital, Roger Williams Medical Center, John J. Walsh, Edward Arditte, William Deveraux, The Law Firm of Pannone, Lopes and Deveraux, LLC and The Law Firm of Holland Knight is hereby granted.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge
Date: 8/31/06