UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR 06-02-01-T |
| | : | |
| ROBERT A. URCIUOLI, | : | |
| FRANCES P. DRISCOLL, | : | |
| PETER J. SANGERMANO, JR., and | : | |
| ROGER WILLIAMS MEDICAL CENTER | : | |

**DEFENDANT ROBERT A. URCIUOLI'S**
**PROPOSED SUPPLEMENTAL JURY INSTRUCTION**

Pursuant to Federal Rule of Criminal Procedure 30 and the Court's Pretrial Order of August 4, 2006, Defendant Robert A. Urciuoli ("Urciuoli") respectfully submits the following request for a supplemental jury instruction in the above-referenced matter. Urciuoli reserves his right to supplement, amend, and/or withdraw any of the requested instructions prior to the charge of the jury.

ROBERT A. URCIUOLI

By his Attorneys,

/s/ Kristie M. Passalacqua
Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600
kpassalacqua@haslaw.com

Michael J. Connolly (MA BBO # 638811)
*Pro Hac Vice Counsel*
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000
(617) 345-9020
mconnolly@haslaw.com

Richard M. Egbert (MA BBO #151800)
*Pro Hac Vice Counsel*
99 Summer Street
Suite 1800
Boston, Massachusetts 02110
(617) 737-8222
(617) 737-8223 (fax)
regbert@egbertlaw.com

Dated: September 28, 2006

**INSTRUCTION NO. 21**

There are times when different inferences may be drawn from facts, whether proved by direct or circumstantial evidence. The government asks you to draw one set of inferences, while the defense asks you to draw another. Here, again, let me remind you that, whether based upon direct or circumstantial evidence, or upon the logical, reasonable inferences drawn from such evidence, you must be satisfied of the guilt of the defendants beyond a reasonable doubt before you may convict.

If you view the evidence in the case as reasonably permitting either of two conclusions, one of guilt and one of innocence, then, of course, you must adopt the conclusion of innocence.

---

Sources:
Sand, Siffert, Loughlin & Reiss, Modern Federal Jury Instructions: Criminal, Instruction No. 6-1 (2005); Commonwealth v. Beverly, 452 N.E.2d 1112, 1116 (1983).

**CERTIFICATION**

I hereby certify that on September 28, 2006, a copy of the foregoing Defendant Robert A. Urciuoli's Proposed Supplemental Jury Instruction was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kristie M. Passalacqua
Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com