UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR 06-02-01-T |
| | : | |
| ROBERT A. URCIUOLI, | : | |
| FRANCES P. DRISCOLL, | : | |
| PETER J. SANGERMANO, JR., and | : | |
| ROGER WILLIAMS MEDICAL CENTER | : | |

**DEFENDANT ROBERT A. URCIUOLI'S SECOND**
**PROPOSED SUPPLEMENTAL JURY INSTRUCTION**

Pursuant to Federal Rule of Criminal Procedure 30 and the Court's Pretrial Order of August 4, 2006, Defendant Robert A. Urciuoli ("Urciuoli") respectfully submits the following request for a supplemental jury instruction in the above-referenced matter. Urciuoli reserves his right to supplement, amend, and/or withdraw any of the requested instructions prior to the charge of the jury.

ROBERT A. URCIUOLI

By his Attorneys,

/s/ Kristie M. Passalacqua
Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600
kpassalacqua@haslaw.com

Michael J. Connolly (MA BBO # 638811)
*Pro Hac Vice Counsel*
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000
(617) 345-9020
mconnolly@haslaw.com

Richard M. Egbert (MA BBO #151800)
*Pro Hac Vice Counsel*
99 Summer Street
Suite 1800
Boston, Massachusetts 02110
(617) 737-8222
(617) 737-8223 (fax)
regbert@egbertlaw.com

Dated: October 1, 2006

**CERTIFICATION**

I hereby certify that on October 1, 2006, a copy of the foregoing Defendant Robert A. Urciuoli's Second Proposed Supplemental Jury Instruction was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kristie M. Passalacqua
Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

**INSTRUCTION NO. 22**

**UNANIMITY OF THEORY**

The Government advances two theories under which the Defendants allegedly committed honest services mail fraud. Your verdict in this case must be unanimous. In order for you to return a unanimous verdict, however, you must unanimously agree on the same theory of the Government's case.

The Indictment accuses the Defendants of committing the crime of honest services mail fraud in two different ways. The first is that the Defendants committed honest services mail fraud by knowingly, willfully, and with specific intent to defraud concealing a conflict of interest. The alternative theory alleged by the Government is that the defendants knowingly, willfully, and with specific intent to defraud caused John Celona to take legislative action in favor of Roger Williams, as opposed to based on the interests of his constituents, for money.

The Government does not have to prove both of these for you to return a guilty verdict on this charge. Proof beyond a reasonable doubt on one of these theories is enough. But, in order to return a guilty verdict, all twelve of you must agree that the Government proved beyond a reasonable doubt that the Defendants committed honest services mail fraud by fraudulently concealing a conflict of interest; or, all of you must agree that the Government proved beyond a reasonable doubt that the Defendants committed honest services mail fraud by causing John Celona to fraudulently take legislative action in favor of Roger Williams, as opposed to based on the interests of his constituents, for money.

Unless you agree, unanimously, on the same theory of the Government's case, you must find the Defendants not guilty.

Sources:
Richardson v. United States, 526 U.S. 813 (1999); 1A O'Malley, Grenig & Lee, Federal Jury Practice & Instructions, § 13.07; Pattern Crim. Jury Instr. 10th Cir. § 1.24 (2006); Pattern Crim. Jury Instr. 5th Cir. § 1.25 (2001).