AO 435 (Rev. 12/03)

*Please Read Instructions above*

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

**FOR COURT USE ONLY**

**DUE DATE:**

| | | | |
|---|---|---|---|
| 1. NAME<br>David Clune | 2. PHONE NUMBER<br>(203) 363-7660 | 3. DATE<br>10/4/2006 | |
| 4. MAILING ADDRESS<br>400 Atlantic Street, P.O. Box 110325 | 5. CITY<br>Stamford | 6. STATE<br>CT | 7. ZIP CODE<br>06911 |
| 8. CASE NUMBER<br>1:06-cr-00002-T-RWL / 9. JUDGE<br>Ernest C. Torres | DATES OF PROCEEDINGS<br>10. FROM 9/6/2006 | 11. 10/2/2006 | |
| 12. CASE NAME<br>USA v. Robert Urciuoli et al. | LOCATION OF PROCEEDINGS<br>13. Providence, RI | 14. Courtroom 3 | |

15. ORDER FOR

- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [x] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [x] TESTIMONY (Specify Witness) | 9/13/2006 - 9/20/2006 |
| [ ] OPENING STATEMENT (Plaintiff) | | John Celona | |
| [ ] OPENING STATEMENT | | | |
| [x] CLOSING ARGUMENT (Plaintiff) | 10/2/2006 | [ ] PRE-TRIAL PROCEEDING | |
| [x] CLOSING ARGUMENT (Defendant) | 10/2/2006 | | |
| [ ] OPINION OF COURT | | | |
| [x] JURY INSTRUCTIONS | 10/2/2006 & 10/4/2006 | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [ ] | NO. OF COPIES<br>1 | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| | | | |
|---|---|---|---|
| 18. SIGNATURE [signature] | | ESTIMATE TOTAL | 0.00 |
| | | PROCESSED BY | |
| 19. DATE<br>10/4/2006 | | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY