**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v. C.R. No. 06-02T

Robert A. Urciuoli,
Frances P. Driscoll, and
Peter J. Sangermano, Jr.

**VERDICT**

WE THE JURY FIND AS FOLLOWS: (Check one for each charge)

| Count 1 - Conspiracy to commit honest services mail fraud in violation of 18 U.S.C. § 371: | Guilty | Not Guilty |
|---|---|---|
| AS TO ROBERT A. URCIUOLI | ✓ | |
| AS TO FRANCES P. DRISCOLL | | ✓ |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

| Count 2 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | Guilty | Not Guilty |
|---|---|---|
| AS TO FRANCES P. DRISCOLL | ✓ | |

| Count 3 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | Guilty | Not Guilty |
|---|---|---|
| AS TO ROBERT A. URCIUOLI | | ✓ |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

| Count 4 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | Guilty | Not Guilty |
|---|---|---|
| AS TO ROBERT A. URCIUOLI | ✓ | |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

| Count 5 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | Guilty | Not Guilty |
|---|---|---|
| AS TO ROBERT A. URCIUOLI | ✓ | |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

| Count 6 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | Guilty | Not Guilty |
|---|---|---|
| AS TO ROBERT A. URCIUOLI | ✓ | |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

| Count 7 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | Guilty | Not Guilty |
|---|---|---|
| AS TO ROBERT A. URCIUOLI | ✓ | |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

| Count 8 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | Guilty | Not Guilty |
|---|---|---|
| AS TO ROBERT A. URCIUOLI | ✓ | |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

| Count 9 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | Guilty | Not Guilty |
|---|---|---|
| AS TO ROBERT A. URCIUOLI | ✓ | |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

| Count 10 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | Guilty | Not Guilty |
|---|---|---|
| AS TO ROBERT A. URCIUOLI | ✓ | |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

| Count 11 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | Guilty | Not Guilty |
|---|---|---|
| AS TO ROBERT A. URCIUOLI | ✓ | |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

| Count 12 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | Guilty | Not Guilty |
|---|---|---|
| AS TO ROBERT A. URCIUOLI | ✓ | |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

| Count 13 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | Guilty | Not Guilty |
|---|---|---|
| AS TO ROBERT A. URCIUOLI | ✓ | |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

| Count 14 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | Guilty | Not Guilty |
|---|---|---|
| AS TO ROBERT A. URCIUOLI | ✓ | |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

| Count 15 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | Guilty | Not Guilty |
|---|---|---|
| AS TO ROBERT A. URCIUOLI | ✓ | |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

| Count 16 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | Guilty | Not Guilty |
|---|---|---|
| AS TO ROBERT A. URCIUOLI | ✓ | |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

| Count 17 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | Guilty | Not Guilty |
|---|---|---|
| AS TO ROBERT A. URCIUOLI | ✓ | |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

| Count 18 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | Guilty | Not Guilty |
|---|---|---|
| AS TO ROBERT A. URCIUOLI | ✓ | |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

| Count 19 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | Guilty | Not Guilty |
|---|---|---|
| AS TO ROBERT A. URCIUOLI | ✓ | |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

| Count 20 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | Guilty | Not Guilty |
|---|---|---|
| AS TO ROBERT A. URCIUOLI | ✓ | |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

| Count 21 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | Guilty | Not Guilty |
|---|---|---|
| AS TO ROBERT A. URCIUOLI | ✓ | |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

| Count 22 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | Guilty | Not Guilty |
|---|---|---|
| AS TO ROBERT A. URCIUOLI | ✓ | |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

| | Guilty | Not Guilty |
|---|---|---|
| Count 23 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | | |
| AS TO ROBERT A. URCIUOLI | ✓ | |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

| | Guilty | Not Guilty |
|---|---|---|
| Count 24 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | | |
| AS TO ROBERT A. URCIUOLI | ✓ | |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

| | Guilty | Not Guilty |
|---|---|---|
| Count 25 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | | |
| AS TO ROBERT A. URCIUOLI | ✓ | |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

| | Guilty | Not Guilty |
|---|---|---|
| Count 26 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | | |
| AS TO ROBERT A. URCIUOLI | ✓ | |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

| | Guilty | Not Guilty |
|---|---|---|
| Count 27 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | | |
| AS TO ROBERT A. URCIUOLI | ✓ | |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

| | Guilty | Not Guilty |
|---|---|---|
| Count 28 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | | |
| AS TO ROBERT A. URCIUOLI | ✓ | |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

| | Guilty | Not Guilty |
|---|---|---|
| Count 29 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | | |
| AS TO ROBERT A. URCIUOLI | ✓ | |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

| | Guilty | Not Guilty |
|---|---|---|
| Count 30 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | | |
| AS TO ROBERT A. URCIUOLI | ✓ | |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

| | Guilty | Not Guilty |
|---|---|---|
| Count 31 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | | |
| AS TO ROBERT A. URCIUOLI | ✓ | |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

| | Guilty | Not Guilty |
|---|---|---|
| Count 32 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | | |
| AS TO ROBERT A. URCIUOLI | ✓ | |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

| | Guilty | Not Guilty |
|---|---|---|
| Count 33 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | | |
| AS TO ROBERT A. URCIUOLI | ✓ | |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

| | Guilty | Not Guilty |
|---|---|---|
| Count 34 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | | |
| AS TO ROBERT A. URCIUOLI | ✓ | |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

| Count 35 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | Guilty | Not Guilty |
|---|---|---|
| AS TO ROBERT A. URCIUOLI | ✓ | |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

| Count 36 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | Guilty | Not Guilty |
|---|---|---|
| AS TO ROBERT A. URCIUOLI | ✓ | |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

| Count 37 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | Guilty | Not Guilty |
|---|---|---|
| AS TO ROBERT A. URCIUOLI | ✓ | |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

| Count 38 - Honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, or aiding and abetting honest services mail fraud in violation of 18 U.S.C. § 2: | Guilty | Not Guilty |
|---|---|---|
| AS TO ROBERT A. URCIUOLI | ✓ | |
| AS TO PETER J. SANGERMANO, JR. | | ✓ |

Signature of foreperson: Date: