UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR 06-02-01-T |
| | : | |
| ROBERT A. URCIUOLI, | : | |
| FRANCES P. DRISCOLL, | : | |
| PETER J. SANGERMANO, JR., and | : | |
| ROGER WILLIAMS MEDICAL CENTER | : | |

**ROBERT A. URCIUOLI'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR JUDGMENT OF ACQUITTAL, OR, IN THE ALTERNATIVE, A NEW TRIAL**

NOW COMES Defendant Robert A. Urciuoli ("Urciuoli") and respectfully moves this Court for an extension of time in which to file a Motion For Judgment of Acquittal, or, in the Alternative, a New Trial pursuant to Rule 29 and Rule 33 of the Federal Rules of Criminal Procedure (the "Motion"). Urciuoli respectfully requests that the Court grant a two-week extension of time, up to and including Tuesday, November 7, 2006, in which to submit the Motion.

Assistant U.S. Attorney Luis Matos has indicated that the Government does not object to the requested relief.

In support of this motion, Urciuoli relies upon the accompanying Memorandum of Law, filed herewith and incorporated herein by reference.

Respectfully submitted,

ROBERT A. URCIUOLI

By his Attorneys,

/s/ Kristie M. Passalacqua
Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

Michael J. Connolly (MA BBO # 638811)
*Pro Hac Vice Counsel*
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000
(617) 345-9020 (fax)
mconnolly@haslaw.com

Richard M. Egbert (MA BBO #151800)
*Pro Hac Vice Counsel*
Richard Egbert Law Offices
99 Summer Street
Suite 1800
Boston, Massachusetts 02110
(617) 737-8222
(617) 737-8223 (fax)
regbert@egbertlaw.com

Dated: October 20, 2006

**CERTIFICATION**

I hereby certify that on October 20, 2006, a copy of the foregoing Robert A. Urciuoli's Motion For Extension of Time to File Motion For Judgment of Acquittal, or, in the Alternative, a New Trial was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kristie M. Passalacqua
Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR 06-02-01-T |
| | : | |
| ROBERT A. URCIUOLI, | : | |
| FRANCES P. DRISCOLL, | : | |
| PETER J. SANGERMANO, JR., and | : | |
| ROGER WILLIAMS MEDICAL CENTER | : | |

**MEMORANDUM OF LAW IN SUPPORT OF ROBERT A. URCIUOLI'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR JUDGMENT OF ACQUITTAL, OR, IN THE ALTERNATIVE, A NEW TRIAL**

NOW COMES Defendant Robert A. Urciuoli ("Urciuoli") and hereby submits this Memorandum in support of his Motion For Extension of Time to File Motion For Judgment of Acquittal, or, in the Alternative, a New Trial pursuant to Rule 29 and Rule 33 of the Federal Rules of Criminal Procedure (the "Motion"). Urciuoli respectfully requests an extension up to and including Tuesday, November 7, 2006 to file the Motion.

Rule 29 of the Federal Rules of Criminal Procedure provides, in pertinent part, that a defendant may move for a judgment of acquittal, or renew such a motion, within 7 days after a guilty verdict. Fed.R.Crim.P. 29(c)(1). Rule 33 of the Federal Rules of Criminal Procedure provides, in pertinent part, that a motion for a new trial grounded on a reason other than newly discovered evidence must be filed within 7 days after the verdict or finding of guilty. Fed.R.Crim.P. 33.

Urciuoli respectfully requests that the Court grant a two-week extension to these 7-day time periods. The verdict in this matter was delivered on October 13, 2006, after a lengthy trial, with much testimony and numerous exhibits. Urciuoli requires additional time in which to

properly prepare and present his Motion. Given that sentencing is not scheduled until February 2, 2007, Urciuoli respectfully submits that no prejudice or delay will result from the allowance of this Motion.

Assistant United States Attorney Luis Matos has indicated that the Government does not object to the requested relief.

In light of the foregoing, Defendant Robert A. Urciuoli respectfully requests that the Court grant him a two-week extension, up to and including November 7, 2006, to file a Motion For Judgment of Acquittal, or, in the Alternative, a New Trial.

Respectfully submitted,

ROBERT A. URCIUOLI

By his Attorneys,

/s/ Kristie M. Passalacqua
Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

Michael J. Connolly (MA BBO # 638811)
*Pro Hac Vice Counsel*
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000
(617) 345-9020 (fax)
mconnolly@haslaw.com

Richard M. Egbert (MA BBO #151800)
*Pro Hac Vice Counsel*
Richard Egbert Law Offices
99 Summer Street
Suite 1800
Boston, Massachusetts 02110
(617) 737-8222
(617) 737-8223 (fax)
regbert@egbertlaw.com

Dated: October 20, 2006

**CERTIFICATION**

I hereby certify that on October 20, 2006, a copy of the foregoing Memorandum of Law in Support of Robert A. Urciuoli's Motion For Extension of Time to File Motion For Judgment of Acquittal, or, in the Alternative, a New Trial was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kristie M. Passalacqua
Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com