**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CR 06-02T** |
| | : | |
| **ROBERT A. URCIUOLI, and** | : | |
| **FRANCES P. DRISCOLL** | : | |

**UNITED STATES' MOTION TO EXTEND TIME TO RESPOND**
**TO DEFENDANTS URCIUOLI'S AND DRISCOLL'S POST-TRIAL MOTIONS**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Dulce Donovan, Assistant U. S. Attorney, and moves this Court for an extension of time to respond to Defendants Robert Urciuoli's and Driscoll's post-trial motions. In support thereof, the United States avers:

1. On November 7, 2006, Defendants Robert Urciuoli and Frances Driscoll filed Motions for Judgment of Acquittal or in the Alternative a New Trial.
2. The United States' responses to the motions are due November 22, 2006.
3. Due to the Thanksgiving holiday and previously scheduled annual leave of undersigned counsel, the United States respectfully requests an extension of time to November 30, 2006, to respond to Defendants' motions.
4. Counsel for the United States certifies that she has contacted counsel for both Defendants and that neither has an objection to the United States' motion for extension of time.

Accordingly, the United States respectfully requests an extension of time until November 30, 2006, to respond to Defendants post-trial motions.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/S/ DULCE DONOVAN
DULCE DONOVAN
Assistant U.S. Attorney

**CERTIFICATE OF E-FILING**

I hereby certify that on this 22nd day of November, 2006, I caused the United States' Motion to Extend Time to Respond to Defendants' Urciuoli's and Driscoll's Post-Trial Motions to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Richard M. Egbert, Esq.
99 Summer Street
Suite 1800
Boston, MA 02110

Michael J. Connolly
Kristie Passalacqua, Esq.
Hinckley Allen Snyder LLP
28 State Street
Boston, MA 02109

Kevin J. Bristow, Esq.
501 Turks Head Building
Providence, RI 02903

/S/ DULCE DONOVAN
DULCE DONOVAN
ASSISTANT U.S. ATTORNEY