**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CR 06-02T** |
| | : | |
| **ROBERT A. URCIUOLI and** | : | |
| **FRANCES P. DRISCOLL** | : | |

**UNITED STATES' AMENDED MOTION TO EXCEED THE PAGE LIMIT FOR ITS MEMORANDUM FILED IN SUPPORT OF ITS OBJECTION TO DEFENDANT URCIUOLI'S POST-TRIAL MOTION**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Luis M. Matos and Dulce Donovan, Assistant U. S. Attorneys, and moves this Court to allow the government to file a memorandum in support of its Objection to Urciuoli's post-trial motion which exceeds ten pages. The United States does not expect its memorandum will exceed thirteen (13) pages. In support of the instant motion, the United States avers that Defendant Urciuoli's post-trial motion contains several supporting arguments and that it is not possible to address each of his proffered bases for a new trial or judgment of acquittal in a memorandum of ten pages. Counsel for the United States certifies that she contacted Urciuoli's counsel and that he does not object to the relief requested in the instant motion.

Respectfully submitted,
ROBERT CLARK CORRENTE
United States Attorney

Dated: November 30, 2006

/s/ LUIS M. MATOS
LUIS M. MATOS
Assistant U.S. Attorney
Chief, Criminal Division

/s/ DULCE DONOVAN
DULCE DONOVAN
Assistant U.S. Attorney

**CERTIFICATE OF E-SERVICE**

I hereby certify that on this 30th day of November, 2006, I caused the United States Objection Motion to Exceed the Page Limits for its Memorandum Filed in Support of its Objection to Defendant Urciuoli's Post-Trial Motion to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Richard M. Egbert, Esq.
99 Summer Street
Suite 1800
Boston, MA 02110

Kevin J. Bristow, Esq.
501 Turks Head Building
Providence, RI 02903

Michael J. Connolly
Kristie Passalacqua, Esq.
Hinckley Allen Snyder LLP
28 State Street
Boston, MA 02109

/S/ DULCE DONOVAN
DULCE DONOVAN
ASSISTANT U.S. ATTORNEY