UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CRIMINAL NO. CR 06-02T
:
ROBERT A. URCIUOLI, and :
FRANCES P. DRISCOLL, :
:

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant Robert A. Urciuoli hereby moves that Martin G. Weinberg be admitted PRO HAC VICE in the above case as counsel with local counsel identified below. Mr. Weinberg seeks to appear on behalf of defendant Urciuoli as co-counsel with Richard Egbert, Esq. and Michael J. Connolly, Esq.

ROBERT A. URCIUOLI

By: [signature]
Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

Dated: January 4, 2007

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am (or have been in the past) a member in good standing and have never been restricted from the bars of the States of Massachusetts and New York and of the following Federal District Court and/or Court of Appeal Bars:

U.S. District Court for the District of Massachusetts;
U.S. District Court for the District of Vermont;

U.S. Court of Appeals for the First Circuit;
U.S. Court of Appeals for the Second Circuit;
U.S. Court of Appeals for the Third Circuit;
U.S. Court of Appeals for the Fourth Circuit;
U.S. Court of Appeals for the Fifth Circuit;
U.S. Court of Appeals for the Sixth Circuit;
U.S. Court of Appeals for the Ninth Circuit; and
U.S. Court of Appeals for the Eleventh Circuit.

I am also a member of the United States Supreme Court and the United States Tax Court. My eligibility to practice before these courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than <u>minor</u> traffic offenses.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

Martin G. Weinberg (MA BBO # 519480)
Martin G. Weinberg, P.C.
20 Park Plaza, Suite 905
Boston, MA 02116
Phone No.: (617) 227-3700
Fax No.: (617) 338-9538

#772332

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

---

**ORDER**

This motion is hereby ______________________________

______________________
District Judge
Dated: ______________________

**CERTIFICATION**

I hereby certify that on January 5, 2007, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com