UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. CR 06-02T |
| | : | |
| ROBERT A. URCIUOLI, | : | |
| FRANCES P. DRISCOLL, | : | |
| PETER J. SANGERMANO, JR., and | : | |
| ROGER WILLIAMS MEDICAL | : | |
| CENTER | : | |

**MOTION OF THE DEFENDANT, ROBERT A. URCIUOLI, TO FILE SENTENCING MEMORANDUM UNDER SEAL**

Now comes the Defendant, Robert A. Urciuoli, by and through his attorneys, and hereby moves to file his Sentencing Memorandum under seal. In support of this Motion, the Defendant states that certain information contained within the memorandum is sensitive in nature and sealing is necessary to protect the privacy of third parties with no connection to this case.

Respectfully submitted,

ROBERT A. URCIUOLI

By his attorneys,

Kristie M. Passalacqua

Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

201

Martin G. Weinberg (MA BBO # 519480)
*Pro Hac Vice Counsel*
20 Park Plaza, Suite 905
Boston, MA 02116
Phone No.: (617) 227-3700
Fax No.: (617) 338-9538
owlmgw@att.net

Michael J. Connolly (MA BBO # 638811)
*Pro Hac Vice Counsel*
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000
(617) 345-9020 (fax)
mconnolly@haslaw.com

Richard M. Egbert (MA BBO #151800)
*Pro Hac Vice Counsel*
Richard Egbert Law Offices
99 Summer Street
Suite 1800
Boston, Massachusetts 02110
(617) 737-8222
(617) 737-8223 (fax)
regbert@egbertlaw.com

Dated: January 24, 2007

**CERTIFICATE OF SERVICE**

To:

Dulce Donovan, Esq.
Luis M. Matos, Esq.
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Kevin J. Bristow, Esq.
1309 Turks Head Building
Providence, RI 02903

John A. MacFadyen, Esq.
MacFadyen, Gescheidt & O'Brien
The Owen Building
101 Dyer Street
Providence, RI 02903

I hereby certify that I hand-delivered a copy of the within Motion to Seal to the attorneys listed above, on this 24th day of January, 2007.

Kristie M. Passalacqua