UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : Cr. No. 06-02-T
:
ROBERT A. URCIUOLI and :
FRANCES P. DRISCOLL :

**DEFENDANT ROBERT A. URCIUOLI'S REPLY TO UNITED STATES' OBJECTION TO ROBERT URCIUOLI'S SENTENCING MEMORANDUM**

Defendant Robert Urciuoli wishes to reply briefly to the portion of the government's objection which responds to defendant's argument predicated on the Supreme Court's recent decision in *Cunningham v. California*, 2007 WL 135687 (U.S. January 22, 2007). As defendant indicated in his Sentencing Memorandum, he recognizes that *United States v. Booker*, 543 U.S. 220 (2005), remains the governing law. Counsel raised the *Cunningham*-based argument not in the expectation that this Court would take it upon itself to rule contrary to presently controlling Supreme Court precedent but rather based upon their obligation to preserve their client's Sixth Amendment rights. The law in this area remains, as *Cunningham* illustrates, in a state of flux, and all too many defendants have been found, in the wake of *Apprendi and Blakely*, to have forfeited their Sixth Amendment arguments because of the lack of prescience of their counsel. To avoid that prospect in this case, counsel raised the Sixth Amendment issue to preserve Urciuoli's Sixth Amendment rights in the event that the Supreme Court ultimately overrules the *Booker* remedy opinion.

Respectfully submitted,
By his attorneys,

/s/ Kristie M. Passalaqua
Kristie M. Passalaqua
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalaqua@haslaw.com

Martin G. Weinberg (MA BBO# 519480)
*Pro Hac Vice Counsel*
20 Park Plaza, Suite 905
Boston, MA 02116
(617) 227-3700
(617) 338-9538 (fax)
owlmgw@att.net

Richard M. Egbert (MA BBO# 151800)
*Pro Hac Vice Counsel*
Richard Egbert Law Offices
99 Summer Street, Suite 1800
Boston, MA 02110
(617) 737-8222
(617) 737-8223 (fax)
regbert@egbertlaw.com

Michael J. Connolly (MA BBO# 638811)
*Pro Hac Vice Counsel*
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000
(617) 345-9020 (fax)
mconnolly@haslaw.com

Dated: January 29, 2007

**CERTIFICATION**

I hereby certify that on January 29, 2007, a copy of the foregoing Reply to United States' Objection to Robert Urciuoli's Sentencing Memorandum was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kristie M. Passalacqua