UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : Cr. No. 06-02-T
:
ROBERT A. URCIUOLI and :
FRANCES P. DRISCOLL :

**ORDER MODIFYING CONDITIONS OF RELEASE**

This matter was before the Honorable Court, the Honorable Ernest C. Torres, Senior United States District Judge, presiding on January 31, 2007. Upon the motion of the Government, the Court ordered the following:

1. The defendant, Robert A. Urciuoli, shall not travel outside of the State of Rhode Island, except for restricted travel to the Commonwealth of Massachusetts to meet with his counsel; and

2. The defendant, Robert A. Urciuoli, must apply to the Court for permission to travel outside the State of Rhode Island, except as allowed in paragraph no. 1 above; and

3. Any violation of this order by the defendant may be considered a violation of the Order Setting Terms of Release and may result in the defendant's incarceration and the forfeiture of the surety furnished on behalf of the defendant.

Ernest C. Torres
Senior United States District Judge
Dated: February 1, 2007

By: ____________________
Deputy Clerk