UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : Cr. No. 06-02-T
:
ROBERT A. URCIUOLI and :
FRANCES P. DRISCOLL :

**DEFENDANT ROBERT A. URCIUOLI'S MOTION FOR LEAVE TO TRAVEL TO FLORIDA**

Now comes the defendant Robert Urciuoli and respectfully requests that this Honorable Court permit him to travel to Florida with his wife Donna Urciuoli on February 13, 2007, and to return on March 13, 2007.

As reason therefor, Mr. Urciuoli states:

1. He and his wife own a second home at 149 Esperanza Way, Palm Beach Gardens, Florida 33418, at which they have lived for approximately half their time over the past year while Mr. Urciuoli was on pretrial release. This is the address at which Mr. Urciuoli and his wife will reside if the Court grants this request to travel.

2. The reasons for this request for leave to travel are several. First, Mrs. Urciuoli's mother traveled from Florida, where she and her husband, Mrs. Urciuoli's step-father, will be living through April, 2007, to be with Mr. and Mrs. Urciuoli at the time of Mr. Urciuoli's sentencing and thereafter had cataract surgery; Mrs. Urciuoli wishes to be able to accompany her mother on her return to Florida, and Mr. Urciuoli wishes to travel with her so that he and his wife will not be separated during the time remaining until Mr. Urciuoli's April 2, 2007, self-surrender date. Second, Mr. and Mrs. Urciuoli would like to be able to spend time with Mrs. Urciuoli's parents after they travel to Florida,

particularly as Mrs. Urciuoli's step-father has recently been diagnosed with cancer. Third, their daughter Mari lives in Florida with her new husband, and Mr. and Mrs. Urciuoli would like to be able to travel to spend time with her and her husband. Fourth, Mr. and Mrs. Urciuoli need to travel to Florida to make all the arrangements necessary to close down their house there.

3. If the Court permits Mr. Urciuoli to travel as requested, he will comply with whatever terms and conditions are imposed by this Court or by Probation, including, but not limited to, reporting to Probation telephonically on whatever schedule is required by either the Court or Probation.

On February 5, 2007, a draft of this motion was sent to AUSA Luis Matos by e-mail with a request that he communicate his position on the motion. Counsel had not heard from Mr. Matos by the time of the filing of this motion.

Respectfully submitted,
By his attorneys,

/s/ Kristie M. Passalaqua
Kristie M. Passalaqua (R.I. Bar No. 6945)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalaqua@haslaw.com

/s/ Martin G. Weinberg
Martin G. Weinberg (MA BBO# 519480)
*Pro Hac Vice Counsel*
20 Park Plaza, Suite 905
Boston, MA 02116
(617) 227-3700
(617) 338-9538 (fax)
owlmgw@att.net

Dated: February 6, 2007

#781638

**CERTIFICATION**

I hereby certify that on February 6, 2007, a copy of the foregoing Motion For Leave to Travel to Florida was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kristie M. Passalacqua

#781638