**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CR 06-02-1T |
| | : | |
| ROBERT A. URCIUOLI, and | : | |
| FRANCES P. DRISCOLL. | : | |

## UNITED STATES' OBJECTION TO DEFENDANT ROBERT URCIUOLI'S MOTION FOR LEAVE TO TRAVEL TO FLORIDA

On February 6, 2007, defendant ROBERT A. URCIUOLI filed a motion for leave to travel to Florida. The United States objects to defendant's request. Defendant has not presented a compelling reason to travel to Florida for 30 days. His reasons are primarily: (1) family based -- that he wants to travel with his in-laws, who are returning to Florida, and to visit his daughter; and, (2) practical -- in order to close down his Florida house.

As the Court is aware, the Court gave defendant 60 days, rather than the more standard 30 days, to report to prison in order to put his affairs in order and to have sufficient time to appeal the Court's denial of defendant's request for bail pending appeal, if he wishes to pursue that route. Defendant had previously been allowed to travel to Florida, but at the conclusion of his sentencing, the United States requested the Court limit defendant's travel to Rhode Island in light of the present status of this case. The Court ruled that defendant could travel to Massachusetts to meet with his attorneys and for medical appointments, but that, otherwise, his travel, would be limited to the State of Rhode Island. The Court did allow for the opportunity for defendant to request for specific authorization to travel.

Although defendant appears to have complied with the conditions of his bail to date, he does have access to significant financial resources which, given the present posture of the case –

defendant has been sentenced to 36 months in jail and denied bail – present a certain risk of flight. Conversely, defendant's motion appears to be crafted, in part, for the benefit of his family as well as for his own benefit, so that they may all spend time together in Florida rather than in Rhode Island. There is nothing in the motion to suggest that his family cannot as easily remain in Rhode Island or visit him in Rhode Island. In regard to making arrangements to close down their house, it is also unclear why Mrs. Urciuoli cannot take care of those matters. Certainly, a request for travel for 30 days for the reasons purported is excessive and unwarranted.

Accordingly, the United States respectfully requests that defendant's motion be denied.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

Dated: February 7, 2007

/s/ LUIS M. MATOS
LUIS M. MATOS
Assistant U.S. Attorney
Chief, Criminal Division
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
Tel. 401-709-5000
Fax 401-709-5001
luis.matos@usdoj.gov

/s/ DULCE DONOVAN
DULCE DONOVAN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
Tel. 401-709-5000
Fax 401-709-5001
dulce.donovan@usdoj.gov

**CERTIFICATE OF E-SERVICE**

I hereby certify that on this 7th day of February, 2007, I caused the United States Objection to Defendant Urciuoli's Motion for Leave to Travel to Florida to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Richard M. Egbert, Esq.
99 Summer Street, Suite 1800
Boston, MA 02110

Michael J. Connolly, Esq.
Kristie Passalacqua, Esq.
Hinckley Allen Snyder LLP
Fleet Center
Providence, RI 02903

Martin G. Weinberg, Esq.
Martin G. Weinberg, P.C.
The Statler Bldg.
20 Park Plaza, Suite 905
Boston, MA 02116

/s/ LUIS M. MATOS
LUIS M. MATOS
Assistant U.S. Attorney
Chief, Criminal Division