UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : Cr. No. 06-02-T
:
ROBERT A. URCIUOLI and :
FRANCES P. DRISCOLL :

**DEFENDANT ROBERT A. URCIUOLI'S SECOND MOTION FOR LEAVE TO TRAVEL TO FLORIDA**

Now comes the defendant Robert Urciuoli and respectfully requests that this Honorable Court permit him to travel to Florida with his wife Donna Urciuoli on February 14, 2007, and to return on February 21, 2007.

As reason therefor, Mr. Urciuoli states:

1. He and his wife own a second home at 149 Esperanza Way, Palm Beach Gardens, Florida 33418, at which they have lived for approximately half their time over the past year while Mr. Urciuoli was on pretrial release. This is the address at which Mr. Urciuoli and his wife will reside while they are in Florida.

2. On February 6, 2007, Mr. Urciuoli filed a motion requesting that he be permitted to travel to Florida for a month. His reasons for requesting permission to travel to Florida are set forth in that motion and are incorporated by reference herein. On February 8, 2007, counsel for Mr. Urciuoli was informed that the Court would grant a motion for Mr. Urciuoli to travel to Florida for one week on the filing of a motion requesting that relief.

WHEREFORE, Mr. Urciuoli requests that he be permitted to travel to Florida for one week, from February 14, 2007, through February 21, 2007.

#782065

Respectfully submitted,
By his attorneys,

/s/ Kristie M. Passalaqua
Kristie M. Passalaqua (R.I. Bar No. 6945)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalaqua@haslaw.com

/s/ Martin G. Weinberg
Martin G. Weinberg (MA BBO# 519480)
*Pro Hac Vice Counsel*
20 Park Plaza, Suite 905
Boston, MA 02116
(617) 227-3700
(617) 338-9538 (fax)
owlmgw@att.net

Dated: February 8, 2007

## CERTIFICATION

I hereby certify that on February 8, 2007, a copy of the foregoing Second Motion For Leave to Travel to Florida was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kristie M. Passalacqua