UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 06-02-T |
| | : | |
| ROBERT A. URCIUOLI and | : | |
| FRANCES P. DRISCOLL | : | |

**DEFENDANT ROBERT A. URCIUOLI'S NOTICE OF APPEAL**

Now comes the defendant Robert A. Urciuoli and notices his appeal to the United States Court of Appeals for the First Circuit from the judgment of conviction and sentence entered in this Court (Torres, J.) on February 15, 2007.

Respectfully submitted,
By his attorneys,

**/s/ Kristie M. Passalaqua**
Kristie M. Passalaqua (R.I. Bar. No. 6945)
Michael J. Connolly (Pro Hac Vice)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalaqua@haslaw.com

**/s/ Martin G. Weinberg**
Martin G. Weinberg (MA BBO# 519480)
*Pro Hac Vice Counsel*
20 Park Plaza, Suite 905
Boston, MA 02116
(617) 227-3700
(617) 338-9538 (fax)
owlmgw@att.net

Dated: February 15, 2007

#783671

**CERTIFICATION**

I hereby certify that on February 15, 2007, a copy of the foregoing Notice of Appeal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this foiling thorough the Court's CM/ECF system.

/s/ Kristie M. Passalaqua