UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

March 19, 2007

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

**RE:** ***CR06-02-01T USA v. ROBERT A. URCIUOLI***

Dear Clerk:

Enclosed you will find the Record on Appeal and a certified copy of the docket entries for the above entitled matter.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: Lucia Cristina Leyva
Lucia Cristina Leyva
DEPUTY CLERK

ENCLOSED: Appeal Cover Letter; Appeal Cover Sheet; Notice of Appeal; Complete Case File (4 Volumes) excluding: Doc. #195(Transcript)& Doc.#196 (Trial Transcripts) - to be sent separately; SOR; Certified Copy of Docket