# United States Court of Appeals
## For the First Circuit

No. 07-1297

UNITED STATES,

Appellee,

v.

ROBERT A. URCIUOLI,

Defendant, Appellant.

No. 07-1327

UNITED STATES,

Appellee,

v.

FRANCIS P. DRISCOLL,

Defendant, Appellant.

Boudin, Chief Judge,
Campbell, Senior Circuit Judge,
and Lynch, Circuit Judge.

**ORDER OF COURT**
**Entered: March 21, 2007**

Robert A. Urciuoli and Francis P. Driscoll were convicted for their part in a mail fraud scheme involving a state senator hired by the hospital for which they were corporate officers. They were sentenced to prison terms of three years and of eight months, respectively. The district court refused to continue their release on bail while their appeals were pending. There is no contention that the defendants pose a flight or danger risk, but the district court decided they had no "substantial question of law or fact" for appeal cognizable under 18 U.S.C. § 3143(b)(1)(B). The defendants have now moved in this court for release on bail pending appeal.

The government and Urciuoli have each moved for permission to exceed page limits on certain responsive pleadings they submitted to the court. Both motions are allowed.

Based on the submittals of the parties, this court is persuaded that the district court's instructions to the jury raise a sufficiently "substantial question of law" within the meaning of 18 U.S.C. § 3143(b)(1)(B) to warrant release pending appeal.

The appellants' motions for bail pending appeal are granted. The district court is directed to continue the release of the appellants pursuant to 18 U.S.C. § 3143(b), subject to conditions it deems appropriate.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________
Chief Deputy Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

[signature]
**Deputy Clerk**

**Date:** 3/21/07

[Certified Copies: Hon. Ernest C. Torres and Mr. David A. DiMarzio, Clerk of United States District Court for the District of Rhode Island]

[cc: Kristie M. Passalacqua, Esq., Michael J. Connolly, Esq., Martin G. Weinberg, Esq., Richard M. Egbert, Esq., Kimberly Homan, Esq., John A. MacFadyen, Esq., Kevin J. Bristow, Esq., Dulce Donovan, AUSA, Gerard B. Sullivan, AUSA, Luis M. Matos, AUSA, Donald Lockhart, AUSA, Marc DeSisto, Esq.]