UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 06-02-T |
| | : | |
| ROBERT A. URCIUOLI and | : | |
| FRANCES P. DRISCOLL | : | |

**DEFENDANT ROBERT A. URCIUOLI'S MOTION FOR LEAVE TO TRAVEL TO FLORIDA**

Now comes the defendant Robert Urciuoli and respectfully requests that this Honorable Court permit him to travel to Florida with his wife Donna Urciuoli on April 4, 2007, and to return on April 14, 2007.

As reason therefor, Mr. Urciuoli states:

1. He and his wife own a second home at 149 Esperanza Way, Palm Beach Gardens, Florida 33418, at which they have lived for approximately half their time over period while Mr. Urciuoli was on pretrial release. This is the address at which Mr. Urciuoli and his wife will reside if the Court grants this request to travel.

2. Mrs. Urciuoli purchased tickets for herself and their daughter Kara to travel to Florida from April 4, 2007, until April 14, 2007, to spend time with family in Florida (daughter Mari and her husband, Mrs. Urciuoli's mother and her husband, and her brother and his wife) and to host the family for Easter dinner at their home there; the Uricuolis have spent Easter in Florida for the past three years. She purchased these tickets on the understanding that Mr. Urciuoli was scheduled to report to his designated place of incarceration on April 2, 2007. Now that he is to remain free on bail pending appeal, Mr. Urciuoli would like, with the Court's permission, to travel to Florida with his

wife and daughter to spend the Easter holiday with his family.

3. If the Court permits Mr. Urciuoli to travel as requested, he will comply with whatever terms and conditions are imposed by this Court or by Probation, including, but not limited to, reporting to Probation telephonically on whatever schedule is required by either the Court or Probation.

4. AUSA Luis Matos has informed counsel for Mr. Urciuoli that he has no objection to the granting of this request to travel, as long as Probation approves it.

Respectfully submitted,
By his attorneys,

**/s/ Kristie M. Passalaqua**
Kristie M. Passalaqua (R.I. Bar No. 6945)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalaqua@haslaw.com

**/s/ Martin G. Weinberg**
Martin G. Weinberg (MA BBO# 519480)
*Pro Hac Vice Counsel*
20 Park Plaza, Suite 905
Boston, MA 02116
(617) 227-3700
(617) 338-9538 (fax)

**CERTIFICATION**

I hereby certify that on March 30, 2007, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

**/s/ Kristie M. Passalaqua**