UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 06-02-T |
| | : | |
| ROBERT A. URCIUOLI | : | |

**DEFENDANT ROBERT A. URCIUOLI'S MOTION FOR LEAVE TO TRAVEL TO FLORIDA**

Now comes the defendant Robert Urciuoli and respectfully requests that this Honorable Court permit him to travel to Florida with his wife Donna Urciuoli on May 7, 2007, and to return on May 14, 2007.

As reason therefor, Mr. Urciuoli states:

1. He and his wife own a second home at 149 Esperanza Way, Palm Beach Gardens, Florida 33418. This is the address at which Mr. Urciuoli and his wife will reside if the Court grants this request to travel.

2. Mrs. Urciuoli made plans when Mr. Urciuoli was still scheduled to report to his designated place of incarceration on April 2, 2007, to spend Mother's Day (May 13, 2007) in Florida with her mother and their daughters and to travel to Florida for that purpose from May 7, 2007, until May 14, 2007. Mr. Urciuoli requests that this Honorable Court permit him to accompany his wife on this trip to Florida.

3. If the Court permits Mr. Urciuoli to travel as requested, he will comply with whatever terms and conditions are imposed by this Court or by Probation, including, but not limited to, reporting to Probation telephonically on whatever schedule is required by either the Court or Probation.

4. AUSA Luis Matos has informed counsel for Mr. Urciuoli that he has no objection to the granting of this request to travel, as long as Probation approves it.

Respectfully submitted,
By his attorneys,

**/s/ Kristie M. Passalaqua**
Kristie M. Passalaqua (R.I. Bar No. 6945)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalaqua@haslaw.com

**/s/ Martin G. Weinberg**
Martin G. Weinberg (MA BBO# 519480)
*Pro Hac Vice Counsel*
20 Park Plaza, Suite 905
Boston, MA 02116
(617) 227-3700
(617) 338-9538 (fax)

**CERTIFICATION**

I hereby certify that on April 24, 2007, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

**/s/ Kristie M. Passalaqua**