UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

May 9, 2007

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

RE: ***USA v. ROBERT URCIUOLI, ET AL.***
***USDC CR06-02T*** ***USCA: 07-1297 and 07-1327***

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: *Lucia Cristina Leyva*
Lucia Cristina Leyva
DEPUTY CLERK

encl. Doc. #195 - Transcript of Proceedings (Discovery Motions) held on 8/30/06 before Judge Ernest C. Torres; Doc. #196 - Transcript of Proceedings (Jury Trial and Related Hearings) held on 9/11/06-9/15/06; 9/18/06-9/21/06; 9/25/06-9/29/06; 10/2/06; 10/4/06-10/6/06; 10/10/06-10/13/06 before Judge Ernest C. Torres; Doc. #241 -Transcript of Proceedings (Hearing on Motions) held on 8/23/06 before Judge Ernest C. Torres; Doc. #242 - Transcript of Proceedings (Chambers Conference) held on 8/23/06 before Judge Ernest C. Torres; Doc. #243 - Transcript of Proceedings (Hearing on Motions) held on 8/24/06 before Judge Ernest C. Torres Certified Copy of Docket.