**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR. No. 06-002T** |
| | : | |
| **ROBERT A. URCIUOLI** | : | |
| **and** | : | |
| **FRANCES P. DRISCOLL** | : | |

**GOVERNMENT'S MOTION TO SUPPLEMENT THE RECORD**

For the reasons stated in the accompanying memorandum of law, the government moves this Court to supplement the record. Specifically, the government asks the Court to docket two filings and to transmit them to the First Circuit: (1) "Parties' Joint Proposed Final Instructions" dated September 11, 2006 (8 pages in length); and (2) "Government's Proposed Final Jury Instructions" dated September 11, 2006 (29 pages in length).

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Donald C. Lockhart

DONALD C. LOCKHART
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
401-709-5000
401-709-5001 (fax)
donald.lockhart2@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 10th day of May, 2007, I caused the within "Government's Motion to Supplement the Record" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

**Representing Defendant Urciuoli** --

Kristie M. Passalacqua, Esquire
Hinckley, Allen and Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
kpassalacqua@haslaw.com

Michael J. Connolly, Esquire
Hinckley, Allen and Snyder LLP
28 State Street, 2nd Floor
Boston, Massachusetts
mconnolly@haslaw.com

Richard M. Egbert, Esquire
99 Summer Street, Suite 1800
Boston, Massachusetts 02110
regbert@egbertlaw.com

Notification by first class mail, postage prepaid:

Martin G. Weinberg, Esquire
Oteri, Weinberg & Lawson
The Statler Building
20 Park Plaza, Suite 905
Boston, Massachusetts 02116

Kimberly Homan, Esquire
20 Park Plaza, Suite 905
Boston, Massachusetts 02116

And –

**Representing Defendant Driscoll** --

Electronic notification:

Kevin J. Bristow, Esquire
505 Turks Head Building
Providence, Rhode Island 02903
KJBristowlaw@verizon.net

John A. MacFadyen, III, Esquire
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, Rhode Island 02903
jam@ridefense.com

/s/ Donald C. Lockhart
DONALD C. LOCKHART
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
401-709-5000
401-709-5001 (fax)
donald.lockhart2@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR. No. 06-002T** |
| | : | |
| **ROBERT A. URCIUOLI** | : | |
| **and** | : | |
| **FRANCES P. DRISCOLL** | : | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT**
**OF ITS MOTION TO SUPPLEMENT THE RECORD**

In its ruling granting bail pending appeal the First Circuit noted certain issues concerning the jury instructions. In the upcoming merits appeal it will be important for the First Circuit to understand the positions that the parties took in the district court concerning these and related issues.

On September 11, 2006, the government filed the following documents with this Court: (1) "Parties' Joint Proposed Final Instructions" (8 pages in length); and (2) "Government's Proposed Final Jury Instructions" (29 pages in length). Both filings are relevant to the appeal. Neither filing was docketed, however, and neither can be found in the district court files that have already been transmitted to the First Circuit. Therefore, pursuant to Fed. R. App. P. 10(e), the government moves the Court to (1) docket the two filings, and (2) transmit them to the First Circuit.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Donald C. Lockhart

DONALD C. LOCKHART
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
401-709-5000
401-709-5001 (fax)
donald.lockhart2@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 10th day of May, 2007, I caused the within "Government's Memorandum in Support of Its Motion to Supplement the Record" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

**Representing Defendant Urciuoli** --

Kristie M. Passalacqua, Esquire
Hinckley, Allen and Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
kpassalacqua@haslaw.com

Michael J. Connolly, Esquire
Hinckley, Allen and Snyder LLP
28 State Street, 2nd Floor
Boston, Massachusetts
mconnolly@haslaw.com

Richard M. Egbert, Esquire
99 Summer Street, Suite 1800
Boston, Massachusetts 02110
regbert@egbertlaw.com

Notification by first class mail, postage prepaid:

Martin G. Weinberg, Esquire
Oteri, Weinberg & Lawson
The Statler Building
20 Park Plaza, Suite 905
Boston, Massachusetts 02116

Kimberly Homan, Esquire
20 Park Plaza, Suite 905
Boston, Massachusetts 02116

And –

**Representing Defendant Driscoll** --

Electronic notification:

Kevin J. Bristow, Esquire
505 Turks Head Building
Providence, Rhode Island 02903
KJBristowlaw@verizon.net

John A. MacFadyen, III, Esquire
MacFadyen, Gescheidt & O’Brien
101 Dyer Street
Providence, Rhode Island 02903
jam@ridefense.com

/s/ Donald C. Lockhart
DONALD C. LOCKHART
Assistant United States Attorney
United States Attorney’s Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
401-709-5000
401-709-5001 (fax)
donald.lockhart2@usdoj.gov