UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 06-02-T |
| | : | |
| ROBERT A. URCIUOLI | : | |

**DEFENDANT ROBERT A. URCIUOLI'S MOTION FOR LEAVE TO MOVE TO FLORIDA**

Now comes the defendant Robert Urciuoli and respectfully requests that this Honorable Court permit him to move to Florida on November 12, 2007, and to remain there until the determination of his appeal. In addition, he asks that, if the Court grants his request to move to Florida, he be permitted to (1) travel from Florida to Boston, Massachusetts for the oral argument of his appeal before the United States Court of Appeals for the First Circuit, and (2) travel from Florida to Rhode Island over the Christmas holidays, for the reasons addressed in paragraph 2, *infra*.

As reason therefor, Mr. Urciuoli states:

1. He and his wife own a second home at 149 Esperanza Way, Palm Beach Gardens, Florida 33418. This is the address at which Mr. Urciuoli will reside if the Court grants this request to move to Florida.

2. When the Court addressed the issue of Mr. Urciuoli's travel in a telephone conference, it indicated its view that Mr. Urciuoli should choose one location – Rhode Island or Florida -- and remain there while his appeal is pending. Employment is available to him in Florida as a consultant with Biden& Caveney, a financial services company. He therefore requests that he be permitted to

move to Florida so that he may take advantage of this employment opportunity.[1]

3. If the Court grants that request, Mr. Urciuoli further asks that he be permitted to return to Rhode Island after his move to Florida on two occasions, a request that he would not make except for the importance of the occasions for which he would like to be able to return, as he is aware that the Court has indicated its disinclination to permit ongoing back-and-forth travel between Rhode Island and Florida. First, the First Circuit Court of Appeals has scheduled the oral argument of his appeal for December 3, 2007, and he would like to be present for the argument. With the Court's permission, he would travel to Boston, Massachusetts on December 2, 2007, and return to Florida on December 3, 2007, after the argument. Second, he wishes to return to Rhode Island for a week at Christmas for two separate and important reasons: (1) he has a number of medical appointments scheduled beginning on December 19, 2007, including the completion of a dental implant process which has already been begun by his Rhode Island doctors and an annual physical with his physician; and (2) Christmas is an annual tradition at the Urciuoli home in Rhode Island, generally attended by 15-30 relatives, including his and his wife's daughters, parents, and siblings, and close family friends. Mr. Urciuoli's parents are elderly and in poor health and are unable to travel to Florida, and the number of Christmases he will be able to have with them is likely limited. Mr. Urciuoli therefore requests that he be permitted to return to Rhode Island from December 19, 2007, until December 26, 2007.

3. If the Court permits Mr. Urciuoli to travel as requested, he will comply with whatever terms and conditions are imposed by this Court or by Probation, including, but not limited to,

---

[1] Mr. Urciuoli has done some consulting work for Biden & Caveney in Rhode Island, but his prospects for bringing business into the company are at this juncture largely exhausted in Rhode Island. He believes that his future prospects for bringing business to the company are greater in Florida, and the company will continue to employ him as a consultant there.

reporting to Probation telephonically on whatever schedule is required by either the Court or Probation.

4. The government has no objection to the granting of this motion.

Respectfully submitted,
By his attorneys,

**/s/ Kristie M. Passalaqua**
Kristie M. Passalaqua (R.I. Bar No. 6945)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalaqua@haslaw.com

**/s/ Martin G. Weinberg**
Martin G. Weinberg (MA BBO# 519480)
*Pro Hac Vice Counsel*
20 Park Plaza, Suite 905
Boston, MA 02116
(617) 227-3700
(617) 338-9538 (fax)

**CERTIFICATION**

I hereby certify that on October 26, 2007, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

**/s/ Kristie M. Passalaqua**