# United States Court of Appeals

## For the First Circuit

USDC-RI
06-00002

No. 07-1297

UNITED STATES OF AMERICA,

Appellee,

v.

ROBERT A. URCIUOLI,

Defendant, Appellant.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: Date: 1/18/2008

**JUDGMENT**

Entered: January 18, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The conviction and sentence of Robert A. Urciuoli are vacated, and the matter is remanded for further proceedings consistent with the decision issued of this day.

By the Court:

Richard Cushing Donovan, Clerk

[Certified copies to Hon. Ernest C. Torres and Mr. David DiMarzio, Clerk, United States District Court for the District of Rhode Island. Copies to Ms. Passalacqua, Mr. Connolly, Mr. Weinberg, Mr. Egbert, Ms. Homan, Ms. Donovan, Mr. Sullivan, Ms. Matos, Mr. Lockhart, Mr. DeSisto, Mr. MacFadyen, & Ms. Bristow.]