UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 06-02-T |
| | : | |
| ROBERT A. URCIUOLI and FRANCES P. DRISCOLL | : | |

**DEFENDANT ROBERT A. URCIUOLI'S ASSENTED-TO MOTION FOR LEAVE TO TRAVEL BETWEEN FLORIDA, RHODE ISLAND AND MASSACHUSETTS**

Now comes the defendant Robert Urciuoli and respectfully requests that this Honorable Court permit him to travel between Florida, Rhode Island and Massachusetts over the next several months.

As reason therefore, Mr. Urciuoli states:

1. Under his current restrictions of confinement, Mr. Urciuoli is restricted to travel within Florida where he currently resides.

2. The reasons for this request for leave to travel outside of Florida are several. First, Mr. Urciuoli's daughter is expected to give birth sometime during the next couple of weeks and Mr. Urciuoli seeks to travel to Rhode Island to be with his daughter during this time and to see his new grandchild. Second, in light of the fact that this case will soon be remanded to the United States District Court in Rhode Island, Mr. Urciuoli will need to meet with legal counsel in Rhode Island and Massachusetts in connection with preparation for the defense of this case.

3. Mr. Urciuoli has never violated a condition of his release. In the past he has been allowed to travel to California on two separate occasions and he has done so without event.

4. Mr. Urciuoli agrees to contact Pre-Trial Services and notify them of all of his out-of-state travel plans before he travels.

5. On February 7, 2008, a draft of this motion was sent to AUSA Luis Matos by e-mail with a request that he communicate his position on the motion. AUSA Matos has assented to this motion.

Wherefore, Mr. Urciuoli requests that this Motion be granted.

Respectfully submitted,
By his attorney,

/s/ Kristie M. Passalaqua
Kristie M. Passalaqua (R.I. Bar No. 6945)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalaqua@haslaw.com

Dated: February 7, 2008

**CERTIFICATION**

I hereby certify that on February 7, 2008, a copy of the foregoing Motion For Leave to Travel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kristie M. Passalacqua