06 00002
USDC/R.I.
Torres, E.

# United States Court of Appeals
## For the First Circuit

---

No. 07-1297

UNITED STATES OF AMERICA,

Appellee,

v.

ROBERT A. URCIUOLI,

Defendant, Appellant.

---

**JUDGMENT**

Entered: January 18, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The conviction and sentence of Robert A. Urciuoli are vacated, and the matter is remanded for further proceedings consistent with the decision issued of this day.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

George ...
**Deputy Clerk**

**Date:** 2/8/08

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[Certified copies to Hon. Ernest C. Torres and Mr. David Dimarzio, Clerk, United States District Court for the District of Rhode Island. Copies to Ms. Passalacqua, Mr. Connolly, Mr. Weinberg, Mr. Egbert, Ms. Homan, Ms. Donovan, Mr. Sullivan, Ms. Matos, Mr. Lockhart, Mr. DeSisto, Mr. MacFadyen, & Ms. Bristow.]