UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 06-02-S |
| | : | |
| ROBERT A. URCIUOLI | : | |

**MOTION OF MARTIN G. WEINBERG, ESQ. TO WITHDRAW AS COUNSEL**

Now comes the undersigned counsel, Martin G. Weinberg, Esq, and respectfully moves to withdraw his appearance as counsel for defendant Robert Urciuoli in the above-captioned case.

As reason therefor, Mr. Weinberg states:

1. He was retained to represent Mr. Urciuoli on his appeal to the United States Court of Appeals for the First Circuit. He entered his appearance *pro hac vice* in this Court solely for the purposes of arguing matters incident to his appellate representation responsibilities, which included arguing Mr. Urciuoli's motion for bail pending appeal in this Court on the day of sentencing, January 31, 2007, and making subsequent bail-related applications while Mr. Urciuoli's appeal was pending, such as motions seeking leave for Mr. Urciuoli to travel outside of Rhode Island.

2. He was not retained as trial counsel in the prior proceedings, nor has he been retained as trial counsel for the retrial of this case or for any other professional responsibilities relating to the new trial.

Respectfully submitted,

**/s/ Martin G. Weinberg**
Martin G. Weinberg (MA BBO# 519480)
*Pro Hac Vice Counsel*
20 Park Plaza, Suite 905
Boston, MA 02116
(617) 227-3700
(617) 338-9538 (fax)
owlmgw@att.net

**/s/ Kristie M. Passalaqua**
Kristie M. Passalaqua (R.I. Bar No. 6945)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalaqua@haslaw.com

## CERTIFICATION

I hereby certify that on February 20, 2008, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. A copy has been served on defendant Robert Urciuoli, by e-mail. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

**/s/ Kristie M. Passalaqua**
Kristie M. Passalaqua