UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 06-02-T |
| | : | |
| ROBERT A. URCIUOLI and FRANCES P. DRISCOLL | : | |

**DEFENDANT ROBERT A. URCIUOLI'S ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE CURRENTLY SCHEDULED FOR MARCH 7, 2008**

On Monday, February 25, 2008, the Court scheduled a Status Conference as to Robert A. Urciuoli and Frances P. Driscoll for Friday, March 7, 2008 at 2:30 PM in Chief Judge Lisi's Chambers.

Now comes the Defendant Robert Urciuoli and respectfully requests that this Honorable Court continue the Status Conference to a date later than March 10, 2008, as Mr. Urciuoli's lead counsel, Attorney Michael Connolly, is scheduled to be in Miami, Florida, from March 5, 2008, through March 10, 2008, at the American Bar Association's 22nd Annual National Institute on White Collar Crime. The Defendant has conferred with AUSA Luis Matos regarding this scheduling conflict and AUSA Matos has given his assent to this motion to continue.

Therefore, the Defendant proposes the following possible new dates for the Status Conference: March 14, 2008 or March 17, 2008. Counsel for Mr. Urciuoli has been informed that while both of these new dates are agreeable to the Government, the 17th is preferred.

Wherefore, the Defendant requests that this Motion to Continue be granted and a new date for the Status Conference be selected.

Respectfully submitted,

ROBERT A. URCIUOLI

By his attorney,

/s/ Kristie M. Passalaqua
Kristie M. Passalaqua (R.I. Bar No. 6945)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalaqua@haslaw.com

Dated: February 29, 2008

**CERTIFICATION**

I hereby certify that on February 29, 2008, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kristie M. Passalacqua