UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 06-002 ML

ROBERT A. URCIUOLI and
FRANCES P. DRISCOLL

ORDER

Pursuant to the conference held on March 7, 2008, it is hereby ordered that defendants shall file their pretrial motions on or before May 7, 2008 and the government shall file its responses on or before May 28, 2008.

The time between the entry of this Order and determination of any motions filed shall be excluded from counting under the Speedy Trial Act.

PER ORDER:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
March 10, 2008

ENTERED:

Barbara Barletta
Deputy Clerk