AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

United States of America v. Robert Urciuoli, et al.

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR06-02T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | D. Donovan, L. Matos | E. Egbert, M. Connolly, K. Bristow, E. Georgopoulos, J. Pappalardo |
| TRIAL DATE(S) 9/11/06-9/15/06; 9/18/06-9/21/06; 9/25/06-9/29/06; 10/2/06, 10/4/06-10/6/06; 10/10/06-10/13/06 | COURT REPORTER Karen Wischnowsky | COURTROOM DEPUTY Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 9/11/06 | | | W-1 Maureen McNamara |
| | U Ex A | | X | | Ethics Commission Opinion (EXHIBIT WITHDRAWN AS FULL 9/12/006) |
| | U Ex M | 9/11/06 | X | FULL | Letter from Dr. Terry Patinkin to Dr. Paul Agatiello RE: Mobile Care Services |
| | | 9/12/06 | | | W-2 Sheila Capobianco |
| 144 | | 9/12/06 | X | FULL | 3/26/98 Fax from J. McGuirk to F. Driscoll |
| 165 | | 9/12/06 | X | FULL | 4/28/98 Fax from J. McGuirk to F. Driscoll |
| 219 | | 9/12/06 | X | FULL | 12/1/98 Memo from J. Celona to R. Urciuoli |
| 224 | | 9/12/06 | X | FULL | 12/3/98 Fax from J. Celona to R. Urciuoli |
| 234 | | 9/12/06 | X | FULL | 12/11/98 Letter form J. Celona to J. Cahill |
| 240 | | 9/12/06 | X | FULL | 1/4/99 Fax from J. Celona to R. Urciuoli |
| 266 | | 9/12/06 | X | FULL | 2/19/99 Memo from J. Celona to R. Urciuoli |
| 242 | | 9/12/06 | X | FULL | 1/11/99 Circulation Memo and Fax from J. Celona to R. Urciuoli |
| 255 | | 9/12/06 | | FULL | 2/2/99 Fax from J. Celona to R. Urciuoli |
| 262 | | 9/12/06 | | FULL | 2/10/99 Fax from J. Celona to R. Urciuoli |
| 278 | | 9/12/06 | | FULL | 3/4/99 Fax from J. Celona to F. Driscoll |
| 386 | | 9/12/06 | | FULL | 4/22/00 Memo from J. Celona to R. Urciuoli |
| 388 | | 9/12/06 | | FULL | 5/9/00 Memo from J. Celona to R. Urciuoli |
| 396 | | 9/12/06 | | FULL | 6/6/00 Fax from J. Celona to R. Urciuoli |
| 407 | | 9/12/06 | | FULL | 7/5/00 Fax from J. Celona to R. Urciuoli |
| 413 | | 9/12/06 | | FULL | 9/11/00 Memo from J. Celona to R. Urciuoli |
| 420 | | 9/12/06 | | FULL | 10/30/00 Memo from J. Celona to R. Urciuoli |
| 433 | | 9/12/06 | | FULL | 2/17/01 Memo from J. Celona to R. Urciuoli |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America V. Robert Urciuoli, et al.

CASE NUMBER: CR06-02T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 446 | | 9/12/06 | | FULL | 6/28/01 Fax from R. Urciuoli to J. Celona |
| 447 | | 9/12/06 | | FULL | 7/14/01 Fax from J. Celona to R. Urciuoli |
| 455 | | 9/12/06 | | FULL | 9/28/01 Letter from E. Quinlan to J. Celona |
| 456 | | 9/12/06 | | FULL | 10/11/01 Letter from H. Dulude to J. Celona |
| 477 | | 9/12/06 | | FULL | 2/26/02 Fax from J. Celona to R. Urciuoli |
| 483 | | 9/12/06 | | FULL | 3/26/02 Email from D. DeCristofano to S. Capobianco |
| 436 | | 9/12/06 | | FULL | 4/6/01 Note from J. Celona to R. Urciuoli |
| 457 | | 9/12/06 | | FULL | 10/18/01 Fax from J. Celona to R. Urciuoli |
| 458 | | 9/12/06 | | FULL | 10/30/01 Fax from J. Celona to R. Urciuoli |
| 482 | | 9/12/06 | | FULL | 3/15/02 Fax from S. Capobianco to J. Celona |
| 459 | | 9/12/06 | | FULL | 10/29/01 Fax from J. Celona to R. Urciuoli |
| 476 | | 9/12/06 | | FULL | 2/8/02 Fax from J. Celona to R. Urciuoli |
| 390 | | 9/12/06 | | FULL | 7/30/00 Memo from J. Celona to R. Urciuoli |
| 400 | | 9/12/06 | | FULL | 6/16/00 Memo from J. Celona to R. Urciuoli |
| 404 | | 9/12/06 | | FULL | 6/27/00 Memo from J. Celona to R. Urciuoli |
| 411 | | 9/12/06 | | FULL | 8/7/00 Memo from J. Celona to R. Urciuoli |
| 415 | | 9/12/06 | | FULL | 9/22/00 Memo from J. Celona to R. Urciuoli |
| 449 | | 9/12/06 | | FULL | 8/9/01 Email from J. Celona to D. Moore |
| 412 | | 9/12/06 | | FULL | 8/29/00 Memo from J. Celona to R. Urciuoli |
| 155 | | 9/12/06 | | FULL | 4/15/98 Fax from J. Celona to F. Driscoll |
| 185 | | 9/12/06 | | FULL | 6/25/98 Fax from J. Celona to F. Driscoll |
| 196 | | 9/12/06 | | FULL | 7/14/98 Fax from J. Celona to F. Driscoll |
| 199 | | 9/12/06 | | FULL | 7/22/98 Fax from J. Celona to F. Driscoll |
| 294 | | 9/12/06 | | FULL | 4/9/99 Fax from J. Celona to F. Driscoll |
| 303 | | 9/12/06 | | FULL | 6/2/99 Fax from J. Celona to F. Driscoll |
| 354 | | 9/12/06 | | FULL | 1/13/00 Memo from J. Celona to F. Driscoll |
| 373 | | 9/12/06 | | FULL | 3/4/00 J. Celona sends F. Driscoll Position Papers |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America V. Robert Urciuoli, et al.

