UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 06-02- ML |
| | : | |
| ROBERT A. URCIUOLI and | : | |
| FRANCES P. DRISCOLL | : | |

**DEFENDANT ROBERT A. URCIUOLI'S MOTION FOR LEAVE TO TRAVEL**

Now comes the Defendant, Robert Urciuoli, and respectfully requests that this Honorable Court permit him to travel throughout the contiguous forty-eight (48) states.

In support of his motion, the Defendant states:

1. The First Circuit Court of Appeals has overturned Mr. Urciuoli's conviction. Therefore, he is now presumed innocent.

2. At present, Mr. Urciuoli is restricted to travel between Rhode Island, Massachusetts, and Florida.

3. Mr. Urciuoli has several personal events, such as weddings, that he would like to attend over the next several months. These events are scheduled to take place outside of Rhode Island, Massachusetts, and Florida.

4. Mr. Urciuoli is currently unemployed and actively seeking employment. He would prefer not to have to limit his employment search to Rhode Island, Massachusetts, and Florida.

5. Mr. Urciuoli will soon be filing a Motion to Dismiss the Indictment based on the Government's interference with the obligation of Mr. Urciuoli's former employer, Roger Williams Medical Center, to indemnify him for his legal fees. In the event that such motion is

successful, Mr. Urciuoli intends to bolster his defense team which will likely require travel outside of Rhode Island, Massachusetts, or Florida.

6. Mr. Urciuoli has been subject to pre-trial and post-trial release conditions for more than two years now. During that period, Mr. Urciuoli has been permitted by the Court to travel to California and New York, in addition to Rhode Island, Massachusetts, and Florida. Never once has Mr. Urciuoli violated a term of his release.

7. Mr. Urciuoli does not pose a risk of harm, nor is he a flight risk.

The Government has refused to assent to the relief requested.

Wherefore, Mr. Urciuoli requests that his conditions of pre-trial release be modified so as to permit travel within the contiguous forty-eight (48) states.

Respectfully submitted,
By his attorney,

/s/ Kristie M. Passalacqua
Kristie M. Passalacqua (R.I. Bar No. 6945)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

Dated: March 17, 2008

**CERTIFICATION**

I hereby certify that on March 17, 2008, a copy of the foregoing Motion For Leave to Travel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kristie M. Passalacqua