UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 06-02- ML |
| | : | |
| ROBERT A. URCIUOLI and | : | |
| FRANCES P. DRISCOLL | : | |

**DEFENDANT'S MOTION REQUESTING AN ORDER THAT THE CLERK OF COURT REFUND FINE MONIES PAID BY DEFENDANT ROBERT A. URCIUOLI**

Now comes the Defendant, Robert Urciuoli, and respectfully requests that this Honorable Court enter an Order requesting that the Clerk of Court refund the fine monies paid by the Defendant in February and March of 2007. The Government has reviewed this Motion and does not object to the relief requested by Defendant Urciuoli. In support of his motion, the Defendant states as follows:

1. The First Circuit Court of Appeals has overturned Mr. Urciuoli's conviction. Therefore, he is now presumed innocent.

2. In connection with Mr. Urciuoli's conviction back in 2006, he paid the sum of $30,517.25 to the United States, through payments to the Clerk of Court, between February 12, 2007 and March 5, 2007. A copy of the Judgment is attached at Exhibit A. A copy of the Payee Report is attached at Exhibit B. A copy of the Satisfaction of Judgment is attached at Exhibit C.

3. Due to the fact that Mr. Urciuoli's conviction has been vacated and he is no longer convicted, the fine and special assessment monies paid by Mr. Urciuoli should be returned. United States v. Sheehan, 874 F.Supp. 31, 34 (D. Mass., 1994).

4. Defense counsel has conferred with the Government and the Government has no objection to the relief requested herein.

WHEREFORE, the Defendant respectfully requests that this Honorable Court enter an Order requesting that the Clerk of Court refund the fine and special assessment monies paid by Defendant Urciuoli totaling $30,517.25, by means of a check issued and made payable to "Robert A. Urciuoli."

Respectfully submitted,
By his attorney,

/s/ Kristie M. Passalacqua
Kristie M. Passalacqua (R.I. Bar No. 6945)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

Dated: April 25, 2008

**CERTIFICATION**

I hereby certify that on April 25, 2008, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kristie M. Passalacqua