# EXHIBIT B

# Payee Report

1/1/2007 through 3/12/2008

3/12/2008 Page 1

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|---|---|---|---|---|---|---|---|
| 2/12/2007 | 2008 CHECKI... | 289 | UNITED STA... | CR06-0002-... | FINE | R | -20,000.00 |
| 2/12/2007 | 2008 CHECKI... | 290 | UNITED STA... | CR06-0002-... | FINE | R | 3,600.00 |
| 3/5/2007 | 2008 CHECKI... | 303 | UNITED STA... | CR06-0002-... | FINE | R | -6,917.25 |
| **1/1/2007 - 3/12/2008** | | | | | | | -30,517.25 |

| | |
|---|---|
| **TOTAL INFLOWS** | **0.00** |
| **TOTAL OUTFLOWS** | -30,517.25 |
| **NET TOTAL** | -30,517.25 |