UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : Cr. No. 06-02- ML
:
ROBERT A. URCIUOLI and :
FRANCES P. DRISCOLL :

**DEFENDANT'S MOTION REQUESTING AN ORDER THAT THE CLERK OF COURT REFUND THE INTEREST ON THE FINE MONIES PAID BY DEFENDANT ROBERT A. URCIUOLI**

Now comes the Defendant, Robert Urciuoli, and respectfully requests that this Honorable Court enter an Order requesting that the Clerk of Court refund the interest that would have accrued on the fine monies he paid in February and March of 2007.

In support of his motion, the Defendant states as follows:

1. In connection with Mr. Urciuoli's conviction back in 2006, he paid the sum of $30,517.25 to the United States, through payments to the Clerk of Court, between February 12, 2007 and March 5, 2007.

2. The United States has remained in possession of this $30,517.25 for the last fourteen (14) months.

3. On Monday, April 28, 2008, this Court granted Mr. Urciuoli's motion requesting the return of the fine and special assessment monies he paid.

WHEREFORE, the Defendant now respectfully requests that this Honorable Court enter an Order requesting that the Clerk of Court also refund the interest, calculated using the rate used to determine post-judgment interest, that would have accrued on the $30,517.25 paid by Mr. Urciuoli from the dates he paid the fines up to the date the money is returned to him.

Respectfully submitted,
By his attorney,

/s/ Kristie M. Passalacqua
Kristie M. Passalacqua (R.I. Bar No. 6945)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

Dated: April 29, 2008

**CERTIFICATION**

I hereby certify that on April 29, 2008, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kristie M. Passalacqua