UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : Cr. No. 06-02- ML
:
ROBERT A. URCIUOLI and : ***EXPEDITED RELIEF REQUESTED***
FRANCES P. DRISCOLL :

**DEFENDANTS' *UNOPPOSED* MOTION FOR BRIEF EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS**

Defendants Robert A. Urciuoli ("Urciuoli") and Frances P. Driscoll ("Driscoll") (collectively, the "Defendants") respectfully move this Court for a brief extension of time -- up to and including May 14, 2008 -- to file their pre-trial motions in this matter and, accordingly, to extend the Government's deadline for responding to the same by one week -- up to and including June 4, 2008. In support of this motion, the Defendants state as follows:

1. The Court has ordered the Defendants to file their pre-trial motions on or before May 7, 2008.

2. Urciuoli's counsel has had a series of unanticipated work-related obligations that have interfered with counsel's efforts to complete all necessary pre-trial motions.

3. The Government will not be prejudiced by the brief extension because trial in this matter has not been scheduled and is not expected to occur until late Fall / early Winter of 2008. It is also counsel's understanding that the Court will be involved in a jury trial that is expected to commence on May 12, 2008, and to continue for four to six weeks. Accordingly, the requested delay would not impact the scheduling of a hearing on the motions.

4. Accordingly, the Defendants respectfully request a brief extension of time -- up to and including May 14, 2008 -- to file their pre-trial motions. The Defendants further request that the Government's time to respond to the motions be extended by one week to June 4, 2008.

5. The Government, through Assistant U.S. Attorney Luis Matos, has indicated that it does not oppose the requested relief.

WHEREFORE, Defendants Robert A. Urciuoli and Frances P. Driscoll respectfully request that the Court extend their deadline for filing pre-trial motions to May 14, 2008 and, accordingly, extend the Government's deadline for responding to the same to June 4, 2008.

DATED: May 6, 2008

Respectfully submitted,

ROBERT A. URCIUOLI

By his Attorneys,

/s/ Kristie M. Passalacqua
Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600

Michael J. Connolly (MA BBO # 638811)
*Pro Hac Vice Counsel*
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000
(617) 345-9020

FRANCES P. DRISCOLL

By her attorneys,

/s/ John A. MacFadyen
John A. MacFadyen, III
MacFadyen, Gescheidt & O'Brien
The Owen Building
101 Dyer Street
Providence, RI 02903
(401) 751-5090
Fax: (401) 751-5096
Email: jam@ridefense.com

/s/ Kevin J. Bristow
Kevin J. Bristow, Bar No. 3894
505 Turks Head Building
Providence, RI 02903
(401) 521-2800
Fax: (401) 521-2812
Email: KJBristowlaw@verizon.net

**CERTIFICATION**

I hereby certify that on May 6th, 2008, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kristie M. Passalacqua