UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 06-02- ML |
| | : | |
| ROBERT A. URCIUOLI and | : | |
| FRANCES P. DRISCOLL | : | |

**ROBERT A. URCIUOLI'S MOTION *IN LIMINE***
**FOR LIMITING INSTRUCTIONS REGARDING RESCUE RUNS**

NOW COMES Defendant Robert Urciuoli ("Urciuoli") and respectfully moves this Court to instruct the jury -- both at the beginning of the trial and at the close of evidence -- that evidence of former Senator John Celona's ("Celona's") efforts to increase rescue runs to Roger Williams Hospital ("RWH") cannot, as a matter of law, serve as the basis for an honest services mail fraud conviction. In support of this motion, Urciuoli relies on his accompanying Memorandum of Law, which is filed herewith and incorporated herein by reference.

WHEREFORE, Defendant Robert A. Urciuoli respectfully requests that this Court instruct the jury -- both at the beginning of the trial and at the close of evidence -- that Celona's efforts to increase rescue runs to Roger Williams Hospital cannot, as a matter of law, serve as the basis for an honest services fraud violation.

Respectfully submitted,

ROBERT A. URCIUOLI

By his attorneys,

/s/ Kristie M. Passalacqua
Kristie M. Passalacqua (R.I. Bar No. 6945)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

Dated: May 13, 2008

**CERTIFICATION**

I hereby certify that on May 13, 2008, a copy of the foregoing Motion *In Limine* For Limiting Instruction Regarding Rescue Runs was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kristie M. Passalacqua

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : Cr. No. 06-02- ML
:
ROBERT A. URCIUOLI and :
FRANCES P. DRISCOLL :

**MEMORANDUM OF LAW IN SUPPORT OF ROBERT A. URCIUOLI'S MOTION *IN LIMINE* FOR LIMITING INSTRUCTIONS REGARDING RESCUE RUNS**

Defendant Robert A. Urciuoli ("Urciuoli") respectfully submits this Memorandum of Law in support of his Motion *in Limine* For Limiting Instructions Regarding Rescue Runs.

1. Urciuoli respectfully moves this Court to instruct the jury -- both at the beginning of the trial and at the close of evidence -- that evidence of former Senator John Celona's ("Celona's") efforts to increase rescue runs to Roger Williams Hospital ("RWH") cannot, as a matter of law, serve as the basis for an honest services mail fraud conviction.

2. On October 13, 2006, Urciuoli was convicted of conspiracy to commit honest services mail fraud and mail fraud in violation of 18 U.S.C. §§ 371, 1341 and 1346. United States v. Urciuoli et al., 513 F.3d 290, 293 (1st Cir. 2008).

3. At trial, the Government offered evidence that Celona contacted mayors and other local officials urging them to comply with Rhode Island law governing patient entitlement to be taken by ambulance to the hospital of the patient's choice. Id. at 294.

4. At the close of evidence, the Court instructed the jury as follows:

> The honest services that an elected official owes to citizens is not limited to the official's formal votes on legislation. It includes the official's behind-the-scenes activities and influence in the legislation, and it also includes other actions that the official takes in an official capacity, not what he does as a private individual but what he does under the

cloak of his office.

Id. at 295.

5. The First Circuit found that this instruction was overbroad insofar as it licensed the jury to consider Celona's rescue run advocacy as a deprivation of honest services. Id. at 297.

6. In so determining, the First Circuit noted that "urging local officials to obey state law is not easily described as a deprivation of honest services, actually or potentially harmful to the citizens of Rhode Island." Id. at 295.

7. While Rhode Island statutory law prohibits government officials from accepting outside employment impairing "independence of judgment," id. at 295; citing R.I. Gen. Laws §36-14-5 (1997), this law does not restrict legislators from private employment involving contact with courts or agencies. Id.

8. In other words, under Rhode Island law, it was permissible for Celona, a part-time legislator, to accept payment from RWH to advocate with local officials in his private capacity as a citizen. Id. at 295 ("We think the rescue run lobbying of mayors was not a crime even if the facts are taken most favorably to the government.")

9. The First Circuit concluded that a new trial was necessary because the "cloak of office" instruction improperly permitted the jury to convict Urciuoli for honest services fraud based on these very actions -- actions that are not illegal and cannot, as a matter of law, constitute a deprivation of honest services. Id. at 297.

10. In connection with the upcoming trial in this matter, the Government has indicated that it, again, plans to offer evidence of Celona's efforts to increase rescue runs to RWMC.

11. As a result, there again exists a real danger that the jury will improperly view

Celona's rescue run activities as conduct that may constitute a deprivation of honest services.

12. Accordingly, the jury should be clearly instructed that it is not permissible for it to consider Celona's efforts to increase rescue runs to RWH as conduct which may form the basis of an honest services fraud violation. The jury should further be instructed, at the commencement as well as the close of trial, that Rhode Island statutory law permits legislators to be paid to provide services such as the rescue run advocacy then-Senator Celona provided for RWH.

In light of the foregoing, Defendant Robert A. Urciuoli respectfully requests that this Court instruct the jury -- both at the beginning of the trial and at the close of evidence -- that evidence of former Senator John Celona's efforts to increase rescue runs to Roger Williams Hospital cannot, as a matter of law, serve as the basis for an honest services mail fraud conviction.

Respectfully submitted,

ROBERT A. URCIUOLI

By his attorneys,

/s/ Kristie M. Passalacqua
Kristie M. Passalacqua (R.I. Bar No. 6945)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

Dated: May 13, 2008

**CERTIFICATION**

I hereby certify that on May 13, 2008, a copy of the foregoing Memorandum of Law in Support of Robert A. Urciuoli's Motion *In Limine* For Limiting Instruction Regarding Rescue Runs was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kristie M. Passalacqua