# EXHIBIT D

UNANIMOUS CONSENT OF THE
BOARD OF TRUSTEES OF
ROGER WILLIAMS MEDICAL CENTER

The undersigned, constituting the Board of Trustees of Roger Williams Medical Center (the "Medical Center") of the Rhode Island General Laws and Article XII of the By-laws of the Roger Williams Medical Center take the following action by unanimous consent:

1. The Board of Trustees has reviewed the Deferred Prosecution Agreement (the "Agreement") in the form attached to this consent and is familiar with its terms and requirements;

2. The Medical Center accepts responsibility as set forth in paragraphs 2 – 6 of the Agreement;

3. The Medical Center agrees to cooperate as set forth in paragraphs 7 – 9 of the Agreement;

4. The Medical Center agrees to provide or an affiliated entity, Roger Williams Hospital, will provide, subject to the hardship provisions of Section 13, the free and uncompensated care set forth in paragraphs 12 – 15 of the Agreement.

5. The Medical Center agrees to revise its current corporate compliance program as set forth in paragraphs 16 – 20 of the Agreement;

6. The Medical Center agrees to institute the monitoring program as set forth in paragraphs 21 – 31 of the Agreement.

7. The Medical Center acknowledges the terms and conditions of the Deferral of Prosecution set forth in paragraphs 32 – 36 of the Agreement;

8. The Medical Center acknowledges the terms and conditions of the Agreement with respect to public statements, the discretion of the U. S. Attorney, Federal Health care implications and the remainder of the Agreement contained in paragraphs 37 – 44 of the Agreement; and

9. The Chairman of the Medical Center is authorized to accept, execute and deliver the Agreement.

This Unanimous Consent is adopted as of the 26th day of January, 2006.

Edward A. Hjerpe, III

Edwin J. Santos

Kenneth H. Belcher

PRV_757871_1/MCOURK

EXHIBIT B

**Resolutions of the Board of Trustees of Roger Williams Hospital**
**Held January 26, 2006**

1. The Board of Trustees (the "Board") has reviewed the Deferred Prosecution Agreement (the "Agreement") proposed to be entered into between the Roger Williams Medical Center (the "Medical Center") and the United States Attorney's Office.

2. The Board is aware of the requirements of the Agreement and agrees to cooperate fully with the Medical Center in assisting the Medical Center in discharging its obligations under the Agreement.

3. The Board specifically agrees to provide the free and uncompensated care as outlined in Paragraphs 12-15 of the Agreement, subject to the hardship provisions of Paragraph 13 of the Agreement.

4. The Board agrees to assist the Medical Center with respect to its Ethics Compliance Program and the Monitor engaged by the Medical Center to ensure compliance.

5. The Board acknowledges that it has been briefed on Paragraph 37 of the Agreement with respect to public statements and appreciates the importance of adherence to these provisions since a breach by a member of this Board might be construed as a breach of the Agreement by the Medical Center.

6. The Board authorizes the President and Senior Management of Roger Williams Hospital to take any and all actions necessary to effect the foregoing resolutions.

The foregoing resolutions were adopted unanimously by the Board of Trustees of Roger Williams Hospital at a meeting of the Board of Trustees at which a quorum was present on January 26, 2006.

James R. McGuirk

James R. McGuirk, Esq.
Secretary

January 26, 2006