**Document #280: "Declaration of Richard Licht", has been removed from the docket pursuant to Court Order dated June 13, 2008. SEE Document # 297.**