UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Cr. No. 06-02- ML |
| ROBERT A. URCIUOLI and FRANCES P. DRISCOLL : | |

**ROBERT A. URCIUOLI'S MOTION FOR**
**LEAVE TO FILE ADDITIONAL PRE-TRIAL MOTIONS**

NOW COMES Defendant Robert A. Urciuoli ("Urciuoli") and respectfully moves this Court for leave to file additional pre-trial motions, if necessary, at a future point in time. In support of this motion, Urciuoli relies on his accompanying Memorandum of Law, which is filed herewith and incorporated herein by reference. Urciuoli hereby requests oral argument in connection with this Motion.

WHEREFORE, Defendant Robert A. Urciuoli respectfully moves this Court for leave to file additional pre-trial motions, if necessary, at a future point in time.

Respectfully submitted,

ROBERT A. URCIUOLI

By his attorneys,

/s/ Kristie M. Passalacqua
Kristie M. Passalacqua (R.I. Bar No. 6945)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

Dated: May 14, 2008

#735915v1

**CERTIFICATION**

I hereby certify that on May 14, 2008, a copy of the foregoing Motion For Leave to File Additional Pre-Trial Motions was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kristie M. Passalacqua

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 06-02- ML |
| | : | |
| ROBERT A. URCIUOLI and | : | |
| FRANCES P. DRISCOLL | : | |

**MEMORANDUM OF LAW IN SUPPORT OF ROBERT A. URCIUOLI'S MOTION FOR LEAVE TO FILE ADDITIONAL PRE-TRIAL MOTIONS**

Defendant Robert A. Urciuoli ("Urciuoli") respectfully submits this Memorandum of Law in support of his Motion For Leave to File Additional Pre-trial Motions, if necessary, at a future point in time.

1. Urciuoli has filed a Motion to Dismiss the Indictment on the grounds that the Government has violated his Fifth and Sixth Amendment rights -- in particular, his right to counsel of his choice. As an alternative ground for relief, Urciuoli has requested that the Court stay the proceedings in order to allow Urciuoli to seek declaratory relief compelling Roger Williams Medical Center ("RWMC") to provide indemnification and advancement of fees to Urciuoli.

2. The requested relief could cause RWMC to resume its advancement of Urciuoli's legal fees. In the event this occurs, Urciuoli may choose to engage additional counsel who, in turn, may wish to present additional pre-trial motions to the Court.

3. Additionally, due to the nature of trial, motions in limine pertaining to evidentiary issues often do not become ripe, or the need for them does not become apparent, until shortly before the commencement of trial.

4. Accordingly, Urciuoli wishes to preserve the opportunity to present additional

pre-trial motions to the Court, if necessary.

In light of the foregoing, Defendant Robert A. Urciuoli respectfully requests that this Court grant him leave to file additional pretrial motions, if necessary, at a future point in time.

Respectfully submitted,

ROBERT A. URCIUOLI

By his attorneys,

/s/ Kristie M. Passalacqua
Kristie M. Passalacqua (R.I. Bar No. 6945)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

Dated: May 14, 2008

**CERTIFICATION**

I hereby certify that on May 14, 2008, a copy of the foregoing Memorandum of Law in Support of Robert A. Urciuoli's Motion For Leave to File Additional Pre-Trial Motions was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kristie M. Passalacqua