UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : Cr. No. 06-02- ML
:
ROBERT A. URCIUOLI and :
FRANCES P. DRISCOLL :

**ROBERT A. URCIUOLI'S MOTION *IN LIMINE* FOR PRELIMINARY INSTRUCTION OF THE JURY**

NOW COMES Defendant Robert A. Urciuoli ("Urciuoli") and respectfully moves *in limine* for a preliminary instruction of the jury delineating the following matters: (1) the distinctions under Rhode Island law between the responsibilities of a public official and the responsibilities of a private party who deals with the public official; (2) the distinctions under Rhode Island law between conflicts which bar a legislator from official activity in a certain area, R.I.G.L. §§ 36-14-5(a), 36-14-7(b), and those conflicts which allow continued official activity upon the filing of a notice under R.I.G.L. § 36-14-6; and (3) the distinctions between honest services mail fraud predicated on a quasi-bribery allegation and one predicated upon non-disclosure of a conflict of interest resulting in financial gain.

In support of this motion, Urciuoli hereby joins and fully adopts, as if set forth herein, Frances P. Driscoll's Motion *In Limine* For Preliminary Instruction of the Jury and accompanying Memorandum of Law, which were filed with this Court on May 7, 2008 (Docket #275). Accordingly, Urciuoli respectfully submits that no memorandum of law is necessary.

Respectfully submitted,

ROBERT A. URCIUOLI

By his attorneys,

/s/ Kristie M. Passalacqua
Kristie M. Passalacqua (R.I. Bar No. 6945)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

Dated: May 14, 2008

## CERTIFICATION

I hereby certify that on May 14, 2008, a copy of the foregoing Motion *In Limine* For Preliminary Instruction of the Jury was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kristie M. Passalacqua