UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : Cr. No. 06-02- ML
:
ROBERT A. URCIUOLI and :
FRANCES P. DRISCOLL :

**ROBERT A. URCIUOLI'S MOTION *IN LIMINE* TO PRECLUDE INTRODUCTION OF ANY TESTIMONY OF JOHN CELONA OR, IN THE ALTERNATIVE, FOR SPECIFICATION OF, AND PRECLUSION OF, CELONA TESTIMONY THAT THE GOVERNMENT HAS ADMITTED IS NOT CREDIBLE OR RELIABLE**

NOW COMES Defendant Robert A. Urciuoli ("Urciuoli") and respectfully moves *in limine* to preclude introduction of any testimony of John Celona or, in the alternative, for specification of, and preclusion of, Celona testimony that the Government has admitted is not credible or reliable.

In support of this motion, Urciuoli hereby joins and fully adopts, as if set forth herein, Frances P. Driscoll's Motion *In Limine* To Preclude Introduction of Any Testimony of John Celona or, in the Alternative, For Specification of, and Preclusion of, Celona Testimony That the Government Has Admitted Is Not Credible or Reliable. Accordingly, Urciuoli respectfully submits that no memorandum of law is necessary.

Respectfully submitted,

ROBERT A. URCIUOLI

By his attorneys,

/s/ Kristie M. Passalacqua
Kristie M. Passalacqua (R.I. Bar No. 6945)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

Dated: May 14, 2008

**CERTIFICATION**

I hereby certify that on May 14, 2008, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kristie M. Passalacqua