UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : Cr. No. 06-02- ML
:
ROBERT A. URCIUOLI and :
FRANCES P. DRISCOLL :

**ROBERT A. URCIUOLI'S MOTION TO PRECLUDE SUBMISSION OF THE INDICTMENT TO THE JURY**

NOW COMES Defendant Robert A. Urciuoli ("Urciuoli") and respectfully moves to preclude submission of the Indictment to the jury. In support of this motion, Urciuoli hereby joins and fully adopts, as if set forth herein, the portions of Frances P. Driscoll's Motion to Strike Certain Allegations From the Indictment Or, in the Alternative, To Preclude Submission of the Indictment to the Jury that address submission of the Indictment to the jury. Accordingly, Urciuoli respectfully submits that no memorandum of law is necessary.

Respectfully submitted,

ROBERT A. URCIUOLI

By his attorneys,

/s/ Kristie M. Passalacqua

Kristie M. Passalacqua (R.I. Bar No. 6945)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

Dated: May 14, 2008

#737913v1

**CERTIFICATION**

I hereby certify that on May 14, 2008, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kristie M. Passalacqua



*#735915v1*