# EXHIBIT A

**HinckleyAllenSnyder LLP**
ATTORNEYS AT LAW

28 State Street
Boston, MA 02109-1775
TEL: 617.345.9000
FAX: 617.345.9020
www.haslaw.com

*Michael J. Connolly, P.C.*
mconnolly@haslaw.com

April 24, 2008

**VIA FACSIMILE & FIRST CLASS MAIL**

Luis M. Matos
Assistant U.S. Attorney
United States Attorney's Office - District of Rhode Island
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

**Re: United States v. Urciuoli, et al.**
**CR. No.: 06-02ML**

Dear Lou:

As you know from our scheduling conference before Judge Lisi, Mr. Urciuoli intends to file a motion to dismiss based upon the government's interference with his right to obtain indemnification and advancement of legal fees, in violation of his Fifth and Sixth Amendment rights.

Please find attached hereto a copy of the discovery letter we sent to you on this subject prior to the first trial, dated July 14, 2006. Please consider the requests stated in that letter as incorporated by reference and resubmitted at this time. We further specifically request copies of each draft of the proposed Deferred Prosecution Agreement exchanged with representatives of Roger Williams Medical Center and its affiliates.

We look forward to your prompt response to this request.

Sincerely,

Michael J. Connolly
MJC/md

Enclosure

cc: Howard Cooper, Esq.
Robert A. Urciuoli

#734445