# EXHIBIT B

HinckleyAllenSnyder LLP
ATTORNEYS AT LAW

*Michael J. Connolly, P.C.*
mconnolly@haslaw.com

28 State Street
Boston, MA 02109-1775
TEL: 617.345.9000
FAX: 617.345.9020
www.haslaw.com

July 14, 2006

**Via facsimile (401) 709-5001**
**and First Class Mail**

Luis M. Matos
Assistant U.S. Attorney
United States Attorney's Office - District of Rhode Island
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Dulce Donovan
Assistant U.S. Attorney
United States Attorney's Office - District of Rhode Island
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Re: **United States v. Urciuoli, et al.**

Dear Lou and Dulce:

As you are no doubt aware, two weeks ago Judge Kaplan ruled in the case of *United States v. Stein*, S1 05 Crim. 0888 (LAK) (SDNY), that the Thompson Memorandum violates the Fifth and Sixth Amendment rights of criminal defendants in regard to the Department of Justice policy concerning the advancement of fees by organizations to current and former employees involved in criminal proceedings. We are considering filing a motion to dismiss the indictment in this matter, as well as requesting other relief, in light of Judge Kaplan's ruling.

In that regard, please inform me of whether the government possesses any information indicating that the employment status of Mr. Urciuoli and/or the advancement of fees by Roger Williams Hospital to Mr. Urciuoli was a consideration in regard to the deferred prosecution agreement negotiated between the Hospital and the government. We also request any information possessed by the government involving written or verbal communications between the government and the Hospital or its counsel about the employment status of Mr. Urciuoli or the advancement of fees by the Hospital to Mr. Urciuoli.

We look forward to your response.

Sincerely,

Michael J. Connolly (RAM)

Michael J. Connolly
MJC/ram
cc: Richard M. Egbert, Esq.

#593564v1

HinckleyAllenSnyder LLP
ATTORNEYS AT LAW



Robert A. Urciuoli
John Pappalardo, Esq.
James Redding, Esq.
Evan Georgopoulos, Esq.
Kevin Bristow, Esq.