# EXHIBIT C

**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001

May 2, 2008

Via Facsimile and First Class Mail

Michael J. Connolly
Hinckley Allen Snyder LLP
28 State Street
Boston, MA 02109
FAX: (617) 345-9020

**Re: United States v. Urciuoli, et al., 06-02T**

Dear Attorney Connolly:

I am writing in response to your April 24, 2008, letter to which you attached a copy of your letter dated July 14, 2006. As I responded in July of 2006, we don't believe that supplemental discovery is warranted on this issue. Attached is also a copy of my letter to you dated July 26, 2006. In specific reference to your request for drafts of the deferred prosecution agreement with Roger Williams Medical Center, it continues to be our position that the defendant is not entitled to those materials.

Sincerely,

ROBERT CLARK CORRENTE
United States Attorney

LUIS M. MATOS
First Assistant U.S. Attorney

cc: Kevin Bristow, Esq.