UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 06-02- ML |
| | : | |
| ROBERT A. URCIUOLI and | : | |
| FRANCES P. DRISCOLL | : | |

**ROBERT A. URCIUOLI'S MOTION TO DISMISS PORTIONS OF THE INDICTMENT OR, IN THE ALTERNATIVE, FOR LIMITING INSTRUCTIONS**

NOW COMES Defendant Robert Urciuoli ("Urciuoli") and respectfully moves this Court to Dismiss the Indictment with respect to the allegations concerning: (1) John Celona's ("Celona's") participation in general health care legislation; and (2) Celona's involvement with contract negotiations between Roger Williams Medical Center ("RWMC"), on the one hand, and Blue Cross Blue Shield ("BCBS") or United Health Care ("United"), on the other. In the alternative, Urciuoli requests that this Court issue the limiting instructions described in the accompanying Memorandum of Law, which is filed herewith and incorporated herein by reference. Mr. Urciuoli hereby requests oral argument in connection with this Motion.

WHEREFORE, Defendant Robert A. Urciuoli respectfully requests that this Court dismiss the Indictment with respect to the allegations concerning: (1) Celona's participation in general health care legislation; and (2) Celona's involvement with contract negotiations between RWMC, on the one hand, and BCBS and United, on the other hand. In the alternative, Urciuoli requests that this Court issue the limiting instructions described in the accompanying Memorandum of Law.

Respectfully submitted,

ROBERT A. URCIUOLI

By his attorneys,

/s/ Kristie M. Passalacqua
Kristie M. Passalacqua (R.I. Bar No. 6945)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

Dated: May 14, 2008

**CERTIFICATION**

I hereby certify that on May 14, 2008, a copy of the foregoing Motion to Dismiss Portions of the Indictment or, in the Alternative, For Limiting Instructions was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kristie M. Passalacqua

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 06-02- ML |
| | : | |
| ROBERT A. URCIUOLI and | : | |
| FRANCES P. DRISCOLL | : | |

**MEMORANDUM OF LAW IN SUPPORT OF ROBERT A. URCIUOLI'S MOTION TO DISMISS PORTIONS OF THE INDICTMENT OR, IN THE ALTERNATIVE, FOR LIMITING INSTRUCTIONS**

Defendant Robert Urciuoli ("Urciuoli") submits this Memorandum of Law in support of his Motion to Dismiss Portions of the Indictment or, in the Alternative, for Limiting Instructions. Urciuoli respectfully moves this Court to Dismiss the Indictment with respect to the allegations concerning: (1) John Celona's ("Celona's") participation in general health care legislation; and (2) Celona's involvement with contract negotiations between Roger Williams Medical Center ("RWMC"), on the one hand, and Blue Cross Blue Shield ("BCBS") or United Health Care ("United"), on the other. In the alternative, Urciuoli requests that this Court issue the limiting instructions described below -- both at the commencement of the trial and at the close of evidence -- with respect to these allegations and any evidence offered by the government in support of them.

1. Urciuoli seeks to renew his previously filed motion to dismiss portions of the Indictment that pertain to: (1) Celona's participation in general health care legislation; and (2) Celona's involvement with contract negotiations between RWMC, on the one hand, and BCBS or United, on the other.

2. These portions of the Indictment must be dismissed because, as a matter of law,

*#737888v1*

these allegations cannot form the basis of honest services mail fraud. See Robert A. Urciuoli's Motion to Dismiss the Indictment, dated April 3, 2006, which is incorporated herein by reference.

3. In the alternative, Urciuoli requests that this Court issue limiting instructions -- both at the commencement of the trial and at the close of evidence -- with respect to these two categories of allegations and any evidence offered by the government in support of them.

4. With respect to Celona's participation in general heath care legislation, Urciuoli requests that this Court instruct the jury that R.I. Gen. Laws § 36-14-7(b) permitted Celona to participate in general health care legislation that would affect RWMC and its affiliates no more or no less than similarly situated institutions.

5. Urciuoli requests a further instruction that the Ethics Commission specifically determined that Celona could participate in general health care legislation that would impact RWMC, notwithstanding Celona's financial ties to RWMC.

6. With respect to Celona's involvement with contract negotiations between RWMC, on the one hand, and BCBS and United, on the other hand, Urciuoli requests that this Court instruct the jury that any evidence pertaining to these allegations may be considered only to the extent that the jury determines that the evidence shows beyond a reasonable doubt that Urciuoli specifically intended to affect the legislative process as it pertained to insurance carriers.

7. Urciuoli further requests that this Court instruct the jury that evidence that Celona simply facilitated meetings between RWMC and BCBS and/or United, in the absence of evidence that Urciuoli specifically intended to affect the legislative process, cannot, as a matter of law, serve as a basis for honest services mail fraud.

In light of the foregoing, Defendant Robert A. Urciuoli respectfully requests that this Court Dismiss the Indictment with respect to the allegations concerning: (1) John Celona's participation in general health care legislation; and (2) Celona's involvement with contract negotiations between RWMC, on the one hand, and BCBS or United, on the other. In the alternative, Urciuoli requests that this Court issue the limiting instructions described above -- both at the commencement of the trial and at the close of evidence -- with respect to these allegations and any evidence offered by the government in support of them.

Respectfully submitted,

ROBERT A. URCIUOLI

By his attorneys,

/s/ Kristie M. Passalacqua
Kristie M. Passalacqua (R.I. Bar No. 6945)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

Dated: May 14, 2008

**CERTIFICATION**

I hereby certify that on May 14, 2008, a copy of the foregoing Memorandum of Law in Support of Robert A. Urciuoli's Motion to Dismiss Portions of the Indictment or, in the Alternative, For Limiting Instructions was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kristie M. Passalacqua