UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 06-02- ML |
| | : | |
| ROBERT A. URCIUOLI and | : | |
| FRANCES P. DRISCOLL | : | |

# ORDER GRANTING DEFENDANT ROBERT A. URCIUOLI'S MOTION FOR LEAVE TO TRAVEL

This matter came to be heard before Magistrate Judge Robert W. Lovegreen of the United States District Court for the District of Rhode Island on May 13, 2008, on Defendant Robert A. Urciuoli's Motion for Leave to Travel and the Government's Opposition thereto. After reviewing memoranda submitted by the parties and hearing argument of counsel, it is hereby:

**ORDERED**

1. that Defendant Urciuoli's Motion to Travel to Maine and Illinois in June of 2008 is GRANTED;

2. that Mr. Urciuoli is permitted to travel to Maine from June 11, 2008 through June 13, 2008 and to Illinois from June 25, 2008 through June 29, 2008.

3. that Mr. Urciuoli will inform Ms. Maureen Bradley and Mr. Ken Goldberg as to when he is leaving for each trip, when he is returning, the airline(s) he is flying, his flight number(s), where he is staying and a telephone number where he can be reached;

4. that Mr. Urciuoli will remain available at all times during his travels to accept telephone calls from the Probation Department, should they need to contact him;

5. that with respect to the headhunter Mr. Urciuoli intends to meet with while visiting Illinois, he will advise Ms. Bradley and Mr. Goldberg of this individual's name, address and telephone number;

6. that Mr. Urciuoli will provide Ms. Bradley and Mr. Goldberg with the names of the individuals he is staying with, their address information and their phone number(s) (or his hotel information);

7. that during his travels Mr. Urciuoli will remain within the general vicinity of the areas he advises the Probation Department he will be visiting in Maine and Illinois; and

8. that upon Mr. Urciuoli's return to Florida, he will notify Ms. Bradley and Mr. Goldberg that he has, in fact, returned.

PER ORDER:

Clerk

ENTER:

Magistrate Judge Robert W. Lovegreen

May/20/2008

Presented by:
Counsel for Defendant Robert A.Urciuoli
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000 (phone)
(401) 277-9600 (fax)

Kristie M. Passalacqua (R.I. Bar No. 6945)
*kpassalacqua@haslaw.com*