UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 06-02- ML |
| | : | |
| ROBERT A. URCIUOLI and | : | |
| FRANCES P. DRISCOLL | : | |

**DEFENDANT ROBERT A. URCIUOLI'S**
**MOTION SEEKING AN ORDER MODIFYING CONDITIONS OF RELEASE**

Now comes the Defendant, Robert Urciuoli, and respectfully requests that this Honorable Court enter an Order modifying his current conditions of release. Basically, the Defendant requests that his conditions of release be returned to the conditions that were in place prior to the first trial.[1] Defense counsel has conferred with the Government and the Government has no objection to the relief requested in this motion.

The Defendant hereby requests that his conditions of release be set as follows:

1. Mr. Urciuoli will remain in the United States;

2. Mr. Urciuoli will reside primarily in Rhode Island and his travel outside the State of Rhode Island must be approved by U.S. Probation prior to his travel;

3. Mr. Urciuoli will be permitted to travel to Florida, but he will contact U.S. Probation for prior approval. While in Florida, Mr. Urciuoli's travel will be restricted to the Palm Beach area. If Mr. Urciuoli shall need to travel outside of this area while in Florida, he will contact U.S. Probation for prior approval; and

4. Mr. Urciuoli will be allowed to travel from Rhode Island to Massachusetts, *without* prior approval from U.S. Probation, for the purpose of meeting with legal

[1] *See* Order Setting Conditions of Release, dated January 12, 2006.

counsel and/or doctors.

Wherefore, Mr. Urciuoli respectfully requests that this Court enter an Order modifying his conditions of release, as described *supra*.

Respectfully submitted,
By his attorney,

/s/ Kristie M. Passalacqua
Kristie M. Passalacqua (R.I. Bar No. 6945)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

Dated: May 29, 2008

**CERTIFICATION**

I hereby certify that on May 29, 2008, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kristie M. Passalacqua