UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CR 06-02MML |
| | : | |
| ROBERT A. URCIUOLI and | : | |
| FRANCES P. DRISCOLL | : | |

**UNITED STATES' MOTION FOR LEAVE TO FILE OBJECTION TO DEFENDANT ROBERT URCIUOLI'S MOTION IN LIMINE FOR LIMITING INSTRUCTIONS REGARDING RESCUE RUNS**

Comes now the United States and respectfully requests leave to file a motion in opposition to defendant Robert Urciuoli's motion *in limine* for a limiting instruction regarding rescue runs, out of time. The United States prepared an opposition to be filed by the deadline established by the Court, of June 18, 2008. However, though inadvertence, the motion was not filed along with the other motions in opposition filed by the Government on June 18, 2008. Undersigned counsel recognized the error today as he was reviewing the docket entries in this matter. Accordingly, the United States respectfully requests that the Court allow the United States to file its opposition to defendant's motion in limine, out of time.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Luis M. Matos
LUIS M. MATOS
First Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
(401) 709-5000 - phone
(401) 709-5001 - fax
luis.matos@usdoj.gov

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
(401) 709-5000 - phone
(401) 709-5001 - fax
dulce.donovan@usdoj.gov

**CERTIFICATION**

I hereby certify that on July 8, I electronically filed this Motion for Leave with the Clerk of the US District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Kristie M. Passalacqua, Esq.
Michael Connolly, Esq.
Joseph Whelan, Esq.
Hinckley, Allen & Snyder
1500 Fleet Center
Providence, RI 02903

John A. MacFadyen, Esq.
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903

Kevin Bristow, Esq.
76 Westminster Street
Providence, RI 02903

Larry Tipton
One Center Place, Suite 220
Boston, MA 02108

/s/ Luis M. Matos