AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

United States
v.
Robert Urciolli and Frances Driscoll

**APPEARANCE**

Case Number: 06-02 MML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Robert Urciolli

I certify that I am admitted to practice in this court.

7/10/08
Date

Signature

BRENT CANNING 5546
Print Name Bar Number

Hinckley Allen & Snyder
Address

1500 Fleet Center
City State Zip Code

Providence RI 02909
Phone Number Fax Number

401.457.5136 401.277.9600