AO 435 (Rev. 03/08)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

*Please Read Instructions:*

**FOR COURT USE ONLY**

**DUE DATE:**

| | | | |
|---|---|---|---|
| 1. NAME<br>Brent R. Canning, Esq. (#5546) | | 2. PHONE NUMBER<br>(401) 274-2000 | 3. DATE<br>7/15/2008 |
| 4. MAILING ADDRESS<br>50 Kennedy Plaza, Suite 1500 | | 5. CITY<br>Providence | 6. STATE RI / 7. ZIP CODE 02903 |
| 8. CASE NUMBER<br>06-02 | 9. JUDGE<br>Judge Mary Lisi | DATES OF PROCEEDINGS<br>10. FROM 7/10/2008 | 11. TO 7/10/2008 |
| 12. CASE NAME<br>USA v. Urciuoli et al | | LOCATION OF PROCEEDINGS<br>13. CITY Providence | 14. STATE RI |

15. ORDER FOR

| | | | |
|---|---|---|---|
| ☐ APPEAL | ☒ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Hearing before Judge Lisi | 7/10/2008 |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☒ | ☒ | NO. OF COPIES<br>1 | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL 0.00

| | |
|---|---|
| 18. SIGNATURE<br>/s/ Brent R. Canning, Esq. (#5546) | **PROCESSED BY** |
| 19. DATE<br>7/15/2008 | **PHONE NUMBER** |
| **TRANSCRIPT TO BE PREPARED BY** | **COURT ADDRESS** |

| | DATE | BY | | |
|---|---|---|---|---|
| **ORDER RECEIVED** | | | | |
| **DEPOSIT PAID** | | | **DEPOSIT PAID** | |
| **TRANSCRIPT ORDERED** | | | **TOTAL CHARGES** | 0.00 |
| **TRANSCRIPT RECEIVED** | | | **LESS DEPOSIT** | 0.00 |
| **ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT** | | | **TOTAL REFUNDED** | |
| **PARTY RECEIVED TRANSCRIPT** | | | **TOTAL DUE** | 0.00 |

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY