UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 06-02- ML |
| | : | |
| ROBERT A. URCIUOLI and | : | |
| FRANCES P. DRISCOLL | : | |

**ORDER GRANTING DEFENDANT ROBERT A. URCIUOLI'S ASSENTED-TO MOTION SEEKING AUTHORIZATION FOR ISSUANCE OF SUBPOENA *DUCES TECUM* UNDER RULE 17 (c), FED. R. CRIM. P.**

This matter came before Chief Judge Mary M. Lisi of the United States District Court for the District of Rhode Island on Defendant Robert A. Urciuoli's Assented-To Motion Seeking Authorization for Issuance of a Subpoena *Duces Tecum* Under Rule 17(c), Fed. R. Crim. P. After review by the Court and a telephone conference on July 28, 2008, with all parties present, it is hereby:

**ORDERED**

1. That Defendant Urciuoli's Motion is GRANTED;

2. That Defendant Urciuoli is authorized to issue a subpoena *duces tecum* to Roger Williams Medical Center and its affiliates requiring production of the documents set forth on Attachment A (as attached to Defendant Uricuoli's Assented-To Motion and Memorandum of Law in Support) on or before August 13, 2008; and

3. That counsel for Roger Williams Medical Center will produce the responsive documents to the Clerk of Court on or before August 13, 2008, and will also produce copies to all counsel.

PER ORDER:

Barbara Barletta

Clerk

ENTER:

Mary M. Lisi

Chief Judge Mary M. Lisi

Presented by:
Counsel for Defendant Robert A.Urciuoli
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000 (phone)
(401) 277-9600 (fax)

Kristie Passalacqua /BKR

Kristie M. Passalacqua (R.I. Bar No. 6945)
*kpassalacqua@haslaw.com*