UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CR 06-02MML |
| | : | |
| ROBERT A. URCIUOLI and | : | |
| FRANCES P. DRISCOLL | : | |

**UNITED STATES' MOTION FOR AN EXTENSION OF TIME TO FILE MOTION IN LIMINE REGARDING JOHN CELONA VIDEOTAPES**

Comes now the United States and respectfully requests an extension of time to file a motion in limine regarding videotapes of John Celona's television shows. Pursuant to the Court's Order, motions in limine are due to be filed by August 15, 2008.

By letter dated August 8, 2008, counsel for defendant, Robert Urciuoli, advised the United States that defendant Urciuoli intends to introduce videotapes of approximately 13 televised broadcasts of John Celona's cable television shows. Counsel advised that Urciuoli expects to introduce the shows in their entirety but only play certain excerpts. Counsel has not yet identified the excerpts. Counsel also offered to make available to the United States any videotapes not presently in the United States' possession.

By letter dated today, counsel for the United States requested copies of five videotapes that are not in its possession, several of which defendant Urciuoli has indicated he intends to introduce at trial. In addition, the United States requested copies of the excerpts that defendant intends to play for the jury. The United States requested that defendant produce the materials by August 20, 2008. The United States also advised that it intends to file a motion in limine in regard to the videotapes. The United States questions the relevance of introducing all the tapes as

evidence as well as whether they may be submitted because many contain hearsay.

However, the United States is not in a position to file a comprehensive motion in limine at this stage because it is not in possession of all the tapes defendant intends to introduce at trial and because defendant has not identified the excerpts that defendant intends to play.

Accordingly, the United States respectfully requests an extension of time of one week from the date when it receives the remainder of the tapes and the excerpts from defendant Urciuoli. Counsel for defendant Urciuoli has advised that he does not oppose this motion.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Luis M. Matos
LUIS M. MATOS
First Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
(401) 709-5000 - phone
(401) 709-5001 - fax
luis.matos@usdoj.gov

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
(401) 709-5000 - phone
(401) 709-5001 - fax
dulce.donovan@usdoj.gov

**CERTIFICATION**

I hereby certify that on August 14, 2008, I electronically filed this Motion for An Extension of Time with the Clerk of the US District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Kristie M. Passalacqua, Esq.
Michael Connolly, Esq.
Joseph Whelan, Esq.
Hinckley, Allen & Snyder
1500 Fleet Center
Providence, RI 02903

Larry Tipton
One Center Place, Suite 220
Boston, MA 02108

John A. MacFadyen, Esq.
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903

Kevin Bristow, Esq.
76 Westminster Street
Providence, RI 02903

/s/ Luis M. Matos