UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CR 06-02MML |
| | : | |
| ROBERT A. URCIUOLI and | : | |
| FRANCES P. DRISCOLL | : | |

**UNITED STATES' OBJECTION TO DEFENDANT ROBERT URCIUOLI'S MOTION IN LIMINE TO EXCLUDE IMPERMISSIBLE AND IRRELEVANT OPINION TESTIMONY OF ATTORNEY JAMES McGUIRK**

Defendant Robert Urciuoli has moved the Court *in limine* to exclude evidence regarding Attorney James McGuirk's conversations with Robert Urciuoli. The United States objects to defendant Urciuoli's request for the reasons in the memorandum of law filed simultaneously herewith.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Luis M. Matos
LUIS M. MATOS
First Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
(401) 709-5000 - phone
(401) 709-5001 - fax
luis.matos@usdoj.gov

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
(401) 709-5000 - phone
(401) 709-5001 - fax
dulce.donovan@usdoj.gov

**CERTIFICATION**

I hereby certify that on August 22, 2008, I electronically filed this Objection with the Clerk of the US District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Kristie M. Passalacqua, Esq.
Michael Connolly, Esq.
Joseph Whelan, Esq.
Hinckley, Allen & Snyder
1500 Fleet Center
Providence, RI 02903

Howard Cooper, Esq.
Todd & Weld, LLP
28 State Street
Boston, MA 02109

John A. MacFadyen, Esq.
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903

Kevin Bristow, Esq.
76 Westminster Street
Providence, RI 02903

Larry Tipton
One Center Place, Suite 220
Boston, MA 02108

/s/ Luis M. Matos

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CR 06-02MML |
| | : | |
| ROBERT A. URCIUOLI and | : | |
| FRANCES P. DRISCOLL | : | |

**UNITED STATES' MEMORANDUM IN SUPPORT OF ITS OBJECTION TO DEFENDANT ROBERT URCIUOLI'S MOTION IN LIMINE TO EXCLUDE MISLEADING QUESTIONS AND ARGUMENT**

Defendant Robert Urciuoli has moved the Court *in limine* to exclude evidence regarding Attorney James McGuirk's conversations with Robert Urciuoli. In a separate motion, defendant has requested that the Court prevent the United States from asking Mr. McGuirk about what Robert Urciuoli did or did not tell him. See Urciuoli Motion to Exclude Misleading Questions and Argument. In this motion, he requests that the United States be precluded from asking about the conversations that actually took place between Urciuoli and Mr. McGuirk concerning the subject matter of the allegations, i.e., the relationship between John Celona and Roger Williams Medical Center ("RWMC"). Surprisingly, defendant has not yet moved to preclude all evidence that might tend to prove his guilt, although that argument, too, must surely be in the offing.

Defendant argues that Mr. McGuirk should not be allowed to testify about comments he made to Urciuoli when Urciuoli pitched him about Urciuoli's idea to hire Celona. He makes the request despite the fact that the evidence at trial showed that he used McGuirk as cover in his scheme. He told McGuirk about his plan to hire Celona but did not tell him the full story – what he expected and what Celona did actually work on, such as the legislation. As a result, McGuirk, with Fran Driscoll's participation, drafted a contract for Celona's services which failed to describe Celona's duties and his association with the hospital. He did so, in spite of the fact that his

attorney counseled against it. Such evidence is probative of Urciuoli's intent and should be admitted.

## I. Argument

The starting point for determining the admissibility of evidence is that all relevant evidence is admissible at trial. Fed. R. Evid. 401. As part of its proof in this case, the Government will prove that Robert Urciuoli was motivated to hire John Celona for his political office and not because of his professional background. Attorney James McGuirk was a trusted advisor of defendant Urciuoli. Celona was a lawn mower salesman who had no particular expertise in health care matters when he was hired by Urciuoli. McGuirk was aware of Celona's background and counseled against his hire, in part, because of his background. Urciuoli hired Celona nonetheless. Subsequently, McGuirk, with Fran Driscoll's participation, drafted a contract for Celona's services which failed to describe Celona's duties and his association with the hospital. Later, McGuirk learned that Urciuoli was going to use Celona to set up a meeting with Mr. Ronald Battista from Blue Cross Blue Shield when significant contract talks stalled. McGuirk counseled against the meeting and Urciuoli again ignored him.

The conversations between Urciuoli and McGuirk are probative of Urciuoli's state of mind. The jury may be persuaded that Urciuoli had a good reason to ignore his attorney's advice. However, that is for the jury. The evidence is nonetheless probative, especially in light of the fact that Urciuoli used McGuirk to provide cover during the course of the scheme and has subsequently attempted to hide behind McGuirk with an advice of counsel defense. Urciuoli cannot be permitted to suggest to the jury that he relied upon Mr. McGuirk's "advice" without the jury learning what that advice was.

Moreover, Fed. R. Evid. 701 is inapplicable to defendant's request. McGuirk's testimony does not constitute opinions about his "perception" of what occurred. Rather, the testimony is about what he told Urciuoli contemporaneous with the critical events in this case. As such they are not "lay opinion" but, instead, constitute relevant evidence.

## II. Conclusion

Based on the foregoing, the United States respectfully requests that the Court deny Defendant Urciuoli's motion *in limine*.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Luis M. Matos
LUIS M. MATOS
First Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
(401) 709-5000 - phone
(401) 709-5001 - fax
luis.matos@usdoj.gov

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
(401) 709-5000 - phone
(401) 709-5001 - fax
dulce.donovan@usdoj.gov

**CERTIFICATION**

I hereby certify that on August 22, 2008, I electronically filed this Supporting Memorandum with the Clerk of the US District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Kristie M. Passalacqua, Esq.
Michael Connolly, Esq.
Joseph Whelan, Esq.
Hinckley, Allen & Snyder
1500 Fleet Center
Providence, RI 02903

Howard Cooper, Esq.
Todd & Weld, LLP
28 State Street
Boston, MA 02109

John A. MacFadyen, Esq.
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903

Kevin Bristow, Esq.
76 Westminster Street
Providence, RI 02903

Larry Tipton, Esq.
One Center Place, Suite 220
Boston, MA 02108

/s/ Luis M. Matos