**HinckleyAllenSnyder LLP**
ATTORNEYS AT LAW

11 South Main Street, Ste. 400
Concord, NH 03301-4810
TEL: 603.225.4334
FAX: 603.224.8350
www.haslaw.com

*Michael J. Connolly, P.C.*
mconnolly@haslaw.com

August 8, 2008

**VIA TELEFAX & FIRST CLASS MAIL**

Luis M. Matos
Dulce Donovan
Assistant U.S. Attorneys
United States Attorney's Office - District of Rhode Island
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

**Re: United States v. Urciuoli, et al.**

This is to notify you that we have tapes and CDs containing recordings of certain broadcasts on Rhode Island cable television on which Senator Celona appeared. Your office has a copy of the program featuring Mr. Gamache (which was an exhibit in the first trial), and may have the others as well. We set forth below a description of each recording based on the labeling on each DVD or tape (which is not necessarily accurate as to the title of the respective program):

**List of DVDs**

**1. For your Health**

Robert Urciuoli, Dr. Denise Fraser
John Celona
June 2000

**2. For Your Health**

J. Celona, Robert A. Urciuoli, Dr. Pedius
July – Aug. 2000

**3. Celona State House Report**

Robert A Urciuoli, Dr. Boffa, John Pernorid (sic), Robert Picard
Sept 2000 – Oct. 2000



28 State Street, Boston, MA 02109-1775 TEL: 617.345.9000 FAX: 617.345.9020
50 Kennedy Plaza, Suite 1500, Providence, RI 02903-2393 TEL: 401.274.2000 FAX: 401.277.9600

(EXHIBIT 1)

**4. Celona Report**

Health link & RWM Home
Oct 2000- Nov. 2000

**5. For Your Health**

Chapter 1 – Jack Kramer
Chapter 2 thru 10 – Celona – Urciuoli – Gamache

**List of VHS Tapes**

**6. For your Health**

1.) R. Urciuoli & Dr. Fraser – June 00
2.) R. Urciuoli & Dr. Pedvis (sic) July – Aug '00

**7. Celona Report**

Dipaolo – Loa – Sept '00
For your Health – Village – Sept '00

**8. Senator Celona's**

Taking on Cancer
The Roger Williams Medical CTR Cancer Team

**9. Health link Tape # 2**

Boffa, Pemorio Senator Celona 2257

**10. Celona Report**

1.) Oct. '99 – with Gen. Centraccio 2.) Nov. '99 – Student Loan Authority
3.) Dec. 99 – K. Johnson Fox 64 4.) Dec. '99 – Jan. '00 – Forgaty/Urciuoli
5.) Feb. '00 – Dr. Stoukides Senator Irons.

We wish to further advise you that we intend to offer into evidence at trial the entirety of certain of the recorded programs, including: the above-listed DVDs numbered 1, 2, 3, 4, 5 (Chapters 2 – 10 only), and the above-listed VHS Tapes numbered 7 (For Your Health

– Village – Sept '00 only), 8, 9, and 10 ("4. Dec. '99 – Jan. '00 – Fogarty/Urciuoli" and "5. Feb. '00 – Dr. Stoukides" only).

We do not intend to request the Court to allow the entire programs to be played during the trial. Rather, we will seek to present excerpts from the above listed programs to be played during trial. We anticipate having a separate CD containing the excerpts that we intend play during the trial available for you within a few days.

Let us know if you would like to obtain copies of the above recordings or to view them in our office. All of the DVDs and tapes are available immediately to be viewed by you. Please call me or Kristie, or email either of us, to arrange a viewing if you are interested.

Please consider this also as a request to obtain copies of any and all recordings possessed by the Government of television broadcasts on which former Senator Celona appeared, including, but not limited to, broadcasts on which employees of Roger Williams Medical Center or any of its affiliates appeared (including but not limited to: Roger Williams Hospital, the Elmhurst Extended Care nursing home, Roger Williams Home Care, the Village at Elmhurst).

Sincerely,

Michael J. Connolly
MJC/md

cc: Howard Cooper, Esq.
Kevin Bristow, Esq.
Terry MacFadyen, Esq.
Larry Tipton, Esq.