DEPARTMENT OF HEALTH & HUMAN SERVICES

Public Health Service

Centers for Disease Control and Prevention

[illegible] 2001

Joseph Boffa, DDS, MPH
C/O Sharon Harpel
Office of Research Administration
Roger Williams Hospital
825 Chalkstone Avenue
Providence, RI 02980

Reference: Award No. H75/CCH118762

Dear Mr. Boffa:

This is in response to your letter dated January 22, 2001, requesting approval to rebudget $15,000 to $20,000 within the "other" budget category. CDC staff reviewed the request and found that your request does not need prior approval from CDC. Please note that recipients are allowed some latitude in making postaward programmatic changes and budget revisions (see page 8-1 of the PHS Grants Policy Statement).

CDC appreciates the information regarding your program. Should you have any questions on this matter, please feel free to contact me on (770) 488-2746.

Sincerely,

Robert Hancock

Robert Hancock
Grants Management Specialist
Grants Management Branch

(EXHIBIT 4)

**HEALTH LINK**

***825 Chalkstone Avenue***
***Providence, Rhode Island 02908-4325***
**Phone: (401) 456-2397 Fax: (401) 456-2282**

Roger Williams Medical Center
New England Association of Labor Retirees
Boston University School of Medicine

1/22/01

Centers for Disease Control
Attn: Mildred Garner
Robert Hancock
Room 3000
2920 Brandywine Road
Atlanta, GA 30341

*Subject: Grant application entitled, "Health Promotion and Disease Prevention for Rhode Island Senior Citizens"*

RECEIVED 3 53 PM '01 CDC:PGO:CPB

*Award #: H75/CCH118762-01*

*Issue:* *Elderly outreach and health fair promotion*
*Focus group videotaping*

Dear Ms. Garner and Mr. Hancock,

We are currently in the first year planning phase of our grant program. One of the activities to be implemented next May is a health fair open to the public. The health fair will provide several important benefits for the ongoing development of the HealthLink project. It is not intended to be a major factor in changing health behaviors of individual retirees but has several other potential benefits that will aid in the implementation of the HealthLink Project. One is the collaboration of the multiple community partners in the planning and implementation of the health fair. It will be the first test to translate what has been to date organizational support into a specific, well understood, highly visible and well focused event. This type of operational coordination is a critical first step in ultimately implementing HealthLink activities for individual union members.

With proper media coverage the health fair can be an additional means of achieving recognition and subsequent support for the HealthLink project and its objectives from other community organizations and leaders. To participate in the health fair, individual retirees will have to register and attend the event. This will be the first major test as to how well organizational support can be translated into individual action.

It is our intent to start putting into place media coverage for the health fair. We propose to videotape a series of interviews about HealthLink that will be aired on local cable television. It will part of an

ongoing series called "For Your Health" on Cox Cable Network. Our research in this matter has shown that many of our target audience demographics, primarily the elderly, do follow local channel coverage of upcoming events and this program in particular. We propose a series to not only be a mere announcement of the project but also add a health information forum to reinforce our message of prevention and early detection. We feel this will go a long way in helping us not only reach individual retirees we seek to participate, but also help in soliciting support of some of the organizations with whom we have been collaborating. We also propose to send copies of the finished videotape to the leaders of all of our constituent organizations.

The air time for our proposed series will be free. However, there will be production costs to make the series more professional in appearance. In addition to this series we will also start implementing focus groups to help us design the final implementation plan. These groups will consist of round table discussions with retirees to obtain their views and attitudes regarding health and prevention. We would also like to video tape the focus groups to help our analysts fine tune prevention interventions.

By combining both video tape production costs we hope to be able to keep costs at a minimal level. What we are requesting is permission to shift some of the "other" costs in the budget to accomplish these two what we feel are vital tasks. We do expect the total cost for both to be in the range of $15,000 to $20,000. Your prompt attention to this matter will be appreciated.

