I

1 - 128

STATE OF RHODE ISLAND

GRAND JURY

| | |
|---|---|
| STATE OF RHODE ISLAND,<br><br>VS.<br><br>JOHN DOE. | Case No. |

Rhode Island

Wednesday
April 7, 2004

APPEARANCE: PATRICK YOUNGS
Assistant Attorney General
EMILY MARANJIAN
Special Assistant Attorney General
ROBERT McKENNA
Special Assistant Attorney General

WITNESS: ROBERT URCIUOLI



( EXHIBIT 5 )

guess I will say this, I know that John Celona did not have a very good relationship with the CEO at Fatima Hospital. They didn't like each other. They didn't get along.
Q He wasn't on his payroll.
Was he?
A Not that I'm aware of.
Q All right. All right. So, he didn't get along with the CEO.
Do you know why he felt the need to trump Breast Cancer Awareness?
A I, I have no idea what was in his mind. I'm sorry.
Q Do you ever recall suggesting to him that perhaps this is not the way to go?
A No, I, you know, the health care environment is a pretty competitive environment. You know, I've been living in it for 32 years. I, I, certainly, don't need, you know, someone to make a comment about that.
Q No?
A I mean, that sounds like it's more personal than it is anything else. We cer -- I, certainly, did not ask him.
Q And this has nothing to do with the--
A That has--
Q --Village at Elmhurst?



A --nothing to do with it. No.
Q What do you know about Health Link, sir?
A Health Link is a, is a federal grant that we obtained, and I'm not exactly sure, unless you have documentation on the year, but, primarily, I worked with Congressman Kennedy and the New England Labor Retirees, and we were fortunate enough to get a, a grant to work with seniors, and, again, I could explain what the grant is if you'd like, but that's, essentially, I am familiar with the--
Q All right. So, yeah, maybe you could just explain a little bit just to, I don't want to go in great detail, but background would help.
A I'm getting the message. I will try to be brief.
The grant was to work with labor retirees. The medical center was going to provide free screenings, checkups, and the theory was that we could take the elderly population through screenings, early detection of disease.
The early the, you detect it, the better that you have a quality of life, and we, also, wanted to prove to the federal government that if we detected the diseases early, that we'd be able to save the federal government money.
So, we were given a grant, and Roger Williams was going to provide the free service through our staff. The New England Labor Retirees were going to come up with the



pool of people, and Boston University, which is our academic affiliate, was going to do the research for the federal government. That's, in a nutshell, what the grant was all about.
Q Did Senator Celona have any role, at all, in, in Health Link?
A To the best of my knowledge, he was appointed by Fran. Again, once we got the grant, Fran, basically, was the person responsible, but he was appointed to the Executive Committee, along with the other major participants in the, in the study.
Q Was he appointed, if you know, I know it's by Fran, but as Senator Celona or as Consultant Celona?
A I believe it was--
Q Or both?
A It, it could have been both. I mean, I, again, I, the, the entire focus of the grant was seniors, and, again, part of his responsibility in the consulting agreement was to be looking at these kinds of programs for seniors.
Q Did you perceive the Health Link Grant and Health Link Program to be a potential source of patients or customers or whatever you call them at the Village at Elmhurst?
What would you call them? Patients or res -- residents? Residents at the--



A I think at--
Q --Village at Elmhurst?
A --the Village at Elmhurst residents,--
Q It would be residents.
A --and patients at the nursing home.
Q Yeah. Did you perceive that, that is a, was a potential source of patients and/or residents?
A I think it could have been.
Q Yeah?
A I really didn't, I don't think I gave it that much thought at the time, but it could have been. Yes.
Q Did you perceive that, under the consulting agreement that Senator Celona signed with you, with you all, or with Peter Sangermano, but, obviously, affecting you, that it covered just about anything that had to do specifically with seniors or retirees or, or elder issues or, or things of that nature?
A I, I don't, I don't think it was that broad, but, clearly, when I look at this--
Q Yeah?
A I mean, I think that you can probably make a case that it was generally covered in the, in the consulting agreement because it was senior related, but, and, we, again, thought it would have indirect benefits because the more people that were affiliated with the Village and, and

with the nursing home out there, and people saw our name out there, that, if they needed the service, you know, they, they'd, certainly, look to us.

Q Did you perceive that, as part of his 700 and, then, 872, and, then, $1,000.00 a week -- that part of that salary or, or payment as a consultant, that his work on Health Link would be part of that particular salary?

A I think it, you know, I think--

Q Could have been?

A --could be. Yeah.

Q What did he do for Health Link? What did, what did Senator, I, I know you just said that he was on the committee.

Did he have any other role in Health Link?

A Not that I'm aware of.

Q Okay.