CASE NUMBER: CR06-02T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 377 | | 9/12/06 | | FULL | 3/24/00 Memo from J. Celona to F. Driscoll |
| 227 | | 9/12/06 | | FULL | 12/4/98 Fax from J. Celona to F. Driscoll |
| 229 | | 9/12/06 | | FULL | 12/8/98 Memo from J. Celona to R. Urciuoli |
| 385 | | 9/12/06 | | FULL | 4/20/00 Memo from J. Celona to F. Driscoll |
| 523 | | 9/12/06 | X | FULL | 8/29/03 Senator J. Celona - Meetings & Golf |
| 497 | | 9/12/06 | X | FULL | 8/14/02 Urciuoli Detail of Entertainment and Business Meals |
| 492 | | 9/12/06 | X | FULL | 6/4/02 Urciuoli receipt for Capital Grille |
| | | 9/12/06 | | | W-3 Katherine D'Arezzo |
| 149 | | 9/12/06 | X | FULL | 4/6/98 Letter from J. McGuirk to RI Ethics Commission |
| 154 | | 9/18/06 | X | FULL | 4/15/98 Outlook Note - Katherine D'Arezzo |
| 159 | | 9/12/06 | X | FULL | 4/16/98 Letter from Ethics Commission to J. McGuirk |
| 162 | | 9/12/06 | X | FULL | 4/20/98 Letter from J. McGuirk to M. Healey |
| 163A | | 9/12/06 | X | FULL | Ethics Commission Advisory Opinion #98-59 |
| | UEx. C | 9/13/06 | X | FULL | Section 6 Statement |
| | | 9/13/06 | | | W-4 Lisa Hawthorne |
| | U Ex. E | 9/13/06 | X | FULL | Photograph - Sign at The Village at Elmhurst |
| | U. Ex. D | 9/13/06 | X | FULL | Article Relating to Celona being hired as a consultant at the Village |
| | | 9/13/06 | | | W-5 Lori Zitto |
| | | 9/13/06 | | | W-6 Dr. Terry Patinkin |
| 201 | | 9/13/06 | X | FULL | 7/23/98 Memo from F. Driscoll to Dr. Patinkin |
| | U Ex. JJ | 9/13/06 | X | FULL | RWMC Meeting Minutes - Topic: Physician Survey RE: Rescue Services |
| | | 9/13/06 | | | W-7 John Celona |
| 1A | | 9/13/06 | | FULL | Plea Agreement, CR05-80T |
| 116 | | 9/13/06 | | FULL | 7/22/97 Journal of the Senate |
| 95 | | 9/14/06 | | FULL | Version 5 of Consulting Agreement |
| 118 | | 9/14/06 | | FULL | 2/1/98 Consulting Agreement |
| 172 | | 9/14/06 | | FULL | 5/31/98 Report of Activities February 1998 - May 1998 |
| 124 | | 9/14/06 | | FULL | 2/17/98 Fax from J. Celona to F. Driscoll |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America V. Robert Urciuoli, et al.

CASE NUMBER: CR06-02T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 120 | | 9/14/06 | | FULL | Certified Copy of 1998H-8229 |
| 129 | | 9/14/06 | | FULL | 3/6/98 Memo from J. Celona to F. Driscoll |
| 131 | | 9/14/06 | | FULL | 3/6/98 Memo from J. Celona to F. Driscoll |
| 134 | | 9/14/06 | | FULL | 3/13/98 Memo from J. Celona to F. Driscoll |
| 127 | | 9/14/06 | | FULL | 2/27/98 J. Celona Statement to P. Sangermano |
| 122 | | 9/14/06 | | FULL | Certified Copy of 1998S-2796 |
| 137 | | 9/14/06 | X | FULL | 3/16/98 Fax from J. Celona to F. Driscoll |
| 142 | | 9/14/06 | X | FULL | 3/26/98 Fax from J. Celona to F. Driscoll |
| 150 | | 9/14/06 | | FULL | 4/6/98 Presentation to Centredale Manor Agenda |
| 146 | | 9/14/06 | | FULL | 3/31/98 Fax from F. Driscoll to J. Celona |
| 147 | | 9/14/06 | | FULL | 3/31/98 Fax from J. Celona to F. Driscoll |
| 167 | | 9/14/06 | | FULL | Page 1 of 5/13/98 fax from J. Celona to F. Driscoll |
| 167A | | | X | | Pages 2 and 3 of 5/13/98 fax from J. Celona to F. Driscoll |
| 202 | | 9/14/06 | | FULL | 6/24/98 "Areas of Orientation Necessary to Achieve the Goals of the Agreement" |
| 225 | | 9/14/06 | | FULL | 12/4/98 Fax from J. Celona to R. Urciuoli |
| 230 | | 9/14/06 | | FULL | 12/8/98 Fax from J. Celona to F. Driscoll |
| 235 | | 9/14/06 | | FULL | 12/16/98 Fax from J. Celona to R. Urciuoli |
| 210 | | 9/14/06 | | FULL | 8/31/98 Memo from J. Celona to F. Driscoll |
| 301 | | 9/14/06 | | FULL | 5/21/99 Memo from J. Celona to F. Driscoll |
| 191 | | 9/14/06 | | FULL | 7/2/98 Memo from J. Celona to F. Driscoll |
| 171 | | 9/14/06 | | FULL | 5/28/98 Memo from J. Celona to F. Driscoll |
| 220 | | 9/14/06 | | FULL | 12/1/98 Memo from J. Celona to R. Urciuoli |
| 272 | | 9/14/06 | | FULL | 2/23/99 Fax from F. Driscoll to J. Celona |
| 173 | | 9/14/06 | | FULL | 6/4/98 Memo from J. Celona to F. Driscoll |
| 177 | | 9/14/06 | | FULL | 6/18/98 Memo from J. Celona to F. Driscoll |
| 305 | | 9/14/06 | | FULL | 6/14/99 Fax from J. Celona to F. Driscoll |
| 271 | | 9/14/06 | | FULL | 2/23/99 Fax from J. Celona to F. Driscoll |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America V. Robert Urciuoli, et al.