Joseph Boffa DDS MPH
Principal Investigator

617-638-4673
jboffa@bu.edu

**ROGER WILLIAMS GENERAL HOSPITAL**
**CHECK REQUEST**
**RESEARCH FUND**

Mailed 7-9

AMOUNT $ $5,000.00
VENDOR NO

DATE 6/28/01

Community Media Services
Attn John Celona
51 Pinewood Drive
North Providence, RI 02904-3426

PURPOSE

HealthLink Program - 4th in a series

**RETURN CHECK TO KAREN IN GRANTS OFFICE**

REQUESTED BY
Joseph Boffa/Paula M. Gaspar

APPROVED BY
Sharon Harpel

DATE 6/28/01

| ACCT. NO. G.L | | AMOUNT |
|---|---|---|
| 3350 | 9740 | $5,000.00 |
| | | $5,000.00 |

Operating Fund Check Request

RWMC000363

COMMUNITY MEDIA SERVICES
JOHN A. CELONA
51 PINEWOOD DRIVE
NORTH PROVIDENCE. RHODE ISLAND 02904-3426
TELEPHONE: 401-353-3042 FASCIMILE 401-353-6155 24 HOUR PAGER 401-786-3330

MS. PAULA GASPAR
HEALTHLINK
Roger Williams Medical Center
825 Chalkstone Avenue
Providence, Rhode Island 02908-4735

---

STATEMENT

---

Statement Date: June 19, 2001 Terms: Payment Due Upon Receipt

---

**4th** in a series of 30 minute taped Healthlink Program (program development, hosting, script, development and preparation, editing, graphics insertion, pre and post production, studio reservation time, crew reservation time, attainment of viewing schedule, drafting and distribution of news releases promoting the program)

**NOTE: This program incorporates "on location" video interviews at the Healthlink health fair**

Amount.................................$5,000.00

Total Amount Now Due........**$5,000.00**

**ROGER WILLIAMS HOSPITAL**
PROVIDENCE, RI 02908

Vendor Number: COMMME
Vendor Name: COMMUNITY MEDIA SERVICES
Check Number: 315792
Check Date: 07/06/01

Customer Number:
Vendor Category:

| Invoice No. | Invoice Date | PO Number | Comments | Gross Amount | Discounts | Net Check Amount |
|---|---|---|---|---|---|---|
| 062801 | 06/28/01 | | | 5000.00 | 0.00 | 5000.00 |
| | | | | | Gross Check Amount | 5000.00 |

FLEET NATIONAL BANK PROVIDENCE, RI 02903

| CHECK NUMBER | DATE |
|---|---|
| 315792 | 07/06/01 |

Roger Williams MEDICAL CENTER

**ROGER WILLIAMS HOSPITAL**
RESEARCH FUND
825 CHALKSTONE AVENUE

57-1
115

| AMOUNT |
|---|
| **$5,000.00** |

Pay *Five Thousand Dollars and 00 Cents*

TO THE ORDER OF

COMMUNITY MEDIA SERVICES
JOHN A CELONA
51 PINEWOOD DR
N PROVIDENCE RI 02904 3426

⑈315792⑈ ⑆011500010⑆ 15 55101511⑈

RWMC000365

**ROGER WILLIAMS GENERAL HOSPITAL**
**CHECK REQUEST**
**RESEARCH FUND**

to grants 3/26 rec'd 4/5

AMOUNT $ 4,000.00
VENDOR NO

MONTH 3/23/01

Communit y Media Services
John A. Celona
51 Pinew ood Drive
No. Prov idence, RI 02904-3426

PURPOSE

30 minute Video Taped HealthLink Program

**RETURN CHECK TO KAREN IN THE GRANTS OFFICE**

REQUESTED BY
Dr. Boffa/P. Gaspar

APPROVED BY
Sharon Harpel

DATE 3/23/01

| ACCT. NO. G.L | | AMOUNT |
|---|---|---|
| 3350 | 9740 | $4,000.00 |
| | | $4,000.00 |

Operating Fund Check Request

*COMMUNITY MEDIA SERVICES*
JOHN A. CELONA
51 PINEWOOD DRIVE
NORTH PROVIDENCE, RHODE ISLAND 02904-3426
TELEPHONE: 401-353-3042 FASCIMILE 401-353-6155 24 HOUR PAGER 401-786-3330

MS. PAULA GASPAR
HEALTHLINK
Roger Williams Medical Center
825 Chalkstone Avenue
Providence, Rhode Island 02908-4735

---

STATEMENT

---

Statement Date: March 20, 2001 Terms: Payment Due Upon Receipt

---

Balance Brought Forward........................................................$4,000.00 paid in full 3-14-01

---

**3rd** in a series of 30 minute taped Healthlink Program (program development, hosting, script, development and preparation, editing, graphics insertion, pre and post production, studio reservation time, crew reservation time, attainment of viewing schedule, drafting and distribution of news releases promoting the program)

Amount................................$4,000.00

Total Amount Now Due.......~~**$8,000.00**~~
$4,000.00

RWMC000367

**ROGER WILLIAMS HOSPITAL**
PROVIDENCE, RI 02908

Vendor Number: COMNWL
Vendor Name: COMMUNITY MEDIA SERVICE
Check Number: 315199
Check Date: 04/04/01