A But, again, I think a lot of this was, was organizing the screening events, and arranging for the busing. I mean, I think that, you know, one of the events, I think, had probably 2,500 people attending. So, I think a lot of it was just coordinating and making sure that, you know, that all of the details and the marketing and everything was done.

Q All right. Was he involved in any of that? Do you know?



A I, I, in all honesty, I'm not sure.

Q Do you know if he was involved in creating video tapes or videos for Health Link?

(End of Tape 2, Side A.)

(Beginning of Tape 2, Side B.)

BY MR. YOUNGS:

Q If you know?

A No, I'm not aware no.

MR. YOUNGS: I'm just going to show you a few things. This is Grand Jury No. 51.

BY MR. YOUNGS:

Q Have you ever heard of Community Media Services?

A No.

Q This is a bill from Community Media Services, John A. Celona, which would be Senator Celona.

Correct?

A Yes.

Q 51 Pinewood Drive, North Providence?

A Um-hum.

Q Saying, the fax number from this is 353-6155, 353-6155. That's his phone.

You recognize this is Senator Celona we're talking about?

A I do. Yes. Yes.

Q It's to Health Link, care of Joseph Baffa.



Who is Joseph Baffa?

A Joseph Baffa was the head of the, he was at Boston University. He was the key person at Boston University that was doing the research. I've forgotten his exact title.

Q Okay. But he's affiliated with Health Link. He was kind of--

A He was one of the people who was on the Executive Committee. Yes.

Q And Boston University is affiliated with Roger Williams?

A Yes, they are.

Q It's a bill. January 2, 2000, Payment due upon receipt, 30 minute video taped, Health Link Program, $4,000.00.

Do you know whether he was billing Health Link $4,000.00?

A No.

Q Did that come to your attention?

A No. No.

Q Then, we have an e-mail from Dr.Baffa, to Senator, not to John, but to Senator?

A Um-hum.

Q "I checked with Paula about your payment. Because of the size of the dollar amount, Grants Administration had to sign off on it. Met with Sharon Harpel (phonetic).



Do you know who Sharon Harpel is?

A She's the Grants Administrator. Yes.

Q Where?

A At the medical center.

Q How about Paula?

A Paula is the person who was hired by the grant to administer the grant.

Q And where did she work?

A She has an office at the medical center.

MR. YOUNGS: "She signed it, and, now, it's ready to be processed. The actual processing will take place next week. So, hang in there. For yesterday's show, we have the tape in its final form. Please, send a copy to me directly, with a copy of your bill," it's his address, "and a copy to Paula."

A Um-hum.

Q "And we'll give it to Sharon."

BY MR. YOUNGS:

Q This appears to be, you know, about six weeks after this bill?

A Yep.

MR. YOUNGS: Then, we've got another bill. February 14th, 2001. Community Service, John Celona. Now, it's to Paula, Health Link, Roger Williams Medical Center.

BY MR. YOUNGS:

Page 82

Q Did you know he was billing, he gave you another bill for $4,000.00?
A No, but I know with all of those, I mean, the simple answer is no, I, I wasn't aware that he was billing, but I know, on all of these federal grants that they have, they, they've got to get federal approval. That's all I can tell you. I, but I don't, no, I was not aware that he was billing.
MR. YOUNGS: Here is another one, March 9th, Paula Gaspar (phonetic), second in a series, $4,000.00.
March 20th, Paula Gaspar, Health Link, Roger Williams Medical Center. Total amount now due $8,000.00. Third in a series.
Paula Gaspar, Health Link, fourth in a series. Another $5,000.00.
BY MR. YOUNGS:
Q He's billed you close to $20,000.00?
A Well, I--
Q Did you know that? You, Health Link.
A If I could, if I could correct it?
Q Sure.
A I mean, it's a, it's a federal grant, and, and, so, the hospital would not have been involved in that. He would have been billing the grant, and he would have had to get federal approval for that. I, I mean, I'm, you know, I know what our other grants are.

Page 83

I may not be familiar exactly with that, and I, certainly, don't, I'm not aware of that billing, but I know all of the, any, any expenditure on, on grants has to be approved. Not only by the Grants Office, but by the feds for payment before, before--
Q So, you weren't aware that besides the $1,000.00 a week you were paying him, now, he's billing you for $20,000.00 for these videos?
A Well, again, he wasn't billing, he wasn't billing us.
Q Well, isn't Health Link part of Roger Williams Medical Center?
A Health Link is a, is a specific grant.
Q Yeah?
A And it was given to the medical center.
Q Yeah?
A But, as I understand it, the billing would have been to the, to the grant. Not to, it, certainly, wasn't to the hospital. In other words, it would have come out of a, an account for the grant.
Q Okay. Administered or, or, why is it sent to Roger Williams Medical Center?
A Because--
Q The bill?