CASE NUMBER: CR06-02T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 274 | | 9/14/06 | | FULL | 2/24/99 Memo from J. Celona to F. Driscoll |
| 276 | | 9/14/06 | | FULL | 2/25/99 Memo from J. Celona to F. Driscoll |
| 279 | | 9/14/06 | | FULL | 3/5/99 Memo from J. Celona to F. Driscoll |
| 273 | | 9/14/06 | | FULL | 1/20/99 Legislation 1999H-5220 |
| 281 | | 9/14/06 | X | FULL | 3/8/99 Fax from J. Celona to F. Driscoll |
| 282 | | 9/14/06 | | FULL | 3/9/99 Memo from J. Celona to F. Driscoll |
| 360 | | 9/14/06 | | FULL | 2/8/00 Memo from J. Celona to F. Driscoll |
| 369 | | | X | | 2/29/00 John Celona Calendar |
| 254 | | 9/15/06 | | FULL | Cert. Copy of 1999H-5917 |
| 275 | | 9/15/06 | | FULL | 2/24/99 Memo from J. Celona to F. Driscoll |
| 288 | | 9/15/06 | | FULL | 3/23/99 Fax from J. Celona to F. Driscoll |
| 290 | | 9/15/06 | | FULL | Cert. Copy of 1999S-0509 |
| 421 | | 9/15/06 | | FULL | 11/6/00 Memo from J. Celona to P. Sangermano |
| 320 | | 9/15/06 | | FULL | 7/23/99 Fax from J. Celona to F. Driscoll |
| 326 | | 9/15/06 | | FULL | 7/29/99 Memo from J. Celona to F. Driscoll |
| 364 | | 9/15/06 | | FULL | 2/14/00 Fax from F. Driscoll to J. Celona |
| 295 | | 9/15/06 | | FULL | 4/12/99 Fax from J. Celona to F. Driscoll |
| 341 | | 9/15/06 | | FULL | 10/28/99 Memo from J. Celona to F. Driscoll |
| 363 | | 9/15/06 | | FULL | 2/11/00 Note from J. Celona to F. Driscoll |
| 417 | | 9/15/06 | | FULL | 10/16/00 Letter from P. Sangermano to J. Celona |
| 503 | | | X | | 10/8/02 Letter from Edward Fogarty to J. Celona |
| 383 | | 9/15/06 | | FULL | 4/16/00 Memo from J. Celona to R. Urciuoli |
| 430 | | 9/15/06 | | FULL | 1/18/00 Memo from J. Celona to R. Urciuoli |
| 432 | | 9/15/06 | | FULL | 2/10/01 Fax from J. Celona to R. Urciuoli |
| 437 | | 9/15/06 | | FULL | 4/8/01 Email from J. Celona to R. Urciuoli |
| 374 | | 9/15/06 | | FULL | 3/7/00 Memo from J. Celona to F. Driscoll |
| 375 | | 9/15/06 | | FULL | 3/9/00 Memo from J. Celona to F. Driscoll |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America V. Robert Urciuoli, et al.

CASE NUMBER: CR06-02T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 469 | | 9/15/06 | | FULL | 12/21/01 Email fron J. Celona to R. Urciuoli |
| 474 | | 9/15/06 | | FULL | 1/24/01 Email from R. Urciuoli to J. Celona |
| 506 | | 9/15/06 | | FULL | 12/12/02 Memo from R. Urciuoli to J. Schibler, R. Gamache and K. O'Connell |
| 484 | | 9/15/06 | | FULL | 3/26/02 Email from J. Celona to R. Urciuoli |
| 488 | | 9/15/06 | | FULL | 8/26/02 Email from J. Celona to R. Urciuoli |
| 507 | | 9/15/06 | | FULL | 12/18/02 Letter from Lynne Urbani to R. Urciuoli |
| 522 | | 9/15/06 | | FULL | 8/21/03 Fax from J. Celona to S. Capobianco |
| 528 | | 9/15/06 | | FULL | 10/24/03 Email from J. Celona to R. Urciuoli |
| 532 | | 9/15/06 | X | FULL | 12/4/03 Fax from Brett Davey to J. Celona |
| 536 | | 9/15/06 | | FULL | 1/8/04 Letter from P. Sangermano to J. Celona |
| 2 | | 9/15/06 | | FULL | 5/4/00 Village at Elmhurst Capital Account Check #1054 |
| 3 | | 9/15/06 | | FULL | 1/10/01 Village at Elmhurst Capital Account Check #1069 |
| 4 | | 9/15/06 | | FULL | 2/1/01 Village at Elmhurst Capital Account Check #1074 |
| 5 | | 9/15/06 | | FULL | 2/27/01 Village at Elmhurst Capital Account Check #1075 |
| 6 | | 9/15/06 | | FULL | 3/29/01 Village at Elmhurst Capital Account Check #1076 |
| 7 | | 9/15/06 | | FULL | 4/27/01 Village at Elmhurst Capital Account Check #1080 |
| 8 | | 9/15/06 | | FULL | 5/31/01 Village at Elmhurst Capital Account Check #1087 |
| 9 | | 9/15/06 | | FULL | 6/29/01 Village at Elmhurst Capital Account Check #1099 |
| 10 | | 9/15/06 | | FULL | 7/30/01 Village at Elmhurst Capital Account Check #1091 |
| 11 | | 9/15/06 | | FULL | 9/17/01 Village at Elmhurst Capital Account Check #1003 |
| 12 | | 9/15/06 | | FULL | 10/19/01 Village at Elmhurst Capital Account Check #1007 |
| 13 | | 9/15/06 | | FULL | 11/6/01 Village at Elmhurst Capital Account Check #1009 |
| 14 | | 9/15/06 | | FULL | 12/1/01 Village at Elmhurst Capital Account Check #1010 |
| 15 | | 9/15/06 | | FULL | 1/3/02 Village at Elmhurst Capital Account Check #1012 |
| 16 | | 9/15/06 | | FULL | 1/30/02 Village at Elmhurst Capital Account Check #1014 |
| 17 | | 9/15/06 | | FULL | 3/1/02 Village at Elmhurst Capital Account Check #1016 |
| 18 | | 9/15/06 | | FULL | 3/27/02 Village at Elmhurst Capital Account Check #1018 |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America V. Robert Urciuoli, et al.