Customer Number:
Vendor Category:

| Invoice No. | Invoice Date | PO Number | Comments | Gross Amount | Discounts | Net Check Amo |
|---|---|---|---|---|---|---|
| TAPE | 03/23/01 | | | 4000.00 | 0.00 | 4000.00 |
| | | | | | Gross Check Amount | 4000.00 |

FLEET NATIONAL BANK PROVIDENCE, RI 02903

| CHECK NUMBER | DATE |
|---|---|
| 315199 | 04/04/01 |

Roger Williams MEDICAL CENTER

**ROGER WILLIAMS HOSPITAL**
RESEARCH FUND
825 CHALKSTONE AVENUE

57-
11

| AMOUNT |
|---|
| $4,000.0 |

Pay *Four Thousand Dollars and 00 Cents*

TO THE ORDER OF

COMMUNITY MEDIA SERVICE
CELONA JOHN A
51 PINEWOOD DR
N PROVIDENCE RI 02904 3426

⑈315199⑈ ⑆011500010⑆ 15 5510151⑈

RWMC000368

**ROGER WILLIAMS GENERAL HOSPITAL**
**CHECK REQUEST**
**RESEARCH FUND**

Recd 3/30/01

AMOUNT $ 4,000.00
VENDOR NO

MONTH 3/14/01

Community Media Services
John A. Celona
51 Pinewood Drive
No. Providence, RI 02904-3426

PURPOSE

30 minute Video Taped HealthLink Program

**RETURN CHECK TO KAREN IN THE GRANTS OFFICE**

REQUESTED BY

Dr. Boffa/P. Gaspar

APPROVED BY

Sharon Harpel

DATE 3/14/01

| ACCT. NO. | | AMOUNT |
|---|---|---|
| G.L | | |
| 3350 | 9740 | $4,000.00 |
| | | $4,000.00 |

Operating Fund Check Request

*COMMUNITY MEDIA SERVICES*
JOHN A. CELONA
51 PINEWOOD DRIVE
NORTH PROVIDENCE, RHODE ISLAND 02904-3426
TELEPHONE: 401-353-3042 FASCIMILE 401-353-6155 24 HOUR PAGER 401-786-3330

MS. PAULA GASPAR
HEALTHLINK
Roger Williams Medical Center
825 Chalkstone Avenue
Providence, Rhode Island 02908-4735

---

STATEMENT

---

Statement Date: March 9, 2001 Terms: Payment Due Upon Receipt

---

**2nd** in a series of 30 minute taped Healthlink Program
(program development, hosting, script, development and preparation, editing, graphics insertion, pre and post production, studio reservation time, crew reservation time, attainment of viewing schedule, drafting and distribution of news releases promoting the program)

Total Amount...........................$4,000.00

Rec'd 3/12/01

RWMC000370

**ROGER WILLIAMS GENERAL HOSPITAL**
**CHECK REQUEST**
**RESEARCH FUND**

to Grants
2-20-01

AMOUNT $ 4,000.00

VENDOR NO

MONTH 2/16/01

Community Media Services
John A. Celona
51 Pinewood Drive
No. Providence, RI 02904-3426

PURPOSE

30 minute Video Taped HealthLink Program

**RETURN CHECK TO KAREN IN THE GRANTS OFFICE**

REQUESTED BY
Dr. Boffa/P. Gaspar

APPROVED BY
Sharon Harpel

DATE 2/16/01

| ACCT. NO. G.L | | AMOUNT |
|---|---|---|
| 3350 | 9740 | $4,000.00 |
| | | $4,000.00 |

Operating Fund Check Request

RWMC000371

COMMUNITY MEDIA SERVICES
JOHN A. CELONA
51 PINEWOOD DRIVE
NORTH PROVIDENCE. RHODE ISLAND 02904-3426
TELEPHONE: 401-353-3042 FASCIMILE 401-353-6155 24 HOUR PAGER 401-786-3330

MS. PAULA GASPAR
HEALTHLINK
Roger Williams Medical Center
825 Chalkstone Avenue
Providence, Rhode Island 02908-4735

---

STATEMENT

---

Statement Date: February 14, 2001 Terms: Payment Due Upon Receipt

---

30 minute video taped Healthlink program
(program development, hosting, script development and preparation, editing, graphics insertion, pre and post-production, studio reservation time, crew reservation time, attainment of viewing schedule, drafting and distribution of news releases promoting the program)

Total Amount...............................$4,000.00