CASE NUMBER: CR06-02T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 19 | | 9/15/06 | | FULL | 4/29/02 Village at Elmhurst Capital Account Check # 1020 |
| 20 | | 9/15/06 | | FULL | 6/26/02 Village at Elmhurst Capital Account Check #1024 |
| 21 | | 9/15/06 | | FULL | 7/30/02 Village at Elmhurst Capital Account Check # 1026 |
| 22 | | 9/15/06 | | FULL | 8/26/02 Village at Elmhurst Capital Account Check # 1027 |
| 23 | | 9/15/06 | | FULL | 9/24/02 Village at Elmhurst Capital Account Check # 1028 |
| 24 | | 9/15/06 | | FULL | 10/24/02 Village at Elmhurst Capital Account Check # 1029 |
| 25 | | 9/15/06 | | FULL | 11/25/02 Village at Elmhurst Capital Account Check # 1030 |
| 26 | | 9/15/06 | | FULL | 12/23/02 Village at Elmhurst Capital Account Check # 1031 |
| 27 | | 9/15/06 | | FULL | 1/28/03 Village at Elmhurst Capital Account Check # 1032 |
| 28 | | 9/15/06 | | FULL | 2/24/03 Village at Elmhurst Capital Account Check # 1033 |
| 29 | | 9/15/06 | | FULL | 3/24/03 Village at Elmhurst Capital Account Check # 1034 |
| 30 | | 9/15/06 | | FULL | 4/25/03 Village at Elmhurst Capital Account Check # 1035 |
| 31 | | 9/15/06 | | FULL | 5/27/03 Village at Elmhurst Capital Account Check # 1036 |
| 32 | | 9/15/06 | | FULL | 6/20/03 Village at Elmhurst Capital Account Check # 1037 |
| 33 | | 9/15/06 | | FULL | 7/23/03 Village at Elmhurst Capital Account Check # 1038 |
| 34 | | 9/15/06 | | FULL | 8/25/03 Village at Elmhurst Capital Account Check # 1039 |
| 35 | | 9/15/06 | | FULL | 9/22/03 Village at Elmhurst Capital Account Check # 1040 |
| 36 | | 9/15/06 | | FULL | 10/23/03 Village at Elmhurst Capital Account Check # 1041 |
| 37 | | 9/15/06 | | FULL | 11/24/03 Village at Elmhurst Capital Account Check # 1042 |
| 38 | | 9/15/06 | | FULL | 1/8/04 Village at Elmhurst Capital Account Check # 1043 |
| 39 | | 9/15/06 | | FULL | 3/8/98 Village at Elmhurst Capital Account Check # 1016 |
| 40 | | 9/15/06 | | FULL | 4/7/98 Village at Elmhurst Capital Account Check # 1019 |
| 41 | | 9/15/06 | | FULL | 5/10/98 Village at Elmhurst Capital Account Check # 1025 |
| 42 | | 9/15/06 | | FULL | 6/5/98 Village at Elmhurst Capital Account Check # 1026 |
| 43 | | 9/15/06 | | FULL | 7/21/98 Village at Elmhurst Capital Account Check # 1029 |
| 44 | | 9/15/06 | | FULL | 8/4/98 Village at Elmhurst Capital Account Check # 1030 |
| 45 | | 9/15/06 | | FULL | 9/17/98 Village at Elmhurst Capital Account Check # 1033 |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America V. Robert Urciuoli, et al.

CASE NUMBER: CR06-02T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 46 | | 9/15/06 | | FULL | 10/1/98 Village at Elmhurst Capital Account Check # 1034 |
| 47 | | 9/15/06 | | FULL | 11/3/98 Village at Elmhurst Capital Account Check # 1035 |
| 48 | | 9/15/06 | | FULL | 12/11/98 Village at Elmhurst Capital Account Check # 1036 |
| 49 | | 9/15/06 | | FULL | 1/19/99 Village at Elmhurst Capital Account Check to John Celona |
| 50 | | 9/15/06 | | FULL | 2/1/99 Village at Elmhurst Capital Account Check # 1038 |
| 51 | | 9/15/06 | | FULL | 3/3/99 Village at Elmhurst Capital Account Check # 1039 |
| 52 | | 9/15/06 | | FULL | 4/26/99 Village at Elmhurst Capital Account Check # 1041 |
| 53 | | 9/15/06 | | FULL | 4/26/99 Village at Elmhurst Capital Account Check # 1042 |
| 54 | | 9/15/06 | | FULL | 6/4/99 Village at Elmhurst Capital Account Check # 1043 |
| 55 | | 9/15/06 | | FULL | 7/7/99 Village at Elmhurst Capital Account Check # 1044 |
| 56 | | 9/15/06 | | FULL | 7/30/99 Village at Elmhurst Capital Account Check # 1045 |
| 57 | | 9/15/06 | | FULL | 9/1/99 Village at Elmhurst Capital Account Check # 1046 |
| 58 | | 9/15/06 | | FULL | 10/1/99 Village at Elmhurst Capital Account Check # 1047 |
| 59 | | 9/15/06 | | FULL | 10/30/99 Village at Elmhurst Capital Account Check # 1048 |
| 60 | | 9/15/06 | | FULL | 1/10/01 Village at Elmhurst Capital Account Check # 1050 |
| 61 | | 9/15/06 | | FULL | 1/14/01 Village at Elmhurst Capital Account Check # 1051 |
| 62 | | 9/15/06 | | FULL | 2/28/00 Village at Elmhurst Capital Account Check # 1052 |
| 63 | | 9/15/06 | | FULL | 4/6/00 Village at Elmhurst Capital Account Check # 1352 |
| 65 | | 9/15/06 | | FULL | 6/6/00 Village at Elmhurst Capital Account Check # 1055 |
| 66 | | 9/15/06 | | FULL | 6/29/00 Village at Elmhurst Capital Account Check # 1056 |
| 67 | | 9/15/06 | | FULL | 7/29/00 Village at Elmhurst Capital Account Check # 1057 |
| 68 | | 9/15/06 | | FULL | 8/28/00 Village at Elmhurst Capital Account Check # 1059 |
| 69 | | 9/15/06 | | FULL | 9/28/00 Village at Elmhurst Capital Account Check # 1060 |
| 70 | | 9/15/06 | | FULL | 10/24/00 Village at Elmhurst Capital Account Check # 1061 |
| 71 | | 9/15/06 | | FULL | 11/30/00 Village at Elmhurst Capital Account Check # 1065 |
| 72 | | 9/15/06 | | FULL | 12/27/00 Village at Elmhurst Capital Account Check # 1068 |
| 73 | | 9/15/06 | | FULL | 5/28/02 Village at Elmhurst Capital Account Check # 1022 |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America V. Robert Urciuoli, et al.

CASE NUMBER: CR06-02T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 74 | | 9/15/06 | | FULL | John Celona's Village at Elmhurst 1099 for 1998 |
| 75 | | 9/15/06 | | FULL | John Celona's Village at Elmhurst 1099 for 1999 |
| 76 | | 9/15/06 | | FULL | John Celona's Village at Elmhurst 1099 for 2000 |
| 77 | | 9/15/06 | | FULL | John Celona's Village at Elmhurst 1099 for 2001 |
| 78 | | 9/15/06 | | FULL | John Celona's Village at Elmhurst 1099 for 2002 |
| 79 | | 9/15/06 | | FULL | John Celona's Village at Elmhurst 1099 for 2003 |
| | U Ex. F | 9/15/06 | X | FULL | 2003 List of RI Senators |
| | U Ex. G | 9/15/06 | X | FULL | 2003-2004 RI Government Owner's Manual |
| | U Ex. H | 9/15/06 | X | FULL | 5/9/00 Memo from J. Celona to R. Urciuoli |
| | U Ex. I | | X | | U.S. Department of Justice Letter RE: John Celona to Ethics Commission |
| | U Ex.ZZZZZZ | (9/18/06) | X | | Affidavit of Respondent, John Celona, filed with the RI Ethics Commission 7/19/06 |
| | U. Ex NNNNNNN | | X | | Letter to J. Gramitt, Esq. from AUSA Matos RE: John Celona dated 8/30/05 |
| | U. Ex. UUUUUUU | 9/18/06 | X | FULL | Letter from AUSA to Mr. Dimitri, Esq. RE: John Celona |
| | U. Ex. VVVVVVV | | X | | Handwritten Notes of Mr. Dimitri |
| | U. Ex. WWWWWWW | | X | | Aerial Photograph |
| | U Ex. XXXXXXX | | X | | Handwritten Notes - Partially Redacted |
| | U. Ex. MMMMMMM | 9/18/06 | | FULL | Memo to F. Driscoll from J. Celona regarding Jet Ski Legislation dated 10/25/99 |
| | U. Ex. NNNNNN | 9/18/06 | | FULL | Letter to B. Buonanno, Jr. from M.Loontjens, Jr. re: Proposed Jet Ski Legislation 2/15/00 w/attached memo to B. Buonanno, Jr. from F. Driscoll re: Draft boat legislation dated 2/7/00 |
| | U. Ex. LLLLLL | 9/19/06 | | FULL | Celona/Urciuoli DVD |
| 424 | | 9/19/06 | | FULL | 11/30/00 Letter from R. Gamache to J. Celona |
| 428 | | 9/19/06 | | FULL | 1/3/01 Letter from R. Urciuoli to J. Celona |
| | U. Ex. LLLLLLLLL | | X | | Senate News Release RE: Nursing School Students |
| | U. Ex. JJJJJJJJ | 9/28/06 | X | FULL | Newspaper Article RE: John Celona |
| 466 | | 9/19/06 | X | FULL | 12/11/01 List of 12/11/01 Health Care Meeting Participants |
| 467 | | 9/19/06 | X | FULL | 12/17/01 List of 12/17/01 Health Care Meeting Participants |
| | U. Ex. IIIIII 1-97 | 9/19/06 | | FULL | Sec. 6 Notices |
| | | | | | |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America V. Robert Urciuoli, et al.

CASE NUMBER: CR06-02T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | U. Ex. OOOOOOO | 9/19/06 | | FULL | 1998 Yearly Financial Statement filed by J. Celona with the RI Ethics Commission |
| | U. Ex. PPPPPPP | 9/19/06 | | FULL | 1999 Yearly Financial Statement filed by J. Celona with the RI Ethics Commission |
| | U. Ex. QQQQQQQ | 9/19/06 | | FULL | 2000 Yearly Financial Statement filed by J. Celona with the RI Ethics Commission |
| | U. Ex. SSSSSS | 9/19/06 | | FULL | 2002 Yearly Financial Statement filed by J. Celona with the RI Ethics Commission |
| | U. Ex. TTTTTTT | 9/19/06 | | FULL | 2003 Yearly Financial Statement filed by J. Celona with the RI Ethics Commission |
| | D. Ex. CCCC | 9/19/06 | | FULL | 8/27/99 Memorandum to Driscoll from Celona |
| | D. Ex. D | 9/19/06 | | FULL | Celona's notes from 3/4/98 Meeting |
| | D. Ex. E | 9/19/06 | | FULL | Celona's calendar from 3/9/98-3/11/98 and 3/16/98-3/18/98 |
| | D. Ex. A | 9/19/06 | | FULL | 3/13/98 Memo from J. Celona to F. Driscoll |
| | D. Ex. F | 9/19/06 | | FULL | 4/6/98 Agenda for Presentation to Centredale Manor |
| | D. Ex. WWW | 9/19/06 | | FULL | 7/14/99 Memorandum to Driscoll from Celona |
| | D. Ex. DDDD | 9/19/06 | | FULL | 9/7/99 Memorandum to Driscoll and J. Swallow from Celona |
| | D. Ex. OO | | X | | Undated Brochure entitled "Physician Finder" with RWMC |
| | D. Ex. RRR | 9/19/06 | X | FULL | 7/1/99 Memorandum to Driscoll from Celona |
| | S Ex. KKKK | (9/20/06) | X | | Affidavit of Vincent Mesolella |
| | U. Ex. SSSSSS | | X | | Duty Information Sheets dated 6/24/98 and 3/13/97 |
| | U. Ex. XXXXXX | 9/20/06 | X | FULL | Message from Senator John Celona dated 12/5/03 |
| | U. Ex. (15) K | | X | | 2000 Calendar for John Celona |
| | U. Ex. (15) J | | X | | 1999 Calendar for John Celona |
| | U.Ex. (15) I | | X | | 1998 Calendar for John Celona |
| | | 9/20/06 | | | W-8 James McGuirk |
| 81 | | 9/20/06 | X | FULL | Marketing Associate for Senior Affairs |
| 84 | | 9/20/06 | X | FULL | Consulting Responsibilities |
| 86 | | 9/20/06 | | FULL | 10/22/97 Fax from J. McGuirk to F. Driscoll w/Version 2 of Consulting Agreement |
| 88 | | 9/21/06 | | FULL | 10/29/97 Fax from J. McGuirk to F. Driscoll w/Version 2 of Consulting Agreement |
| 89 | | 9/21/06 | | FULL | 11/3/97 Fax from J. McGuirk to F. Driscoll w/Version 2 of Consulting Agreement |
| 90 | | 9/21/06 | | FULL | 11/3/97 Fax from J. McGuirk to F. Driscoll w/Version 2 of Consulting Agreement |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America V. Robert Urciuoli, et al.

CASE NUMBER: CR06-02T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 91 | | 9/21/06 | | FULL | Version 3 of Consulting Agreement |
| 92 | | 9/21/06 | | FULL | Version 4 of Consulting Agreement |
| 112 | | 9/21/06 | | FULL | 12/23/97 Fax from F. Driscoll to J. McGuirk |
| 114 | | 9/21/06 | | FULL | 12/23/97 Fax from J. McGuirk to F. Driscoll |
| 109 | | 9/21/06 | | FULL | 12/1/97 Fax from RWMC to J. McGuirk |
| 117 | | 9/21/06 | | FULL | 1/7/98 Fax from F. Driscoll to P. Sangermano |
| 176 | | 9/21/06 | | FULL | 6/17/98 Letter from R. Urciuoli to P. Sangermano |
| 143 | | 9/21/06 | | FULL | 3/26/98 Fax from J. McGuirk to F. Driscoll |
| 560 | | 9/21/06 | | FULL | 8/28/97 Minutes of RWMC Board of Trustees |
| 97 | | 9/21/06 | | FULL | 11/4/97 RWMC Board of Trustees Minutes |
| 107 | | 9/21/06 | | FULL | 12/4/97 RWMC Board of Trustees Meeting Minutes |
| 265 | | 9/21/06 | | FULL | 2/17/99 Note from F. Driscoll to J. McGuirk |
| 82 | | | X | | 10/15/97 Fax from RWMC to J. McGuirk |
| | U Ex. XXXXX | 9/21/06 | X | FULL | Draft of Letter to Sangermano from Urciuoli undated |
| 1<br>164 | | 9/21/06<br>9/21/06 | X(164) | FULL<br>FULL | Information, CR05-80T<br>4/27/98 Letter from James McGuirk to John Celona |
| | D. Ex. WWWWW | 9/21/06 | X | FULL | Affiliation Agreement |
| | D. Ex. UUUUU | | X | | 5/6/98 Invoice from Edwards & Angell to RW Realty |
| 160 | | 9/21/06 | | FULL | 4/17/98 Letter from J. McGuirk to J. Celona |
| 161 | | 9/21/06 | | FULL | 4/21/98 Minutes of Ethics Commission Meeting |
| | | 9/25/06 | | | W-9 Richard Gamache |
| | U Ex. (15) T | | X | | Email RWMC 013957-013958 |
| | | 9/25/06 | | | W-10 Dean E. Martins |
| | | 9/25/06 | | | W-9 Richard Gamache |
| | | 9/25/06 | | | W-11 Robert Budway |
| | S Ex. FFF | 9/25/06 | X | FULL | 4/27/99 Memo from R. Budway to P. Sangermano |
| | S Ex. EEE | 9/25/06 | X | FULL | 3/29/99 Memo from R. Budway to D. Barricelli |
| | S Ex. NNN | 9/25/06 | X | | 6/25/99 Fax from R. Budway to D. Kerins |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America V. Robert Urciuoli, et al.

CASE NUMBER: CR06-02T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | S Ex. 0001 | | X | | 6/29/99 Fax from D. Kerins to R. Budway |
| | S Ex. (5) G | | X | | Undated Fax from D. Kerins to R. Budway |
| | S Ex. (5) F | 9/25/06 | X | FULL | 7/13/99 Letter from D. Kerins to RI Secretary of State |
| | S Ex. (5) E | 9/25/06 | X | FULL | 9/24/99 Certificate of Need Submitted by Robert Budway. |
| | | 9/25/06 | | | W-12 Christopher Reilly |
| | D Ex. (5) X | 9/25/06 | X | FULL | 2/11/99 Memo from J. Celona to Christopher Reilly |
| | D Ex. (5) Y | 9/25/06 | | FULL | 2/2/99 Memo from J. Celona to F. Driscoll |
| | | 9/25/06 | | | W-13 Domenic DeCristofano |
| 475 | | 9/25/06 | X | FULL | 2/7/01 Email from D. DeCristofano to R. Urciuoli |
| | | 9/25/06 | | | W-14 Kimberly O'Connell |
| 371 | | 9/25/06 | X | FULL | 2/29/00 Expense Report for F. Driscoll |
| 382 | | 9/25/06 | X | FULL | 4/6/00 Letter from F. Driscoll to R. Urciuoli |
| 572A | | 9/25/06 | X | FULL | RWMC Employee Status Form |
| | U Ex. (15) X | 9/26/06 | X | FULL | Minutes of 8/28/03 Executive Committee of the Board of Trustees for RW Hospital |
| | U Ex. (6) D | 9/26/06 | X | | Notes from Kim O'Connell undated |
| | D Ex. (5) F | 9/26/06 | X | FULL | 10/26/98 Memo w/attached report from Driscoll to Cummings, Urciuoli & Buonanno |
| | D Ex. (5) G | 9/26/06 | X | FULL | Public Relations and Development Report to RWMC Board for 4/27/00 meeting |
| | D Ex. (5) H | 9/26/06 | X | FULL | Public Relations and Development Report to RWMC Board for 2/24/00 meeting |
| | D Ex. (5) I | 9/26/06 | X | FULL | Institutional Advancement Division/Public Relations & Development FY99 Report for 12/2/99 Annual Meeting of RWMC Board of Trustees |
| | D Ex. (5) J | 9/26/06 | X | FULL | Public Relations and Development Report to RWMC Board for 9/30/99 meeting |
| | D Ex. (5) K | 9/26/06 | X | FULL | Public Relations and Development Report to RWMC Board for 4/29/99 meeting |
| | D Ex. (5) L | 9/26/06 | X | FULL | Public Relations and Development Report to RWMC Board for 2/5/99 meeting |
| | D Ex. (5) M | 9/26/06 | X | FULL | 10/27/98 Memo to Public Relations and Development Committee Members from Driscoll |
| | D Ex. (5) O | 9/26/06 | X | FULL | Public Relations and Development Report to RWMC Board for 6/25/98-8/14/ 98 meeting |
| | D Ex. (5) P | 9/26/06 | X | FULL | Public Relations and Development Report to RWMC Board for 4/23/98-6/17/98 meeting |
| | D Ex. (5) Q | 9/26/06 | X | FULL | Public Relations and Development Report to RWMC Board for 2/13/98-4/23/98 meeting |
| | D Ex. (5) R | 9/26/06 | X | FULL | Public Relations and Development Report to RWMC Board for 12/5/97-2/12/98 meeting |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America V. Robert Urciuoli, et al.

CASE NUMBER: CR06-02T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | D Ex. (5) S | 9/26/06 | X | FULL | Public Relations and Development Report to RWMC Board for 10/17/97-11/20/97 meeting |
| | D Ex. (5) T | 9/26/06 | X | FULL | Public Relations and Development Report to RWMC Board for 8/29/97-10/17/97 meeting |
| 343 | | 9/26/06 | | FULL | 11/26/99 Statement from J. Celona to L. Gadoury |
| 350 | | 9/26/06 | | FULL | 12/24/99 Letter from L. Gadoury to T. Slowey |
| 352 | | 9/26/06 | | FULL | 1/5/00 RW Hospital Operating Fund Check |
| 353 | | 9/26/06 | | FULL | 1/5/00 RW Hospital Operating Fund |
| 357 | | 9/26/06 | | FULL | 2/4/00 Letter from L. Gadoury to T. Slowey |
| 393 | | 9/26/06 | | FULL | 5/22/00 Letter from L. Gadoury to T. Slowey |
| 394 | | 9/26/06 | | FULL | 5/31/00 RW Hospital Operating Fund Account Check #96004 |
| 399 | | 9/26/06 | | FULL | 6/6/00 Village Check Request for $2,800.00 |
| 402 | | 9/26/06 | | FULL | 6/19/00 Letter from L. Gadoury to T. Slowey |
| 408 | | 9/26/06 | | FULL | 7/19/00 Lettter from L. Gadoury to T. Slowey |
| 414 | | 9/26/06 | | FULL | 9/18/00 Letter from L. Gadoury to T. Slowey |
| 423 | | 9/26/06 | | FULL | 11/6/00 Letter from L. Gadoury to T. Slowey |
| 429 | | 9/26/06 | | FULL | 1/9/01 Village Check Request Form |
| 431 | | 9/26/06 | | FULL | 2/1/01 Village Check Request Form |
| 440 | | 9/26/06 | | FULL | 4/24/01 Village at Elmhurst Check Request |
| 443 | | 9/26/06 | | FULL | 5/31/01 Village at Elmhurst Check Request |
| 581 | | 9/26/06 | | FULL | 11/25/02 Check Request Documents |
| 582 | | 9/26/06 | | FULL | 10/24/02 Check Request Documents |
| 583 | | 9/26/06 | | FULL | 12/23/02 Check Request Documents |
| 584 | | 9/26/06 | | FULL | 1/8/04 Check Request Documents |
| 585 | | 9/26/06 | | FULL | 1/28/03 Check Request Documents |
| 586 | | 9/26/06 | | FULL | 2/24/03 Check Request Documents |
| 587 | | 9/26/06 | | FULL | 3/24/03 Check Request Documents |
| 588 | | 9/26/06 | | FULL | 4/25/03 Check Request Documents |
| 589 | | 9/26/06 | | FULL | 5/27/03 Check Request Documents |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America V. Robert Urciuoli, et al.

CASE NUMBER: CR06-02T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 590 | | 9/26/06 | | FULL | 6/20/03 Check Request Documents |
| 591 | | 9/26/06 | | FULL | 7/23/03 Check Request Documents |
| 592 | | 9/26/06 | | FULL | 9/22/03 Check Request Documents |
| 593 | | 9/26/06 | | FULL | 10/23/03 Check Request Documents |
| 594 | | 9/26/06 | | FULL | 11/24/03 Check Request Documents |
| 595 | | 9/26/06 | | FULL | Village at Elmhurst Certification of Business Records |
| 596 | | 9/26/06 | | FULL | Village at Elmhurst Certification of Business Records |
| | | 9/26/06 | | | W-15 Mary Ellen Goodwin |
| | | 9/26/06 | | | W-16 Joanne Giannini |
| 578A | | 9/26/06 | X | FULL | 1999H - 5086 An Act Relating to Cities and Towns |
| | | 9/26/06 | | | W-17 John D. Barr |
| | | 9/26/06 | | | W-18 Ronald Battista |
| 572 | | 9/26/06 | X | FULL | 1/29/03 Letter from R. Battista to R. Urciuoli |
| 573 | | 9/27/06 | | FULL | 6/20/03 Letter from R. Battista to R. Urciuoli/copy to L. Urbani, R. Maiorisi, T. Boyd & A. Mannochia, MD |
| 574 | | 9/27/06 | | FULL | 7/14/03 Letter from R. Maiorisi to R. Urciuoli/copy to J. Schibler, R. Battista and L. Urbani |
| 575 | | 9/27/06 | | FULL | 7/17/03 Letter from R. Maiorisi to R. Urciuoli/copy to J. Schibler, R. Battista and L. Urbani |
| | U.Ex. (5) C | | X | | Letter to R. Urciuoli from R. Maiorisi regarding reimbursement checks dated 12/23/02 |
| | U.Ex. (15) W | 9/27/06 | X | FULL | Roger Williams Hospital Financial Analysis - Findings, Results & Conclusion |
| | | 9/27/06 | | | W-17 John D. Barr |
| | U Ex. (15) Y | 9/27/06 | X | FULL | 2001-2002 RI Government Owner's Manual |
| 529 | | 9/27/06 | | FULL | 10/28/03 Minutes of Roger Williams Hospital Finance Committee Meeting |
| 580 | | 9/27/06 | | FULL | 6/24/03 Minutes of Roger Williams Hospital Finance Committee Meeting |
| | | 9/27/06 | | | W-19 Kelly Sheridan |
| | U. Ex. AAAA | 9/28/06 | X | FULL | Providence Journal Article from Fitzpatrick, Gregg, Sabar - John Celona Works @ Village dated 1/9/01 |
| | | 9/27/06 | | | W-20 Vincent Mesolella |
| | | 9/27/06 | | | W-21 Steven Rosenbaum |
| | | | | | |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America V. Robert Urciuoli, et al.

CASE NUMBER: CR06-02T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 9/28/06 | | | W-22 Jennifer Deluca |
| | S Ex. (5) H | 9/28/06 | X | FULL | Monthly Marketing Plan - September 1998 |
| 216 | | 9/28/06 | | FULL | 9/22/98 Memo from John Celona to Frances Driscoll |
| | S Ex. (5) I | 9/28/06 | X | FULL | Monthly Marketing Plan - September 1998 |
| | S Ex. (5) J | 9/28/06 | X | FULL | 2/26/99 Invitation to Dinner and Silent Auction to Benefit Amos House |
| | S Ex. (5) K | 9/28/06 | X | FULL | Monthly Marketing Plan - March 1999 |
| | S Ex. (5) L | 9/28/06 | X | FULL | Monthly Marketing Plan - July 1999 |
| 318 | | 9/28/06 | | FULL | 7/16/99 Memo from John Celona to Francis Driscoll |
| | S Ex. (5) M | 9/28/06 | X | FULL | Monthly Marketing Plan - March 2000 |
| | S Ex. (5) N | 9/28/06 | X | FULL | 3/2/00 Fax from J. Celona to F. Driscoll |
| | S Ex. (5) O | 9/28/06 | X | FULL | Monthly Marketing Plan - April 2000 |
| | S Ex. (5) Q | 9/28/06 | X | FULL | Monthly Marketing Plan - May 2000 |
| | S Ex. NN | 9/28/06 | X | FULL | 8/18/00 Memo from J. Deluca to J. Celona |
| | S Ex. (5) S | 9/28/06 | X | FULL | Monthly Marketing Plan - January 2001 |
| | S Ex. OO1 | 9/28/06 | X | FULL | 12/11/01 Fax from J. Deluca to J. Celona |
| | S Ex. (5) T | 9/28/06 | X | FULL | Village Community Outreach Profile - Calls 1/22/01 |
| | S Ex. (5) U | 9/28/06 | X | FULL | 1/31/01 Ground breaking Invitation |
| | S Ex. PP | 9/28/06 | X | FULL | 2/23/01 Article form New England Real Estate Journal |
| | S Ex. (5) V | 9/28/06 | X | FULL | Monthly Marketing Plan - March 2001 |
| | S Ex. QQ | 9/28/06 | X | FULL | 3/20/01 Memo from J. Deluca to J. Celona |
| | S Ex. RR | 9/28/06 | X | FULL | 3/20/01 Memo from J. Deluca to J. Celona |
| | S Ex. (5) W | 9/28/06 | X | FULL | Monthly Marketing Plan - May 2001 |
| | S Ex. (5) X | 9/28/06 | X | FULL | Community Outreach Profile - Events 5/3/01 |
| | S Ex. (5) Y | 9/28/06 | X | FULL | Monthly Marketing Plan - June 2001 |
| | S Ex. (5) Z | 9/28/06 | X | FULL | Community Outreach Profile - Events 6/12/01 |
| | S Ex. (6) A | 9/28/06 | X | FULL | 6/2/01 Invitation to Pizza Wars at Village at Elmhurst |
| | S Ex. TT | 9/28/06 | X | FULL | 9/5/01 Memo from J. Deluca to J. Celona |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America V. Robert Urciuoli, et al.

CASE NUMBER: CR06-02T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | S Ex. (6) B | 9/28/06 | X | FULL | Monthly Marketing Plan - June 2002 |
| | S Ex. (6) C | 9/28/06 | X | FULL | 6/26/02 Emails between J. Deluca, M. Natale and D. Barricelli |
| | S Ex. (6) E | 9/28/06 | X | FULL | Community Outreach Profile - Calls 6/11/02 |
| | S Ex. (6) F | 9/28/06 | X | FULL | Invitation to Grand Opening of Courtyard at Village @ Elmhurst |
| | S Ex. (6) H | 9/28/06 | X | FULL | Monthly Marketing Plan - February 2003 |
| | S Ex. (6) I | 9/28/06 | X | FULL | 2/11/03 Emails between J. Celona and J. Deluca |
| | S Ex. (6) J | 9/28/06 | X | FULL | Emails between J. Deluca to J. Celona |
| | S Ex. (6) K | 9/28/06 | X | FULL | Village Retirement Communities Sales and Marketing Overview, September to December 2003 |
| | S Ex. (6) L | 9/28/06 | X | FULL | 10/25/03 Invitation to Amos House Dinner and Silent Auction |
| | S Ex. (6) N | 9/28/06 | X | FULL | Community Outreach Leads 1998-2004 - Leads from J. Celona |
| | S Ex. (6) O | 9/28/06 | X | FULL | Leads from J. Celona |
| | S Ex. (6) P | 9/28/06 | X | FULL | Graphs - Village Retirement Communities |
| 135 | | 9/28/06 | | FULL | 3/13/98 Memo from J. Celona to F. Driscoll |
| 179 | | 9/28/06 | | FULL | 6/23/98 Memo from J. Celona to F. Driscoll |
| 197 | | 9/28/06 | | FULL | 7/16/98 Memo from J. Celona to F. Driscoll |
| 209 | | 9/28/06 | | FULL | 8/28/98 Memo from J. Celona to F. Driscoll |
| 217 | | 9/28/06 | | FULL | 9/25/98 Memo from J. Celona to F. Driscoll |
| 269 | | 9/28/06 | | FULL | 2/22/99 Memo from J. Celona to F. Driscoll |
| | U Ex. (8) A | 9/28/06 | | FULL | 4/6/98 Presentation to Centredale Manor Agenda |
| | U Ex. (8) F | 9/28/06 | | FULL | 7/2/98 John Celona memo to F. Driscoll regarding Report of Activities - Village at Elmhurst Musical Concert, Mancini Center, RWMC and Centredale Manor |
| | U Ex. (8) G | 9/28/06 | | FULL | 9/4/98 Visits Centredale Manor (RWMC 001032-001033) |
| | U Ex. (8) I | 9/28/06 | | FULL | 2/1/99 John Celona memo to F. Driscoll regarding Village at Elmhurst |
| | U Ex. (8) M | 9/28/06 | | FULL | 2/19/99 J. Celona memo to F. Driscoll regarding cable television program, Village at Elmhurst and RWMC |
| | U Ex. (8) N | 9/28/06 | | FULL | 2/22/99 John Celona memo to F. Driscoll regarding Brook Village physician home visit presentation and free BP screening by RWMC |
| | U Ex. (8) U | 9/28/06 | | FULL | 7/1/99 J. Celona memo to F. Driscoll regaridng RI Senior Olympics at RI college |
| | U Ex. (8) V | 9/28/06 | | FULL | 7/16/99 Memo to Frances Driscoll regarding activities at the Village at Elmhurst - 2nd Annual Summer Barbeque |
| | | | | | |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America V. Robert Urciuoli, et al.

CASE NUMBER: CR06-02T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | U Ex. (15) H | 9/28/06 | | FULL | 6/23/98 Memo from J. Celona to F. Driscoll |
| | | 9/28/06 | | | W-23 Diane Sangermano |
| | | 9/28/06 | | | W-14 Kimberly O'Connell |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |